# Exhibit 2

**FDIC**

**Federal Deposit Insurance Corporation**
600 North Pearl Street, Suite 700, Dallas, TX  75201                              Division of Resolutions and Receiverships

**January 5, 2024**

SVB Financial Group
James L. Bromley, Counsel
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004


SUBJECT:   **10542 – Silicon Valley Bridge Bank, N.A.**
          **Santa Clara, CA** – In Receivership
          Claimant ID: **NS10542007187**
          Claim Amount: **$1,933,805,708.13**

          **NOTICE OF DISALLOWANCE OF CLAIM**

Dear Claimant:

The FDIC as Receiver for **Silicon Valley Bridge Bank, N.A.** has reviewed your deposit and general unsecured claims ("claims") against the receivership.  After a thorough review of your filed claims along with your supporting documentation, the Receiver has determined to disallow your claims for the following reason(s):

> **The deposit claim is denied as not proven to the satisfaction of the receiver because it is not a liability of the FDIC as receiver for Silicon Valley Bridge Bank.  All other claims are denied as speculative, unsupportable, or otherwise not proven to the satisfaction of the receiver.**

Pursuant to 12 U.S.C. Section 1821(d)(6), if you do not agree with this disallowance, you have the right to file a lawsuit on your claim (or continue any lawsuit commenced before the appointment of the Receiver). Your lawsuit must be filed within 60 days after the date of this notice. You must file your lawsuit either in the United States District (or Territorial) Court for the District where the Failed Institution's principal place of business was located or in the United States District Court for the District of Columbia.

**Lawsuits:**  If you do not file a lawsuit (or continue any lawsuit commenced before the appointment of the Receiver) before the end of the 60-day period, the disallowance of your claim will be final and you will have no further rights or remedies with respect to your claim.  12 U.S.C. 1821(d)(6)(B)(ii).

While section 1821(d)(7)(A) of Title 12 of the United States Code provides that you may request an administrative review of the disallowance of your claim in lieu of filing or continuing any lawsuit, the FDIC must agree to your request for such a review.  The FDIC will not agree to any request for an administrative review of your disallowed claim.

**Insured Deposit Claims:** Claims for insured deposits are claims against FDIC in its corporate capacity as deposit insurer - not against the Receiver. If any portion of your claim is for an insured deposit, your rights differ from the rights described in the preceding paragraphs. An insured depositor's rights are set forth in 12 U.S.C. Section 1821(f). Please contact a claims agent at the below phone number for deposit claims inquiries.

If you have any questions about this letter, please contact the undersigned at **(972) 761-8677**.

Sincerely,


**CLAIMS AGENT**
Claims Department