# Schedule 1

## **SCHEDULE 1 – Lease Agreement Claims**[*]

| **Claimant** | **Claim Amount** |
|---|---|
| 1. Cousins Fund II Phoenix I, LLC (Claim No. 1377) | $8,687,000 to $9,635,000 |
| 2. 387 Park South LLC (Claim No. 1396) | $4,127,000 |
| 3. Hanover Building Partnership (Claim No. 1070) | $2,891,000 to $4,355,000 |
| 4. Hachette Book Group, Inc. (Claim No. 1093) | $2,500,000 to $2,934,000 |
| 5. ARE-MA Region No. 76, LLC (Claim No. 1376) | $1,583,000 to $1,700,000 |
| 6. BA2 Quad LLC (Tasman – Building 5) (Claim No. 1389) | $1,505,000 to $2,117,000 |
| 7. FSM Office LLC C/O Millennium Partners (Claim No. 990) | $453,000 to $1,395,000 |
| 8. Arton Investment, Inc. (Claim No. 324) | $360,000 to $1,040,000 |
| 9. West Office Operating Limited Partnership (Claim No. 642) | $548,000 to $607,000 |
| 10. The Montana 1 Owners' Association (Claim No. 1368) | $102,000 |
| 11. 227 Monroe Street, LLC (Claim No. 1317) | $103,000 |
| 12. 1000 Louisiana, LP | $47,000 to $80,000 |
| 13. NTC Shops LLC (Claim No. 58) | $0 to $2,063,000 |
| 14. Cornerstone Title Holder LLC (Claim No. 1138) | $0 to $3,824,000 |
| 15. 5th Midtown LLC (Claim No. 1012) | $0 to $4,134,000 |
| 16. George Lawrence Investments LLC (Claim No. 753) | $0 to $403,000 |
| 17. FCP-345 San Antonia Owner, LLC (Claim No. 1383) | $0 to $613,000 |
| **Total:** | **$22,906,000 to $39,232,000** |

---

[*] All claim amounts set forth herein are not an admission of liability by, or binding on, SVB Financial Group ("SVBFG") but are current estimates based on unliquidated and undetermined claims filed in SVBFG's Chapter 11 bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York and are subject to the reconciliation process therein.