# Schedule 2

**SCHEDULE 2 – Vendor Contract Claims**[*]

| **Claimant** | **Claim Amount** |
|---|---|
| 1. ICERTIS INC. | $1,800,000 to $1,800,000 |
| 2. ADENZA, INC. | $7,582,000 to $13,059,000 |
| 3. MODERN HEALTH ARIZONA, P.L.L.C. | $768,000 to $768,000 |
| 4. INSIGHT GLOBAL, LLC | $115,000 to $630,000 |
| 5. BENEVITY, INC | $0 to $263,000 |
| 6. PORGES, GEOFFREY | $0 to $200,000 |
| 7. BRIGHT HORIZONS CHILDRENS CENTERS LLC | $120,000 to $150,000 |
| 8. TEALBOOK INC. | $0 to $150,000 |
| 9. KPMG LLP USA | $85,000 |
| 10. MINDR INC. | $0 to $65,000 |
| 11. 360 TREASURY SYSTEMS AG | $0 to $63,000 |
| 12. LEE HECHT HARRISON LLC | $0 to $62,000 |
| 13. XORIANT CORPORATION | $61,000 |
| 14. UST GLOBAL INC | $0 to $1,003,000 |
| 15. CONCERN: EAP | $0 to $38,000 |
| 16. ANTHESIS LLC | $26,000 |
| 17. SHIMENTO INC | $0 to $20,000 |
| 18. MCKINSEY & COMPANY, INC. UNITED STATES AND ITS AFFILATES | $0 to $18,000 |
| 19. PRICEWATER HOUSE COOPERS LLP USD | $0 to $12,000 |
| 20. OAKBROOK SOLUTIONS, INC. | $0 to $11,000 |
| 21. BARINGA PARTNERS LLP USD | $0 to $9,000 |
| 22. WESECURE | $0 to $9,000 |
| 23. SOLOMONEDWARDS GROUP LLC | $0 to $8,000 |
| 24. DICKERMAN OVERSEAS CONTRACTING CO LIMITED | $0 to $8,000 |
| 25. ALL PREMIUM | $0 to $8,000 |
| 26. KFORCE INC | $0 to $7,000 |
| 27. COGNIZANT WORLDWIDE LIMITED | $0 to $7,000 |
| 28. CARDINUS LLC | $7,000 |
| 29. IT AVALON | $0 to $242,000 |
| 30. COACHSOURCE LLC | $0 to $5,000 |
| 31. VERIZON BUSINESS GLOBAL LLC | $0 to $4,000 |
| 32. NEWVIEWSNW | $2,000 |
| 33. PARKER DESIGN CONSULTANTS LIMITED | $0 to $1,000 |
| 34. PROTIVITI INC | $0 to $171,000 |
| 35. THE VITALITY GROUP, LLC | $0 to $94,000 |
| 36. BLACKROCK FINANCIAL MANAGEMENT INC | $0 to $105,000 |
| 37. MOTION RECRUITMENT PARTNERS LLC | $0 to $126,000 |

---

[*] All claim amounts set forth herein are not an admission of liability by, or binding on, SVB Financial Group ("SVBFG") but are current estimates based on unliquidated and undetermined claims filed in SVBFG's Chapter 11 bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York and are subject to the reconciliation process therein.

| | |
|---|---|
| 38. SERNOVA FINANCIALS LIMITED | $0 to $1,697,000 |
| 39. ADVERSARIAL RISK MANAGEMENT, LLC | $0 to $550,000 |
| 40. ASHBURNHAM ADVISORS LLC | $0 to $200,000 |
| 41. SEI GLOBAL SERVICES, INC. | $0 to $7,140,000 |
| 42. GARTNER, INC. | $0 to $187,000 |
| **Total:** | **$10,566,000 to $29,071,000** |