# Schedule 3

## SCHEDULE 3 – Employee Claims[*]

| **Bonus Claimant** | **Claim Amount** |
|---|---|
| 1. SICA, GARY P. | $0 to $1,195,000 |
| 2. ENOS, JOY | $0 to $948,000 |
| 3. GRAHAM, COLLEEN | $0 to $613,000 |
| 4. SANTORO, MICHAEL | $0 to $128,000 |
| 5. CUTLER, WINSTON | $0 to $104,000 |
| 6. LI, LINGLU | $0 to $80,000 |
| 7. CHEE, EILEEN CATHERINE | $0 to $80,000 |
| 8. SANCHEZ, VERONICA | $0 to $70,000 |
| 9. PAPADAKOS, CATHERINE | $0 to $45,000 |
| 10. MACMOYLE, DAVID | $0 to $40,000 |
| 11. ATLAS, GREGORY | $0 to $35,000 |
| 12. SILICON VALLEY BANK (SVB GERMANY BRANCH) | $0 to $4,000 |
| 13. HUSAIN, SHABBIR | $0 to $35,000 |
| **Total:** | **$0 to $3,377,000** |

| **Deferred Compensation Claimant** | **Claim Amount** |
|---|---|
| 1. KARPUK, LEAH | $54,000 |
| 2. STEDMAN, CHRISTOPHER D. | $3,952,000 |
| 3. HARDIN, TIMOTHY M | $3,558,000 |
| 4. GERSHENBERG, AARON G. | $2,028,000 |
| 5. DRAPER, MICHELLE | $2,472,000 |
| 6. TU, RICKY KY | $2,247,000 |
| 7. STEVENS, WILLIAM ANTHONY | $2,196,000 |
| 8. COPPINI, ADRIAN | $1,008,000 to $1,939,000 |
| 9. ROHRWASSER, MARK | $1,926,000 |
| 10. SCHEFFEL, MEGAN | $1,866,000 |
| 11. MOSELEY, JACOB | $1,742,000 |
| 12. SCOTT, PETER | $1,709,000 |
| 13. LOPIANO, GISELA | $1,594,000 to $1,602,000 |
| 14. RIDGLEY, DEREK | $1,547,000 |
| 15. YARLAGADDA, PHANINDRA | $1,543,000 |
| 16. TURK, MARK A. | $639,000 |
| 17. ELLISON, JAMES ELLIS | $1,169,000 |
| 18. PRESSEY, WALTER | $1,052,000 |
| 19. ALGAN, BERK | $1,000,000 to 1,040,000 |
| 20. BECKER, GREGORY W. | $985,000 |
| 21. CHANDLER, DONALD J | $946,000 |

---

[*] All claim amounts set forth herein are not an admission of liability by, or binding on, SVB Financial Group ("SVBFG") but are current estimates based on unliquidated and undetermined claims filed in SVBFG's Chapter 11 bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York and are subject to the reconciliation process therein.

| | |
|---|---|
| 22. SOZA, JOHN T. | $913,000 |
| 23. RISICA, JASON | $904,000 |
| 24. CORNMAN, JEFFREY | $841,000 |
| 25. PARSONS, JAMES T. | $804,000 |
| 26. THYLIN, MARK | $781,000 |
| 27. SAHOO, CHINMAYA K | $704,000 |
| 28. HARBIR DHILLON | $700,000 |
| 29. DECHELLIS, ANTHONY | $641,000 |
| 30. REGAN, JOSEPH | $610,000 to $655,000 |
| 31. WANG, KAI | $640,000 |
| 32. HANLEY, KEITH M | $626,000 to $640,000 |
| 33. FALCONER, QUENTIN K | $630,000 |
| 34. NOBLE, MARK A. | $629,000 |
| 35. BHAGAT, DEVENDRA S | $557,000 to $579,000 |
| 36. HAMILTON, DOUGLAS LUKE | $574,000 |
| 37. SRINIVASAN, SUNDER | $559,000 |
| 38. BOWER, TRACY | $498,000 to 551,000 |
| 39. MACDONALD, W. TIMOTHY | $475,000 to $529,000 |
| 40. SURECK, ROBERT LOUIS | $520,000 |
| 41. WHITTENBERG, CHARLES | $490,000 |
| 42. GOSALIA, SANJAY S | $0 to $485,000 |
| 43. GEORGE, NIRMALA | $470,000 |
| 44. SANJAY GOSALIA | $465,000 |
| 45. MINGRONE, SUANNE L. | $462,000 |
| 46. HARRIS, MARK S. | $447,000 |
| 47. ZAHN, LAWRENCE HOWARD | $435,000 |
| 48. DEVERY, MICHAEL | $433,000 |
| 49. IYER, RAJESH | $209,000 |
| 50. O'LEARY, JOSEPH PATRICK | $414,000 |
| 51. BLEE, ROBERT JOHN | $414,000 |
| 52. MARK LAU | $410,000 |
| 53. LAU, MARK | $0 to $408,000 |
| 54. STEVENSON, MARK L. | $392,000 |
| 55. GOLDFARB, MELISSA LYN | $382,000 |
| 56. PIONKE, KATHY WONG | $369,000 to $378,000 |
| 57. VULTAGGIO, PETER | $367,000 to $375,000 |
| 58. PIERCE-GILMORE, KATHLEEN | $355,000 |
| 59. MAMDANI, SULAIMAN | $346,000 |
| 60. SALMASO, ANTONIO | $343,000 |
| 61. KATHERINE ANDERSEN | $335,000 |
| 62. BECHT, ELLEN | $324,000 |
| 63. SONG, LI | $324,000 |
| 64. PARIKH, KIRTIDA | $307,000 to $322,000 |
| 65. BENJAMIN YU | $309,000 |
| 66. RAJAGOPALAN, SATAGOPAN | $298,000 |
| 67. KIRKLAND, DALE C. | $279,000 |

| | |
|---|---|
| 68. PARK, MIN | $278,000 |
| 69. VORA, NIKHIL | $272,000 |
| 70. EBERT, JULIE BETTS | $262,000 |
| 71. RILEY, JOHN G | $258,000 |
| 72. YAKKALA, RAMANJANEYULU | $245,000 |
| 73. HELD, DAVID J | $252,000 |
| 74. CASE, JOHN | $251,000 |
| 75. CANAZARO, CHRISTOPHER JOHN | $236,000 |
| 76. ANTONOV, IVO | $208,000 to $209,000 |
| 77. CHRISTOPHER MONIZ | $204,000 |
| 78. KATHLEEN WALSH | $191,000 |
| 79. PACHUS, GREGORY S | $189,000 |
| 80. PETER BENHAM | $189,000 |
| 81. HE, ZHEN WEI | $0 to $187,000 |
| 82. DENNIS HE | $187,000 |
| 83. WHITE, MIKE | $0 to $187,000 |
| 84. MORETTI, MICHAEL | $173,000 to 186,000 |
| 85. ROBERT WHITE | $185,000 |
| 86. RENTA, MONIQUE | $183,000 |
| 87. FREELEN, ROBERT | $181,000 |
| 88. LEONE, ROGER | $180,000 |
| 89. THOMAS HAYES | $179,000 |
| 90. SPENCER, JACQUELYN | $0 to $178,000 |
| 91. JACQUELYN SPENCER | $178,000 |
| 92. PANDIA, KAUSHAL | $174,000 |
| 93. FREYER, PETER | $172,000 |
| 94. MEYER, JESSE | $172,000 |
| 95. CHEE, EILEEN CATHERINE | $171,000 |
| 96. BROTHERS, THOMAS | $171,000 |
| 97. COLE, LAUREN | $170,000 |
| 98. BISSIN, JAMES | $167,000 |
| 99. GORDON, THOMAS F. | $167,000 |
| 100. LEE, JOHN | $153,000 to $167,000 |
| 101. TYLER, JAMES | $164,000 |
| 102. MATTHEW GRIFFITHS | $163,000 |
| 103. STEPHEN AGULAR | $162,000 |
| 104. VIJAYKRISHNAN, PREETHI | $146,000 to $162,000 |
| 105. RYAN ROLLER | $161,000 |
| 106. IZURIETA, LAURA | $154,000 to $158,000 |
| 107. SHEVELYOV, NICHOLAS | $72,000 to 81,000 |
| 108. TOOMEY, MARY | $154,000 |
| 109. PARRY, SHAWN | $152,000 |
| 110. NADEL, ALAN MICHAEL | $150,000 |
| 111. SUBILIA, SAMUEL | $150,000 |
| 112. COLACO, JOSEPH STUART | $146,000 |
| 113. KEVIN FLEISCHMAN | $146,000 |

| | |
|---|---|
| 114. SKIMINA, STANLEY GREGORY | $146,000 |
| 115. LI, TERESA | $145,000 |
| 116. MICHAEL HANEWICH | $137,000 |
| 117. JONATHAN NORRIS | $135,000 |
| 118. LEE, CHRIS | $135,000 |
| 119. BALASUBRAMANIAN, VIDYA | $126,000 to $131,000 |
| 120. RATHI, BRIJESH | $129,000 |
| 121. MALONEY, MATTHEW | $127,000 |
| 122. RICO, ANDREW A. | $0 to $123,000 |
| 123. ZETTLER, DEANNE KATHLEEN | $119,000 |
| 124. ENOS, JOY | $110,000 to $114,000 |
| 125. MOORE, MARK | $107,000 to $108,000 |
| 126. PAUL GALLAGHER | $108,000 |
| 127. SCHNITZ, JEFFREY | $94,000 to $103,000 |
| 128. MEHROTRA, DHRUV | $102,000 |
| 129. MCCARTY, MICHAEL SCOTT | $99,000 |
| 130. CHRISTIAN, NICHOLAS | $95,000 |
| 131. SCOTT, LAURA M | $92,000 |
| 132. MA, CHRISTIE | $92,000 |
| 133. COX, KEITH | $92,000 |
| 134. HERTZBERG, THOMAS HOWARD | $92,000 |
| 135. ANTHONY FLORES | $91,000 |
| 136. ROBINSON, CRAIG | $88,000 |
| 137. SUJANANI, ANJALEE | $88,000 |
| 138. DACRUZ, IGOR | $75,000 to $86,000 |
| 139. STAPLES, ROBIN L | $86,000 |
| 140. ROBINSON, ERIN | $82,000 to $85,000 |
| 141. MINGRONE, ROBERT | $85,000 |
| 142. JAZDOWSKI, OSCAR | $83,000 to $84,000 |
| 143. BRANDON CLARK | $81,000 |
| 144. TANDON, PRATEEK | $81,000 |
| 145. FRANK, KALE | $80,000 |
| 146. CHEN, NAN | $77,000 |
| 147. POWERS, BRIAN FRANCIS | $76,000 |
| 148. SLETTELAND, PETER | $76,000 |
| 149. ROHMER, KRISTINE | $76,000 |
| 150. MCMAHON, MICHAEL | $76,000 |
| 151. RUSTAGI, AMAN | $70,000 to $76,000 |
| 152. GOODWINE, ANNETTE LIM | $74,000 |
| 153. NENTWIG, ROBERT | $74,000 |
| 154. DIPPOLD, MELODY | $73,000 |
| 155. SCOTT, STEVEN J | $72,000 |
| 156. GARRISON, ELIZABETH K. | $0 to $34,000 |
| 157. CHRISTIAN ORTIZ | $63,000 |
| 158. NANDA, ATUL | $62,000 |
| 159. THANKAPPAN, MANU | $56,000 to $62,000 |

| | | |
|---|---|---|
| 160. | GEORGE, MARK ALLAN | $55,000 to $62,000 |
| 161. | NILSEN, CHARLES N | $57,000 |
| 162. | SACCOCIA, SHANNON | $51,000 to $58,000 |
| 163. | ROGERS, LEANN | $57,000 |
| 164. | ALICIA KOHT-PHIPPS | $57,000 to $58,000 |
| 165. | LONGO, KEVIN MICHAEL | $50,000 |
| 166. | PATEL, CHINTAN | $45,000 to $50,000 |
| 167. | KASER, WILLIAM | $46,000 |
| 168. | SANTOS, MICHAEL | $45,000 |
| 169. | DENIS SHOVKOPLYAS | $44,000 |
| 170. | FRANK PISCIUNERI | $44,000 |
| 171. | BADER, LINDA | $39,000 to $41,000 |
| 172. | BAPAT, ASHWINI | $37,000 to $38,000 |
| 173. | ELIZABETH DEVIN TRACY | $38,000 |
| 174. | RICHARD MARTIN | $34,000 |
| 175. | ELIZABETH GARRISON | $33,000 |
| 176. | MARTIN, JR., RICHARD BERNARD | $0 to $33,000 |
| 177. | TSE, IRENE | $31,000 |
| 178. | MESWANI, MITESH | $26,000 to $31,000 |
| 179. | FOLEY, BRIAN | $30,000 |
| 180. | WESSEL, AULENE | $26,000 to $28,000 |
| 181. | MATLOW, SUSAN K | $29,000 to $30,000 |
| 182. | UMMEL, JEAN JEN YEE | $28,000 |
| 183. | COURTNEY PHOMMATHEP | $24,000 |
| 184. | BOB RUBENSTEIN | $22,000 |
| 185. | TZU-LING LIN | $20,000 |
| 186. | LI, ULYSSES | $20,000 |
| 187. | MARIA EILEEN GAMBOA | $19,000 |
| 188. | ALLISON BAIRD | $19,000 |
| 189. | CASEY, BRENDAN | $0 to $18,000 |
| 190. | BRENDAN CASEY | $18,000 |
| 191. | KOH, LIANG-KHOON | $17,000 |
| 192. | ELIZABETH BEAM | $15,000 |
| 193. | HEATHER NIERLING | $15,000 |
| 194. | BRUNELLE, DEREK | $14,000 |
| 195. | ANNE BACHER | $14,000 |
| 196. | JAMES MCCARRON | $13,000 |
| 197. | TOM GROSSKOPF | $13,000 |
| 198. | LONG, RODERICK | $13,000 |
| 199. | NANCI FASTRE | $12,000 |
| 200. | KENNETH VEACH | $12,000 |
| 201. | SUSAN WINTER | $11,000 |
| 202. | KAMLESH BARVALIA | $11,000 |
| 203. | RAO, RAJESHWARI | $8,000 |
| 204. | EMILY BARRON | $7,000 |
| 205. | VIDAL, SUSAN | $7,000 |

| | |
|---|---|
| 206. D'SOUZA, GILROY | $7,000 |
| 207. SANJAY MODY | $7,000 |
| 208. BAUER, JEFFREY | $6,000 |
| 209. MUTHU SANKAR | $6,000 |
| 210. TABACEK, HALINA | $6,000 |
| 211. ONG, ANTHONY | $6,000 |
| 212. KAO, KIRK | $5,000 |
| 213. SANTORO, MICHAEL | $5,000 |
| 214. FLYNN, PATRICK | $5,000 |
| 215. KUCHU, VINITA | $4,000 |
| 216. EMMANUEL IBRAHIM | $4,000 |
| 217. PAUL GRECO | $4,000 |
| 218. KARTHIKEYAN VELU | $4,000 |
| 219. JOY CRANE | $4,000 |
| 220. MCCOY, CHERYL | $3,000 to $4,000 |
| 221. TERWILLIGER, CYNTHIA | $4,000 |
| 222. GALEOTAFIORE, GIOVANNI | $3,000 |
| 223. ANN LUCCHESI | $3,000 |
| 224. SANCHEZ, VERONICA | $3,000 |
| 225. BEKERMAN, JOANA | $2,000 to $3,000 |
| 226. SEPE, DAVID | $3,000 |
| 227. ABBEY BLACK | $3,000 |
| 228. MARTIN, MICHAEL | $0 to $3,000 |
| 229. MICHAEL MARTIN | $3,000 |
| 230. SAMILJAN, JORDAN | $2,000 |
| 231. FLEMMING, EVA | $2,000 |
| 232. BRINKLEY, ROBIN | $2,000 |
| 233. ADAM MILLSOM | $2,000 |
| 234. ROUZANNA DANIELIAN | $2,000 |
| 235. CONWAY, MICHAEL | $2,000 |
| 236. AMY ULAKOVIC | $2,000 |
| 237. SINGH, MAHENDER | $0 to $2,000 |
| 238. KRISTI THURMAIER | $2,000 |
| 239. MAHENDER SINGH | $2,000 |
| 240. QIAN LI | $2,000 |
| 241. WILSON, BRADLEY | $2,000 |
| 242. FITZPATRICK, RACHEL | $2,000 |
| 243. SARAH STORER | $2,000 |
| 244. HUSAIN, SHABBIR | $2,000 |
| 245. HOEFLE, EVE | $2,000 |
| 246. BENJAMAN JOHNSON | $2,000 |
| 247. JAY TRACY | $2,000 |
| 248. HARGARTEN, RICHARD | $1,000 |
| **Total:** | **$69,437,000 to $72,243,000** |

| **HealthCare Benefits Claimant** | **Claim Amount** |
|---|---|
| 1. VARIOUS | $1,186,000 |
| 2. MARX, ELIZABETH A. | $0 to $287,000 |
| 3. OMNE, FAUSTO | $0 to $20,000 |
| 4. CLARK III, JOSEPH | $0 to $10,000 |
| 5. WILSON, JACKSON | $0 to $4,000 |
| 6. WILL, ANTHONY JOHN | $0 to $1,000 |
| 7. SNOW, DEBBIE | $0 to $2,000 |
| 8. HUSAIN, SHABBIR | $0 to $1,000 |
| **Total:** | **$1,186,000 to $1,511,000** |

| **Indemnification Claimant** | **Claim Amount** |
|---|---|
| 1. IZURIETA, LAURA | $0 to $1,000,000 |
| 2. CROMIE, WHITNEY | $0 to $25,000 |
| **Total:** | **$0 to $1,025,000** |

| **Multiple Claims Claimant** | **Claim Amount** |
|---|---|
| 1. PARISI, PAUL | $0 to $4,922,000 |
| 2. DRAPER, MICHELLE | $0 to $2,472,000 |
| 3. DECHELLIS, ANTHONY | $0 to $2,352,000 |
| 4. GRAHAM, COLLEEN | $0 to $1,995,000 |
| 5. WOODS, ANNE | $0 to $1,474,000 |
| 6. JOHNSTON, DARYL | $0 to $1,000,000 |
| 7. BECKER, GREGORY W. | $0 to $972,000 |
| 8. ROSS, REBECCA | $0 to $598,000 |
| 9. FISCHER, ROBERT | $0 to $437,000 |
| 10. SIMONS, PAUL M | $0 to $449,000 |
| 11. POLOK, DAMIAN | $0 to $377,000 |
| 12. VULTAGGIO, PETER | $0 to $375,000 |
| 13. DAVIDSON, JULIA | $0 to $352,000 |
| 14. SPRAGUE, STEPHEN L | $0 to $297,000 |
| 15. CHEE, EILEEN CATHERINE | $0 to $169,000 |
| 16. LIGHTBURN, JEFFREY | $0 to $155,000 |
| 17. TIFFIN, JACQUELINE | $0 to $135,000 |
| 18. WAN, JANET | $0 to $135,000 |
| 19. BENNETT, JEFFREY | $0 to $112,000 |
| 20. SINGH, GURPREET | $0 to $102,000 |
| 21. AUSMAN, JESSICA | $0 to $95,000 |
| 22. SHUMAN, JAY A | $0 to $90,000 |
| 23. MASHNUK, KARIM | $0 to $87,000 |
| 24. GORDON, THOMAS F. | $0 to $81,000 |
| 25. CHANG, TERREL | $0 to $46,000 |

| | |
|---|---|
| 26. CHAVEZ, STEPHEN | $0 to $16,000 |
| **Total:** | **$0 to $19,295,000** |

| **SERP Claimant** | **Claim Amount** |
|---|---|
| 1. VAILL, TIMOTHY L. | $0 to $6,871,000 |
| 2. GAGLIARDI, BRET | $0 to $1,522,000 |
| 3. FISCHER, MARY K. | $0 to $519,000 |
| 4. LEWIS, ERIC W. | $0 to $56,000 |
| 5. GEORGE, NIRMALA | $0 to $470,000 |
| 6. COLACO, JOSEPH STUART | $0 to $155,000 |
| **Total:** | **$0 to $9,593,000** |

| **Severance Claimant** | **Claim Amount** |
|---|---|
| 1. GRAHAM, COLLEEN | $0 to $1,201,000 |
| 2. ZWOLFER, ROBERT | $0 to $459,000 |
| 3. BIRER, STEVEN SCOTT | $0 to $262,000 |
| 4. CAVANAUGH, ANN | $0 to $228,000 |
| 5. HELLER, TIMOTHY L. | $0 to $145,000 |
| 6. CHEE, EILEEN CATHERINE | $0 to $144,000 |
| 7. COOK, ANDREW | $0 to $106,000 |
| 8. SACHDEVA, SHAILESH | $0 to $81,000 |
| 9. CRICKENBERGER, LAWRENCE J. | $0 to $55,000 |
| 10. XU, FRANK | $0 to $44,000 |
| 11. GARSCHI, MITRA | $0 to $37,000 |
| 12. BECKER, LYNN | $0 to $26,000 |
| 13. NORFLEET, ADRIAN | $0 to $23,000 |
| 14. SHIHADY, ANDREA | $0 to $6,000 |
| 15. ALICIA CHURCHILL | $0 to $5,000 |
| 16. HUMPHREY, FIONA | $0 to $4,000 |
| 17. HAKKAK, JAVAD T. | $0 to $39,000 |
| 18. DECHELLIS, ANTHONY | $0 to $1,675,000 |
| 19. SIMONS, PAUL M | $0 to $428,000 |
| 20. HIGGINS, ANNE | $0 to $1,000 |
| 21. KAMLESH BARVALIA | $0 to $129,000 |
| **Total:** | **$0 to $5,098,000** |

| **Stock Plan Purchase (ESPP) Claimant** | **Claim Amount** |
|---|---|
| 1. BUTLER, TONI HENDERSON | $0 to $370,000 |
| 2. VIJAYKRISHNAN, PREETHI | $0 to $136,000 |
| 3. MALONEY, MATTHEW | $0 to $132,000 |
| 4. ONG, DARREN | $0 to $79,000 |
| 5. MOHAN, LAKSHMI | $0 to $68,000 |
| 6. CHIARAMONTE, CHRISTINA | $0 to $59,000 |

| | |
|---|---|
| 7.  MCOMBER, MATTHEW J | $0 to $59,000 |
| 8.  LAKSHMANAN, MANIKANDAN | $0 to $52,000 |
| 9.  GARCIA, ANNIA FERNANDEZ | $0 to $48,000 |
| 10. WNEK, SARA M | $0 to $39,000 |
| 11. LOUWAGIE, JENIFER | $0 to $39,000 |
| 12. CHOTAI, ASHOK P. | $0 to $34,000 |
| 13. JOHNSTON, NICOLE | $0 to $33,000 |
| 14. FOX, KERRI | $0 to $30,000 |
| 15. HANLEY, KEITH M | $0 to $21,000 |
| 16. SANG, TARIN | $0 to $21,000 |
| 17. FRANCO, RHENZIE ANNE | $0 to $11,000 |
| 18. RAO, ASWINIYA RAGHAVENDRA | $0 to $11,000 |
| 19. MAISEL, STEVEN I. | $0 to $10,000 |
| 20. BUONOMO, SAMUEL TROY | $0 to $21,000 |
| 21. CRAFT, KRISTEN | $0 to $10,000 |
| 22. GRAHAM, COLLEEN | $0 to $9,000 |
| 23. MILLER COLEY, HANNAH | $0 to $8,000 |
| 24. KAUSHIK, AASHISH | $0 to $8,000 |
| 25. JACOB, MATHEW | $0 to $8,000 |
| 26. DEVARAAJ, GOPIKRISHNA | $0 to $7,000 |
| 27. ROSENTHAL, PATTI | $0 to $5,000 |
| 28. FEKECI, NICOLAS | $0 to $4,000 |
| 29. SMOTHERS, TAMMY | $0 to $4,000 |
| 30. EULATIC, MADONNA | $0 to $3,000 |
| 31. ARAVINDALOCHANAN, AARTHI | $0 to $3,000 |
| 32. GBENJO, ADEYINKA | $0 to $2,000 |
| 33. ANDERSEN, JODI | $0 to $2,000 |
| 34. LYON, ELISABETH | $0 to $1,000 |

**Total:** **$0 to $1,347,000**

| **Wage Claimant** | **Claim Amount** |
|---|---|
| 1. WHALEN, SCOTT | $0 to $150,000 |
| 2. DEE, KIMBERLY | $0 to $100,000 |
| 3. WNEK, SARA M | $0 to $39,000 |
| 4. ROBINSON, CRAIG | $0 to $89,000 |

**Total:** **$0 to $378,000**