```
Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
Adam S. Paris (SBN 190693)
(parisa@sullcrom.com)
Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)
```
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800

*Attorneys for Plaintiff SVB Financial Group*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>                    Plaintiff,<br><br>          v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.,<br><br>                    Defendant. | Case No.: 5:24-cv-01321<br><br>**PLAINTIFF SVB FINANCIAL GROUP'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF SVB FINANCIAL GROUP** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Plaintiff SVB Financial Group certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding ("Interested Third Parties").  The Interested Third Parties have either appeared or requested notice in Plaintiff SVB Financial Group's bankruptcy proceeding, *In re SVB Fin. Grp.*, No. 23-10367-MG (Bankr. S.D.N.Y.).

- 140 Summer Partners LP

-1-

1. 387 Park Avenue South L.L.C.
2. 53 State Property, L.P.
3. 5th Midtown LLC
4. Alesco Preferred Funding X, Ltd.
5. Alesco Preferred Funding XI, Ltd.
6. Alison Davis
7. Alison Schreier
8. Appaloosa L.P.
9. ARE-MA Region No. 76, LLC
10. Attestor Value Master Fund LP, c/o Attestor Limited
11. BA2 Quad LLC
12. BA2 Quad LLC c/o TMG Partners
13. Barclays Bank PLC
14. Barings LLC
15. Ben Jones
16. Beverly Kay Matthews
17. BlackRock Financial Management, Inc.
18. Board of Governors of the Federal Reserve System
19. BOFA Securities, Inc.
20. Brandywine 300 Delaware LLC
21. Brijesh Rathi
22. BXP Madison Centre I LLC
23. BXP Madison Centre II LLC
24. CastleKnight Management LP
25. CCP/MS SSIII Denver Tabor Center 1 Property Owner LLC
26. Centerbridge Partners, L.P.
27. Citadel Advisors LLC
28. Citigroup Global Markets

| | |
|---|---|
| 1 | - Cornerstone Title Holder LLC |
| 2 | - Cousins Fund II Phoenix I, LLC |
| 3 | - Cross Ocean Partners Management LP |
| 4 | - CyrusOne LLC |
| 5 | - Daniel J. Beck |
| 6 | - Davidson Kempner Capital Management LP |
| 7 | - Deutsche Bank Securities Inc. |
| 8 | - Diameter Capital Partners LP |
| 9 | - Elizabeth Burr |
| 10 | - Eric A. Benhamou |
| 11 | - Ernst & Young U.S. LLP |
| 12 | - Esue Trust |
| 13 | - Farallon Capital Management, L.L.C. |
| 14 | - First-Citizens Bank & Trust Company |
| 15 | - Garen K. Staglin |
| 16 | - Gregory W. Becker |
| 17 | - Hildene Collateral Management Company, LLC |
| 18 | - Insight Global, LLC |
| 19 | - Iron Mountain Information Management, LLC |
| 20 | - IRS Insolvency Section |
| 21 | - J.P. Morgan Securities LLC |
| 22 | - Jasan Trust |
| 23 | - Jeffgen Trust fbo Elyse Chodkowski |
| 24 | - Jeffgen Trust fbo Steven Sandelman |
| 25 | - Jeffrey N. Maggioncalda |
| 26 | - Jeffrey Sandelman |
| 27 | - Joel P. Friedman |
| 28 | - John Peters |

1. - John Robinson
2. - John S. Clendening
3. - Kate D. Mitchell
4. - Kevin Choi
5. - Kim Olsen
6. - Kimberly Jabal
7. - Kin Properties, Inc.
8. - King Street Capital Management, L.P.
9. - KPMG LLP
10. - Kroll Restructuring Administration LLC
11. - Laura Cushing
12. - Laura Izurieta
13. - LeAnn Rogers
14. - Macquarie Investment Management Business Trust
15. - Mary J. Miller
16. - MFN Partners Management, LP
17. - Michael Descheneaux
18. - Michael Kruse
19. - Michael Vande Krol
20. - Michael Zuckert
21. - Millennium Management LLC
22. - MUFG Fund Services (Cayman) Limited
23. - Neustar, Inc.
24. - Oracle America, Inc.
25. - P. Schoenfeld Asset Management LP
26. - Pacific Investment Management Company LLC
27. - Parsifal Capital Management, LP
28. - Pentwater Capital Management LP

1. Philip Cox
2. RBC Capital Markets, LLC
3. Redwood Capital
4. Richard D. Daniels
5. Roger F. Dunbar
6. Saffron Buyer LLC
7. Satagopan Rajagopalan
8. Securities and Exchange Commission
9. Silver Point Capital
10. State of New York Attorney General
11. SVB Capital
12. Taconic Capital Advisors L.P.
13. Tata Consultancy Services Limited
14. Tennessee Department of Revenue
15. The Capital Markets Company LLC
16. Thomas King
17. Timothy L. Vaill
18. Trapeza CDO IX, Ltd.
19. Trapeza CDO X, Ltd.
20. Trapeza CDO XI, Ltd.
21. U.S. Bank National Association
22. UBS Securities LLC
23. United HealthCare Services, Inc.
24. United States Attorney's Office for the Southern District of New York
25. United States Bankruptcy Court for the Southern District of New York
26. United States Department of Justice
27. United States Trustee for the Southern District of New York
28. UnitedHealthcare Insurance Company

PLAINTIFF SVB FINANCIAL GROUP'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 5:24-CV-01321

1     •   Wilmington Trust Company

2     •   Zain Haider

3     •   Zions Bancorporation, N.A. d/b/a California Bank & Trust

5 Dated:    March 5, 2024

*/s/ Robert A. Sacks*
Robert A. Sacks
Adam S. Paris
Diane L. McGimsey
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

*Attorneys for Plaintiff SVB Financial Group*

-6-