```
 1  Robert A. Sacks (SBN 150146)
    (sacksr@sullcrom.com)
 2  Adam S. Paris (SBN 190693)
    (parisa@sullcrom.com)
 3  Diane L. McGimsey (SBN 234953)
    (mcgimseyd@sullcrom.com)
 4  SULLIVAN & CROMWELL LLP
    1888 Century Park East
 5  Los Angeles, California 90067
    Telephone:    (310) 712-6600
 6  Facsimile:    (310) 712-8800

 7  Attorneys for Plaintiff SVB Financial Group
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| SVB FINANCIAL GROUP, | Case No.: 5:24-cv-01321 |
|---|---|
| Plaintiff, | **PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A., | |
| Defendant. | |

Pursuant to Civil Local Rules 7-11, 79-5(e), and 79-5(f), Plaintiff SVB Financial Group ("SVBFG") submits this administrative motion to file under seal its unredacted Complaint against the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank ("FDIC-R1") and Silicon Valley Bridge Bank, N.A. ("FDIC-R2"). The Complaint contains information derived from materials designated "Highly Confidential" by non-party the Federal Deposit Insurance Corporation, in its corporate capacity ("FDIC-C"), pursuant to the protective order ("Protective Order") entered in SVBFG's Chapter 11 proceeding. (*See In re SVB Fin. Grp.*, No. 23-10367-MG (Bankr. S.D.N.Y.), ECF No. 428.) Under the Protective Order, Plaintiff shall file documents and information derived from materials designated "Highly Confidential" under conditional seal. (*See id.* at ¶ 20.) An unredacted version of the Complaint will be concurrently provided to the Court and served on Defendant. Based on the foregoing, Plaintiff moves to file the following under seal:

| Document | Designating Party | Reason for Sealing |
| --- | --- | --- |
| Unredacted Complaint | FDIC-C | References to materials designated "Highly Confidential" by FDIC-C |

Dated:     March 5, 2024                    Respectfully submitted,

/s/ Robert A. Sacks
Robert A. Sacks
Adam S. Paris
Diane L. McGimsey
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:     (310) 712-6600
Facsimile:     (310) 712-8800

Sverker K. Hogberg
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:     (650) 461-5600
Facsimile:     (650) 461-5700

*Attorneys for Plaintiff SVB Financial Group*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 5, 2024, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that on March 5, 2024, I caused the mailing of the foregoing via the United States Postal Service to the Designating Party FDIC-C.

*/s/ Robert A. Sacks*
Robert A. Sacks
(sacksr@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800