Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
Adam S. Paris (SBN 190693)
(parisa@sullcrom.com)
Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800

*Attorneys for Plaintiff SVB Financial Group*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.,<br><br>　　　　　　　　Defendant. | Case No.: 5:24-cv-01321<br><br>**DECLARATION OF ROBERT A. SACKS IN SUPPORT OF PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Robert A. Sacks, declare as follows:

1. I am an attorney duly licensed by the State of California and admitted to practice before this Court. I am a partner at Sullivan & Cromwell LLP, and I represent Plaintiff SVB Financial Group ("SVBFG") in the above-titled action. I have personal knowledge of the facts stated in this declaration and I can testify competently to them if called upon to do so.

2. Attached is a true and correct copy of the unredacted Complaint.

3. The unredacted Complaint contains information derived from materials designated "Highly Confidential" by non-party the Federal Deposit Insurance Corporation, in its corporate capacity ("FDIC-C"), pursuant to the protective order ("Protective Order") entered in SVBFG's Chapter 11 proceeding. (*See In re SVB Fin. Grp.*, No. 23-10367-MG (Bankr. S.D.N.Y.), ECF No. 428.)

4. Under the Protective Order, Plaintiff shall file documents and information derived from materials designated "Highly Confidential" under conditional seal. (*See id.* at ¶ 20.)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2024                                         */s/ Robert A. Sacks*
Los Angeles, California                                       Robert A. Sacks

-1-

DECLARATION OF ROBERT A. SACKS IN SUPPORT OF PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:24-CV-01321