**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>  Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.,<br><br>  Defendant. | Case No.: 5:24-cv-01321<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1  In accordance with Civil Local Rules 7-11, 79-5(e), and 79-5(f), Plaintiff SVB
2  Financial Group ("SVBFG") filed an administrative motion ("Motion") for an order to seal the
3  following document:

| Document | Designating Party | Reason for Sealing |
|---|---|---|
| Unredacted Complaint | FDIC-C | References to materials designated "Highly Confidential" by FDIC-C |

Having considered Plaintiff's Motion and the filings in support of the Motion, the
Court ORDERS as follows:

The Motion is GRANTED.

SO ORDERED.

Dated: _____          _____
                                          THE HONORABLE _____
                                          United State District Judge

| | | |
|---|---|---|
| 1 | Dated:     March 5, 2024 | Respectfully submitted, |
| 2 | | */s/ Robert A. Sacks* |
| 3 | | Robert A. Sacks<br>Adam S. Paris |
| 4 | | Diane L. McGimsey<br>**SULLIVAN & CROMWELL LLP** |
| 5 | | 1888 Century Park East<br>Los Angeles, California 90067 |
| 6 | | Telephone:     (310) 712-6600<br>Facsimile:     (310) 712-8800 |
| 7 | | Sverker K. Hogberg |
| 8 | | **SULLIVAN & CROMWELL LLP**<br>550 Hamilton Avenue |
| 9 | | Palo Alto, California 94301<br>Telephone:     (650) 461-5600 |
| 10 | | Facsimile:     (650) 461-5700 |
| 11 | | *Attorneys for Plaintiff SVB Financial Group* |

-2-

[PROPOSED] ORDER GRANTING PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:24-CV-01321