Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
Adam S. Paris (SBN 190693)
(parisa@sullcrom.com)
Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:    (310) 712-6600
Facsimile:     (310) 712-8800

*Attorneys for Plaintiff SVB Financial Group*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>                          Plaintiff,<br><br>             v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.,<br><br>                          Defendant. | Case No. 5:24-cv-01321-VKD<br><br>**PLAINTIFF SVB FINANCIAL GROUP'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>The Honorable Virginia K. DeMarchi |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Plaintiff SVB Financial Group ("SVBFG") certifies that it has no corporate parent or other affiliates that have either: (i) a financial interest of any kind in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding. SVBFG notes, however, that it is a bankruptcy debtor in a Chapter 11 proceeding in the United States Bankruptcy Court for the Southern District of New York, *In re SVB Fin. Grp.*, No. 23-10367-MG (Bankr. S.D.N.Y.) (the "Chapter 11 Proceeding"). Various entities and persons have appeared or requested notice in SVBFG's Chapter 11 Proceeding, who may have either: (i) a financial interest of any kind in the subject matter in

-1-

controversy or in a party to this proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of this proceeding. A list of such entities and persons can be found at Docket No. 891 of the Chapter 11 Proceeding.

Dated: March 7, 2024

/s/ Robert A. Sacks
Robert A. Sacks
Adam S. Paris
Diane L. McGimsey
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

*Attorneys for Plaintiff SVB Financial Group*

-2-