Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
Adam S. Paris (SBN 190693)
(parisa@sullcrom.com)
Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:     (310) 712-6600
Facsimile:     (310) 712-8800

*Attorneys for Plaintiff SVB Financial Group*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A., <br><br> Defendant. | Case No. 5:24-cv-01321-VKD <br><br> **PLAINTIFF SVB FINANCIAL GROUP'S CERTIFICATE OF SERVICE OF COMPLAINT, SUMMONS, AND SUPPLEMENTAL MATERIALS** <br><br> The Honorable Virginia K. DeMarchi |

SULLIVAN & CROMWELL LLP

PLAINTIFF SVB FINANCIAL GROUP'S CERTIFICATE OF SERVICE OF
COMPLAINT, SUMMONS, AND SUPPLEMENTAL MATERIALS
Case No. 5:24-cv-01321-VKD

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Sullivan & Cromwell LLP, 1888 Century Park East, Los Angeles, California 90067-1725.

On March 8, 2024, I caused to be served the foregoing documents described as:

1.  **COMPLAINT;**

2.  **SUMMONS;**

3.  **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

4.  **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;**

5.  **STANDING ORDER FOR SETTLEMENT CONFERENCES FOR MAGISTRATE JUDGE VIRGINIA K. DEMARCHI;**

6.  **STANDING ORDER FOR CIVIL CASES FOR MAGISTRATE JUDGE VIRGINIA K. DEMARCHI;**

7.  **STANDING ORDER RE PRETRIAL PREPARATION FOR MAGISTRATE JUDGE VIRGINIA K. DEMARCHI;**

8.  **STANDING ORDER RE JUROR QUESTIONNAIRES AND SOCIAL MEDIA RESEARCH FOR MAGISTRATE JUDGE VIRGINIA K. DEMARCHI;**

9.  **CONSENT OR DECLINATION TO MAGISTRATE JUDGE;**

10. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

11. **NOTICE OF ELIGIBILITY FOR VIDEO RECORDING;**

12. **ECF REGISTRATION INFORMATION; AND**

13. **PLAINTIFF SVB FINANCIAL GROUP'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS;**

on the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A., by placing copies of these documents in an envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

**[X]    BY CERTIFIED U.S. MAIL (Return Receipt Requested):**  I caused such envelope to be deposited in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid

-1-

if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   **[X] E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a true and correct copy of the aforementioned document to be transmitted to each of the e-mail addresses last given and listed on the attached Service List.

   I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 11, 2024, at Los Angeles, California.

          Diana M. Hernandez

-2-

SULLIVAN & CROMWELL LLP

PLAINTIFF SVB FINANCIAL GROUP'S CERTIFICATE OF SERVICE OF COMPLAINT, SUMMONS, AND SUPPLEMENTAL MATERIALS
Case No. 5:24-cv-01321-VKD

**SERVICE LIST**

*SVB Financial Group* v. *Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.*

United States District Court for the Northern District of California

Case No. 5:24-cv-01321-VKD

| Name | Address | Method of Service |
|---|---|---|
| Debra Decker, Executive Secretary (FDIC) | Debra Decker Executive Secretary Federal Deposit Insurance Corporation 550 17th Street, N.W. Washington, D.C. 20429 | Certified Mail |
| Federal Deposit Insurance Corporation | CT Corporation System 330 N Brand Blvd., Ste. 700 Glendale, California 91203-2336 | Certified Mail |
| Paul P. Worthing, California Regional Director (FDIC) | Paul P. Worthing FDIC California Regional Director 25 Jessie Street at Ecker Square Suite 2300 San Francisco, CA 94105-2780 | Certified Mail |
| Civil Process Clerk (United States Attorney's Office) | Civil Process Clerk United States Attorney's Office for the Northern District of California 450 Golden Gate Avenue San Francisco, CA 94102 | Certified Mail |
| Merrick Garland, Attorney General of the United States (Department of Justice) | Merrick Garland Attorney General of the United States U.S. Department of Justice 950 Pennsylvania Avenue, N.W., Washington, DC 20530-0001 | Certified Mail |
| Federal Deposit Insurance Corporation | CourtesyCopy@FDIC.gov | E-Mail |
| Andrew J. Dober (FDIC) | adober@FDIC.gov | E-Mail |
| Erik Bond (FDIC) | erbond@FDIC.gov | E-Mail |
| Jason Benton (FDIC) | jabenton@FDIC.gov | E-Mail |
| Derek Baker (Reed Smith) | DBaker@ReedSmith.com | E-Mail |
| Kurt Gwynne (Reed Smith) | KGwynne@ReedSmith.com | E-Mail |
| Casey Laffey (Reed Smith) | CLaffey@ReedSmith.com | E-Mail |
| Benjamin Finestone (Quinn Emanuel) | benjaminfinestone@quinnemanuel.com | E-Mail |
| Jonathan Cooper (Quinn Emanuel) | jonathancooper@quinnemanuel.com | E-Mail |

-3-

SULLIVAN & CROMWELL LLP

PLAINTIFF SVB FINANCIAL GROUP'S CERTIFICATE OF SERVICE OF COMPLAINT, SUMMONS, AND SUPPLEMENTAL MATERIALS
Case No. 5:24-cv-01321-VKD

| Name | Address | Method of Service |
|------|---------|-------------------|
| Kyra Simon (Quinn Emanuel) | kyrasimon@quinnemanuel.com | E-Mail |
| Darren Anthony Pascarella (Farrell Fritz, P.C.) | dpascarella@farrellfritz.com | E-Mail |
| Martin G. Bunin (Farrell Fritz, P.C.) | mbunin@farrellfritz.com | E-Mail |

-4-

SULLIVAN & CROMWELL LLP

PLAINTIFF SVB FINANCIAL GROUP'S CERTIFICATE OF SERVICE OF
COMPLAINT, SUMMONS, AND SUPPLEMENTAL MATERIALS
Case No. 5:24-cv-01321-VKD