UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.,<br><br>　　　　Defendants. | Case No. 5:24-cv-01321-VKD<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, and hereby appear as counsel for Non-Party Federal Deposit Insurance Corporation, in its corporate capacity, in the above-caption action. I certify that I am admitted to practice in this Court and hereby request that all notices, pleadings, and other documents served or filed in this case be served upon me at the address listed below.

Dated: March 15, 2024

Respectfully submitted,

*/s/ Emily Kapur*

Emily Kapur (CA Bar No. 306724)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: emilykapur@quinnemanuel.com

*Counsel to Non-Party Federal Deposit Insurance Corporation (in its corporate capacity)*