| | |
|---|---|
| Raymond A. Cardozo, Esq. (Bar No. 173263)<br>Emily F. Lynch, Esq. (Bar No. 324055)<br>**REED SMITH LLP**<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone: (415) 543-8700<br>E-mail: rcardozo@reedsmith.com<br>E-mail: elynch@reedsmith.com | Casey D. Laffey, Esq. (*pro hac vice forthcoming*)<br>**REED SMITH LLP**<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 521-5400<br>E-mail: claffey@reedsmith.com |
| Kurt F. Gwynne, Esq. (*pro hac vice forthcoming*)<br>**REED SMITH LLP**<br>1201 Market St.,<br>Suite 1500 Wilmington, DE 19801<br>Telephone: 1-302-778-7500<br>Email: kgwynne@reedsmith.com | Derek J. Baker, Esq. (*pro hac vice forthcoming*)<br>**REED SMITH LLP**<br>Three Logan Square,<br>Suite 3100, 1717 Arch Street,<br>Philadelphia, PA 19103<br>Telephone: (215) 851-8100<br>Email: dbaker@reedsmith.com |

*Counsel to the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank and the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bridge Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>                             Plaintiff,<br><br>     v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.,<br><br>                             Defendant. | Case No. 5:24-cv-01321-BLF<br><br>**NOTICE OF APPEARANCE OF RAYMOND A. CARDOZO**<br><br>Judge: Hon. Beth Labson Freeman |

– 2 –

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Raymond A. Cardozo, attorney at Reed Smith LLP, 101 Second Street, Suite 1800, San Francisco, California 94105, email: rcardozo@reedsmith.com, hereby makes an appearance in the above-captioned matter as counsel on behalf of the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank and the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bridge Bank, N.A. Copies of all notices and other papers should be served upon the undersigned electronically or at his office address set forth above.

Dated: April 10, 2024

**REED SMITH LLP**

By: */s/ Raymond A. Cardozo*
Raymond A. Cardozo

*Counsel to the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank and the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bridge Bank, N.A.*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware