| | |
|---|---|
| Raymond A. Cardozo, Esq. (Bar No. 173263)<br>Emily F. Lynch, Esq. (Bar No. 324055)<br>**REED SMITH LLP**<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone: (415) 543-8700<br>E-mail: rcardozo@reedsmith.com<br>E-mail: elynch@reedsmith.com<br><br>Kurt F. Gwynne, Esq. (*pro hac vice forthcoming*)<br>**REED SMITH LLP**<br>1201 Market St.,<br>Suite 1500 Wilmington, DE 19801<br>Telephone: 1-302-778-7500<br>Email: kgwynne@reedsmith.com<br>. | Casey D. Laffey, Esq. (*pro hac vice*)<br>**REED SMITH LLP**<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 521-5400<br>E-mail: claffey@reedsmith.com<br><br>Derek J. Baker, Esq. (*pro hac vice forthcoming*)<br>**REED SMITH LLP**<br>Three Logan Square,<br>Suite 3100, 1717 Arch Street,<br>Philadelphia, PA 19103<br>Telephone: (215) 851-8100<br>Email: dbaker@reedsmith.com |

*Counsel to the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank and the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bridge Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>                Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.,<br><br>                Defendant. | Case No. 5:24-cv-01321-BLF<br><br>**NOTICE OF APPEARANCE OF CASEY D. LAFFEY**<br><br>Judge: Hon. Beth Labson Freeman |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –

**TO THE COURT, ALL PARTIES , AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Casey D. Laffey, attorney at Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022, email: claffey @reedsmith.com, hereby makes an appearance in the above-captioned matter as counsel on behalf of the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank and the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bridge Bank, N.A.  Copies of all notices and other papers should be served upon the undersigned electronically or at his office address set forth above.

Dated:  April 15, 2024                              **REED SMITH LLP**

By: /s/ Casey D. Laffey
    Casey D. Laffey

*Counsel to the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank and the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bridge Bank, N.A.*