

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Kurt F. Gwynne, Esq.*

DATE OF ADMISSION

*December 1, 1992*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  March 14, 2024

_____
Nicole Traini
Chief Clerk