

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Derek J. Baker, Esq.*

**DATE OF ADMISSION**

*October 29, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: March 14, 2024**

Nicole Traini
Chief Clerk