UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SVB Financial Group,

Plaintiff(s),

v.

Federal Deposit Insurance Corporation, et al.,

Defendant(s).

Case No. 5:24-cv-01321-BLF

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Derek J. Baker__, an active member in good standing of the bar of __New Jersey and Pennsylvania__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.__ in the above-entitled action. My local co-counsel in this case is __Raymond Cardozo__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __173263__.

| | |
|---|---|
| Three Logan Square, Suite 3100, 1717 Arch Street, Philadelphia, PA 19103 | 101 2nd St., Ste. 1800, San Francisco, CA 94105 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (215) 851-8148 | 1-415-659-5990 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| dbaker@reedsmith.com | rcardozo@reedsmith.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __PA Bar #82207__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2024

/s/ Derek J. Baker
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Derek J. Baker is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 30, 2024

UNITED STATES DISTRICT/MAGISTRATE JUDGE