# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP, <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK, et al., <br><br>　　　　　Defendants. | Case No. 24-cv-01321-BLF <br><br>**ORDER STRIKING STATEMENT REGARDING FDIC-R1'S DEFENSIVE SETOFF RIGHTS** |

On May 2, 2024 Defendant FDIC-R1 filed a statement identifying certain defensive setoffs that FDIC-R1 intends to raise in this action. The Court will exercise its inherent authority and hereby STRIKES the statement. The power to strike filings is within the district court's "inherent powers that are 'governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases.'" *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016) (quoting *Link v. Wabash R. Co.*, 370 U.S. 626, 630–31 (1962)). FDIC-R1's statement does nothing to advance this litigation and requests no relief. To the extent that FDIC-R1 wishes to raise these defenses, it may do so in a motion to dismiss or its responsive pleadings.

**IT IS SO ORDERED.**

Dated: May 3, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge