Raymond A. Cardozo, Esq. (Bar No. 173263)
Emily F. Lynch, Esq. (Bar No. 324055)
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
E-mail: rcardozo@reedsmith.com
E-mail: elynch@reedsmith.com

Derek J. Baker, Esq. (admitted *pro hac vice*)
**REED SMITH LLP**
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: dbaker@reedsmith.com

Casey D. Laffey, Esq. (admitted *pro hac vice*)
Kurt F. Gwynne, Esq. (admitted *pro hac vice*)
**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: claffey@reedsmith.com
E-mail: kgwynne@reedsmith.com

*Counsel to the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank and the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bridge Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.,<br><br>　　　　　　　　　　Defendant. | Case No. 5:24-cv-01321-BLF<br><br>**DECLARATION OF LUIS MAYORGA IN SUPPORT OF FDIC-R1 AND FDIC-R2'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Judge: Hon. Beth Labson Freeman<br>Action Filed: March 5, 2024<br>Hearing Date: September 5, 2024<br>Time: 9:00 a.m.<br>Courtroom: 3 – 5th Floor<br><br>[*Filed concurrently with FDIC-R1 and FDIC-R2's Notice of Motion and Motion to Dismiss; [Proposed] Order Granting FDIC-R1 and FDIC-R2's Motion to Dismiss*] |

– 1 –

I, Luis Mayorga, declare as follows:

1. I am a Senior Complex Financial Institution Resolution Specialist in the Division of Complex Institution Supervision and Resolution of the Federal Deposit Insurance Corporation.

2. I base the statements in this declaration on my personal knowledge of and review of records maintained in the ordinary course of business by the Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank ("FDIC-R1") and as receiver for Silicon Valley Bridge Bank, N.A. ("FDIC-R2" and together with FDIC-R1, the "FDIC-Rs"). If called as a witness, I would competently testify to the matters set forth below.

3. Attached as **Exhibit A** are true and correct copies of the *Bank Depositor Agreements* dated February 27, 2023, by and between Silicon Valley Bank and SVB Financial Group, for Account Numbers ending in 5270, 2756, 0822, and 6176.

4. Attached as **Exhibit B** is a true and correct copy of the *Deposit Agreement and Disclosure Statement* dated May 31, 2020.

5. Attached as **Exhibit C** is a true and correct copy of the *Transfer Agreement* dated March 13, 2023, by and between FDIC-R1 and Silicon Valley Bridge Bank, N.A., as posted on the website of the Federal Deposit Insurance Corporation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 5/10/2024.

/s/ Luis Mayorga