# EXHIBIT A



# Bank Depositor Agreement
# (Business Deposit Accounts)

Please type or print clearly using black ink. Ensure the Agreement is fully completed and signed in all required sections.

**CLIENT INFORMATION**

Client Name ("Client") (Title on Account): SVB Financial Group

Business Address (Physical):
3003 Tasman Drive, Santa Clara, CA 95054

Mailing Address (if different):

Phone: _____   Cell: _____   Fax: _____

State of Incorporation/Registration (Country if Non-US): DE

---

**TAX ID INFORMATION & CERTIFICATION**

Please provide your TIN and complete the Tax Certification below. Contact your Tax Advisor for questions regarding this certification.

Do not complete the following Certification if you are a foreign person. You must provide Bank with the appropriate IRS Form W-8 (i.e., W-8BEN, W-8BEN-E, W-8ECI, W-8EXP, or W-8IMY.)

**Request for Taxpayer Identification Number and Certification**

Name (as shown on your income tax return): SVB Financial Group

Business Name/disregarded entity name, if different from above: _____

**Check the appropriate box:**

☐ Individual/Sole Proprietor   ☐ S Corporation
☐ Partnership                  ☑ C Corporation
☐ Single-Member LLC            ☐ Trust/Estate

Exemptions (see IRS Form W-9 instructions):
Exempt Payee Code (if any): _____
Exemption From FATCA Reporting Code (if any): _____

☐ Limited Liability Company. Enter the tax classification (C=C Corporation, S=S Corporation, P=Partnership) _____

Note: For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

☐ Other ▶ _____

Taxpayer Identification Number: [REDACTED] _____

Under penalties of perjury, I certify that:

(1) The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

(2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

(3) I am a U.S. citizen or other U.S. person (defined in the instructions), and

(4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 3 of IRS Form W-9. The instructions are available upon request.

© 2022 SVB Financial Group. All rights reserved. SVB Financial Group (SVB) is the holding company for all business units and groups. Silicon Valley Bank is a member of the FDIC and the Federal Reserve System. Silicon Valley Bank is the California bank subsidiary of SVB Financial Group (Nasdaq: SIVB). SVB, SVB FINANCIAL GROUP, SILICON VALLEY BANK, SVB CAPITAL, SVB PRIVATE, SVB SECURITIES and the chevron device are trademarks of SVB Financial Group, used under license.



**Bank Depositor Agreement
(Business Deposit Accounts)**

Client Name ("Client") (Title on Account):  SVB Financial Group

**AGREEMENT**
By signing below, Client agrees to the terms and conditions, and acknowledges receipt, of Silicon Valley Bank's ("Bank") <u>Deposit Agreement and Disclosure Statement (the "Deposit Agreement")</u> and fee schedule(s).  Client also agrees to the terms and conditions governing Bank products and services as used now or in the future by Client, as set forth in the agreements covering those products and services ("Related Agreements").  These Related Agreements may include terms and conditions agreed to electronically by Client as part of its account application or onboarding process including but not limited to terms and conditions for Bill Pay, Debit Cards, Automated Clearinghouse (ACH), wires, online banking, or remote deposit capture (RDC).  Client further agrees that the Deposit Agreement, Fee Schedules and Related Agreements may be amended or supplemented by Bank from time to time and are incorporated herein by this reference; and that by entering into this Bank Depositor Agreement and continuing to use the Bank's products and services, Client agrees to any and all such amendments or supplements, which may be provided electronically or through any other means described in the Deposit Agreement.  Client appoints each person named as a contracting officer below as a "Contracting Officer."  Client further appoints each person named as an authorized signer on the Authorized Signatures page of this Bank Depositor Agreement, and each person from time to time named as an authorized signer by a Contracting Officer, as an "Authorized Signer."  Each Contracting Officer and each Authorized Signer is authorized, acting alone, for and on behalf of Client and without regard to any multiple signature or other requirements that might otherwise be implemented by Client, to:  (a) establish, pledge and/or otherwise give instructions regarding one or more deposit accounts and other products and services with and from the Bank or its affiliates, (b) negotiate, agree and enter into (by signing or otherwise) the Deposit Agreement, the Bank's Fee Schedule(s), and/or other Related Agreements, and (c) withdraw funds, draw, sign, deposit and endorse checks, and otherwise to transact on and deal with any account in all ways.  Each Contracting Officer is further authorized, acting alone, for and on behalf of Client and without regard to any multiple signature or other requirements that might otherwise be implemented by Client, to:  (d) terminate, replace, supersede or create new Authorized Signers.  Client agrees that Bank may rely on these records until such time as Bank is given notice acceptable to Bank of an addition, substitution, removal or other change of any Contracting Officer or Authorized Signer; provided, however, that Bank may at its discretion hold, freeze or interplead account funds at any time Bank receives inconsistent instructions from Contracting Officers, owners, Authorized Signers or other authorized users, or others claiming an interest in the account.  Client agrees that Bank is not responsible for any Client-internal signature restrictions (for example, "two signatures" required) or any other Client restrictions on account usage by Authorized Signers.  Nothing in this Bank Depositor Agreement shall be deemed to limit any rights Bank may have under the Deposit Agreement or any Related Agreement as regards Client or Client's account(s).

**CONTRACTING OFFICERS** (Line through unused signature blocks)
By signing below, I agree to this Bank Depositor Agreement (including the Deposit Agreement, the Fee Schedule(s) and the Related Agreements), as set forth above, on behalf of Client.  I personally and on behalf of Client represent and warrant that:
(1) I hold the title described below, (2) I and each other person shown below as a Contracting Officer or Authorized Signer is duly authorized by resolution, agreement or other legally sufficient action of the governing body of Client, to enter into this Bank Depositor Agreement and Related Agreements and to act as a Contracting Officer or Authorized Signer, as indicated, on behalf of Client for all purposes as described herein, and (3) each person named as an Authorized Signer on the Authorized Signatures page of this Bank Depositor Agreement holds the position indicated, is duly authorized to act as an Authorized Signer on behalf of the Client, and the signatures appearing opposite their names are their authentic official signatures.

If a copy of this Bank Depositor Agreement is provided to the Bank in lieu of the original, Client hereby certifies that it is a true, accurate and complete copy of the original.

**NOTE: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| | | | |
|---|---|---|---|
| Signature: | *Zain Haider* (DocuSigned) | Signature: | |
| Print Name: | Zain Haider | Print Name: | |
| Title: | Global Treasurer | Title: | |
| Email: | zhaider@svb.com | Email: | |
| Phone #: | (302) 393-9749    Cell #: | Phone #: | Cell #: |
| Date: | 2/27/2023 | Date: | |
| Signature: | | Signature: | |
| Print Name: | | Print Name: | |
| Title: | | Title: | |
| Email: | | Email: | |
| Phone #: | Cell #: | Phone #: | Cell #: |
| Date: | | Date: | |

☐ Check this box if you are a nonprofit organization operated for religious, charitable, education or other similar purposes.

**Account Numbers** (Use this section if the only Authorized Signers are the Contracting Officers above)

_____    _____    _____
_____    _____    _____

© 2022 SVB Financial Group. All rights reserved.  SVB Financial Group (SVB) is the holding company for all business units and groups.  Silicon Valley Bank is a member of the FDIC and the Federal Reserve System. Silicon Valley Bank is the California bank subsidiary of SVB Financial Group (Nasdaq: SIVB). SVB, SVB FINANCIAL GROUP, SILICON VALLEY BANK, SVB CAPITAL, SVB PRIVATE, SVB SECURITIES and the chevron device are trademarks of SVB Financial Group, used under license.



**Bank Depositor Agreement
(Business Deposit Accounts)**

Client Name ("Client") (Title on Account)   SVB Financial Group

## AUTHORIZED SIGNATURES

Please type or print clearly using black ink. Ensure the form is signed in all required sections. Line through unused signature blocks (DO NOT USE WHITEOUT).

☐ New   ☑ Supersedes Existing Authorized Signatures page

**Account Numbers**
████5270     ████2756     ████0822

## AUTHORIZED SIGNERS

| | | | |
|---|---|---|---|
| Signature | *Zain Haider* (DocuSigned) | Name/Title | Zain Haider, Global Treasurer |
| Phone #(s) | (302) 393-9749 | Email | zhaider@svb.com |

| | | | |
|---|---|---|---|
| Signature | | Name/Title | |
| Phone #(s) | | Email | |

| | | | |
|---|---|---|---|
| Signature | | Name/Title | |
| Phone #(s) | | Email | |

| | | | |
|---|---|---|---|
| Signature | | Name/Title | |
| Phone #(s) | | Email | |

| | | | |
|---|---|---|---|
| Signature | | Name/Title | |
| Phone #(s) | | Email | |

| | | | |
|---|---|---|---|
| Signature | | Name/Title | |
| Phone #(s) | | Email | |

I hereby confirm that the signatures detailed above are Authorized Signers in accordance with, and ratify agreement to (including without limitation all representations and warranties contained therein), the **Bank Depositor Agreement** between Bank and Client. (Must be a Contracting Officer on the existing Bank Depositor Agreement).

If a copy of this Bank Depositor Agreement is provided to the Bank in lieu of the original, Client hereby certifies that it is a true, accurate and complete copy of the original.

| | |
|---|---|
| *Zain Haider* (DocuSigned) | 2/27/2023 |
| Contracting Officer Signature | Date |
| Zain Haider | Global Treasurer |
| Print Name | Title |

© 2022 SVB Financial Group. All rights reserved. SVB Financial Group (SVB) is the holding company for all business units and groups. Silicon Valley Bank is a member of the FDIC and the Federal Reserve System. Silicon Valley Bank is the California bank subsidiary of SVB Financial Group (Nasdaq: SIVB). SVB, SVB FINANCIAL GROUP, SILICON VALLEY BANK, SVB CAPITAL, SVB PRIVATE, SVB SECURITIES and the chevron device are trademarks of SVB Financial Group, used under license.

[SVB Financial Group - 00000045 - Supersede.pdf] [Page 3 of 3]





# Bank Depositor Agreement
# (Business Deposit Accounts)

Please type or print clearly using black ink. Ensure the Agreement is fully completed and signed in all required sections.

## CLIENT INFORMATION

Client Name ("Client") (Title on Account): **SVB Financial Group**

Business Address (Physical):
**3003 Tasman Drive, Santa Clara, CA 95054**

Mailing Address (if different):

Phone: _____   Cell: _____   Fax: _____

State of Incorporation/Registration (Country if Non-US): **DE**

### TAX ID INFORMATION & CERTIFICATION

Please provide your TIN and complete the Tax Certification below. Contact your Tax Advisor for questions regarding this certification.

Do not complete the following Certification if you are a foreign person. You must provide Bank with the appropriate IRS Form W-8 (i.e., W-8BEN, W-8BEN-E, W-8ECI, W-8EXP, or W-8IMY.)

**Request for Taxpayer Identification Number and Certification**

Name (as shown on your income tax return): **SVB Financial Group**

Business Name/disregarded entity name, if different from above: _____

**Check the appropriate box:**

- [ ] Individual/Sole Proprietor
- [ ] S Corporation
- [ ] Partnership
- [x] C Corporation
- [ ] Single-Member LLC
- [ ] Trust/Estate

Exemptions (see IRS Form W-9 instructions):
Exempt Payee Code (if any): _____
Exemption From FATCA Reporting Code (if any): _____

- [ ] Limited Liability Company. Enter the tax classification (C=C Corporation, S=S Corporation, P=Partnership) _____

Note: For a single-member LLC that is disregarded, do not check LLC; check the appropriate box in the line above for the tax classification of the single-member owner.

- [ ] Other ▶ _____

Taxpayer Identification Number: [redacted]

Under penalties of perjury, I certify that:

(1) The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

(2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

(3) I am a U.S. citizen or other U.S. person (defined in the instructions), and

(4) The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 3 of IRS Form W-9. The instructions are available upon request.

© 2022 SVB Financial Group. All rights reserved. SVB Financial Group (SVB) is the holding company for all business units and groups. Silicon Valley Bank is a member of the FDIC and the Federal Reserve System. Silicon Valley Bank is the California bank subsidiary of SVB Financial Group (Nasdaq: SIVB). SVB, SVB FINANCIAL GROUP, SILICON VALLEY BANK, SVB CAPITAL, SVB PRIVATE, SVB SECURITIES and the chevron device are trademarks of SVB Financial Group, used under license.

[SVB FINANCIAL GROUP – 00000045 - Supersede.pdf] [Page 4 of 6]



# Bank Depositor Agreement
## (Business Deposit Accounts)

**Client Name ("Client") (Title on Account)**   SVB Financial Group

**AGREEMENT**

By signing below, Client agrees to the terms and conditions, and acknowledges receipt, of Silicon Valley Bank's ("Bank") <u>Deposit Agreement and Disclosure Statement (the "Deposit Agreement")</u> and fee schedule(s). Client also agrees to the terms and conditions governing Bank products and services as used now or in the future by Client, as set forth in the agreements covering those products and services ("Related Agreements"). These Related Agreements may include terms and conditions agreed to electronically by Client as part of its account application or onboarding process including but not limited to terms and conditions for Bill Pay, Debit Cards, Automated Clearinghouse (ACH), wires, online banking, or remote deposit capture (RDC). Client further agrees that the Deposit Agreement, Fee Schedules and Related Agreements may be amended or supplemented by Bank from time to time and are incorporated herein by this reference; and that by entering into this Bank Depositor Agreement and continuing to use the Bank's products and services, Client agrees to any and all such amendments or supplements, which may be provided electronically or through any other means described in the Deposit Agreement. Client appoints each person named as a contracting officer below as a "Contracting Officer." Client further appoints each person named as an authorized signer on the Authorized Signatures page of this Bank Depositor Agreement, and each person from time to time named as an authorized signer by a Contracting Officer, as an "Authorized Signer." Each Contracting Officer and each Authorized Signer is authorized, acting alone, for and on behalf of Client and without regard to any multiple signature or other requirements that might otherwise be implemented by Client, to: (a) establish, pledge and/or otherwise give instructions regarding one or more deposit accounts and other products and services with and from the Bank or its affiliates, (b) negotiate, agree and enter into (by signing or otherwise) the Deposit Agreement, the Bank's Fee Schedule(s), and/or other Related Agreements, and (c) withdraw funds, draw, sign, deposit and endorse checks, and otherwise to transact on and deal with any account in all ways. Each Contracting Officer is further authorized, acting alone, for and on behalf of Client and without regard to any multiple signature or other requirements that might otherwise be implemented by Client, to: (d) terminate, replace, supersede or create new Authorized Signers. Client agrees that Bank may rely on these records until such time as Bank is given notice acceptable to Bank of an addition, substitution, removal or other change of any Contracting Officer or Authorized Signer; provided, however, that Bank may at its discretion hold, freeze or interplead account funds at any time Bank receives inconsistent instructions from Contracting Officers, owners, Authorized Signers or other authorized users, or others claiming an interest in the account. Client agrees that Bank is not responsible for any Client-internal signature restrictions (for example, "two signatures" required) or any other Client restrictions on account usage by Authorized Signers. Nothing in this Bank Depositor Agreement shall be deemed to limit any rights Bank may have under the Deposit Agreement or any Related Agreement as regards Client or Client's account(s).

**CONTRACTING OFFICERS** (Line through unused signature blocks)

By signing below, I agree to this Bank Depositor Agreement (including the Deposit Agreement, the Fee Schedule(s) and the Related Agreements), as set forth above, on behalf of Client. I personally and on behalf of Client represent and warrant that:
(1) I hold the title described below, (2) I and each other person shown below as a Contracting Officer or Authorized Signer is duly authorized by resolution, agreement or other legally sufficient action of the governing body of Client, to enter into this Bank Depositor Agreement and Related Agreements and to act as a Contracting Officer or Authorized Signer, as indicated, on behalf of Client for all purposes as described herein, and (3) each person named as an Authorized Signer on the Authorized Signatures page of this Bank Depositor Agreement holds the position indicated, is duly authorized to act as an Authorized Signer on behalf of the Client, and the signatures appearing opposite their names are their authentic official signatures.

If a copy of this Bank Depositor Agreement is provided to the Bank in lieu of the original, Client hereby certifies that it is a true, accurate and complete copy of the original.

**NOTE: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

| | | | |
|---|---|---|---|
| **Signature:** | *Zain Haider* (DocuSigned) | **Signature:** | |
| **Print Name:** | Zain Haider | **Print Name:** | |
| **Title:** | Global Treasurer | **Title:** | |
| **Email:** | zhaider@svb.com | **Email:** | |
| **Phone #:** | (302) 393-9749   **Cell #:** | **Phone #:** | **Cell #:** |
| **Date:** | 2/27/2023 | **Date:** | |
| **Signature:** | | **Signature:** | |
| **Print Name:** | | **Print Name:** | |
| **Title:** | | **Title:** | |
| **Email:** | | **Email:** | |
| **Phone #:** | **Cell #:** | **Phone #:** | **Cell #:** |
| **Date:** | | **Date:** | |

☐ Check this box if you are a nonprofit organization operated for religious, charitable, education or other similar purposes.

**Account Numbers** (Use this section if the only Authorized Signers are the Contracting Officers above)

_____   _____   _____

_____   _____   _____

© 2022 SVB Financial Group. All rights reserved. SVB Financial Group (SVB) is the holding company for all business units and groups. Silicon Valley Bank is a member of the FDIC and the Federal Reserve System. Silicon Valley Bank is the California bank subsidiary of SVB Financial Group (Nasdaq: SIVB). SVB, SVB FINANCIAL GROUP, SILICON VALLEY BANK, SVB CAPITAL, SVB PRIVATE, SVB SECURITIES and the chevron device are trademarks of SVB Financial Group, used under license.

[SVB FINANCIAL GROUP - 00000045 - Supersede.pdf] [Page 3 of 6]

Rev. August 2022                       Bank Depositor Agreement (Business Deposit Accounts)                       Page 2 of 3




**Bank Depositor Agreement
(Business Deposit Accounts)**

Client Name ("Client") (Title on Account)  SVB Financial Group

## AUTHORIZED SIGNATURES

Please type or print clearly using black ink. Ensure the form is signed in all required sections. Line through unused signature blocks (DO NOT USE WHITEOUT).

☐ New    ☑ **Supersedes Existing Authorized Signatures page**

Account Numbers
_____6176    * Signers on this pages are for this account only    _____

_____    _____    _____

## AUTHORIZED SIGNERS

| Signature | *Zain Haider* (DocuSigned) | Name/Title | Zain Haider, Global Treasurer |
| Phone #(s) | (302) 393-9749 | Email | zhaider@svb.com |

| Signature | *Andrew Olson* (DocuSigned) | Name/Title | Andrew Olson, CFO SVB Capital |
| Phone #(s) | (650) 926-0418 | Email | anolson@svb.com |

| Signature | *Zankhna Vasha* (DocuSigned) | Name/Title | Zankhna Vasha, BU CFO, Equity SVB Capital |
| Phone #(s) | (650) 926-0456 | Email | zvasha@svb.com |

| Signature |  | Name/Title |  |
| Phone #(s) |  | Email |  |

| Signature |  | Name/Title |  |
| Phone #(s) |  | Email |  |

| Signature |  | Name/Title |  |
| Phone #(s) |  | Email |  |

I hereby confirm that the signatures detailed above are Authorized Signers in accordance with, and ratify agreement to (including without limitation all representations and warranties contained therein), the **Bank Depositor Agreement** between Bank and Client. (Must be a Contracting Officer on the existing Bank Depositor Agreement).

If a copy of this Bank Depositor Agreement is provided to the Bank in lieu of the original, Client hereby certifies that it is a true, accurate and complete copy of the original.

*Zain Haider* (DocuSigned)
Contracting Officer Signature

2/27/2023
Date

Zain Haider
Print Name

Global Treasurer
Title

© 2022 SVB Financial Group. All rights reserved. SVB Financial Group (SVB) is the holding company for all business units and groups. Silicon Valley Bank is a member of the FDIC and the Federal Reserve System. Silicon Valley Bank is the California bank subsidiary of SVB Financial Group (Nasdaq: SIVB). SVB, SVB FINANCIAL GROUP, SILICON VALLEY BANK, SVB CAPITAL, SVB PRIVATE, SVB SECURITIES and the chevron device are trademarks of SVB Financial Group, used under license.

[SVB Financial Group - b0000049 - Supersede.pdf] [Page 3 of 3]

Rev. August 2022    Bank Depositor Agreement (Business Deposit Accounts)    Page 3 of 3