Raymond A. Cardozo, Esq. (Bar No. 173263)
Emily F. Lynch, Esq. (Bar No. 324055)
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
E-mail: rcardozo@reedsmith.com
E-mail: elynch@reedsmith.com

Derek J. Baker, Esq. (admitted *pro hac vice*)
**REED SMITH LLP**
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: dbaker@reedsmith.com

Kurt F. Gwynne, Esq. (admitted *pro hac vice*)
Casey D. Laffey, Esq. (admitted *pro hac vice*)
**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: kgwynne@reedsmith.com
E-mail: claffey@reedsmith.com

*Counsel to the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bridge Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOE DIVISION**

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>                               Plaintiff,<br><br>   v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.,<br><br>                               Defendant. | Case No. 5:24-cv-01321-BLF<br><br>**[PROPOSED] ORDER GRANTING FDIC-R1 AND FDIC-R2'S MOTION TO DISMISS**<br><br>Judge: Hon. Beth Labson Freeman<br>Action Filed: March 5, 2024<br>Hearing Date: September 5, 2024<br>Time: 9:00 a.m.<br>Courtroom: 3 – 5th Floor<br><br>*[Filed concurrently with the FDIC-R1 and FDIC-R2's Notice of Motion and Motion to Dismiss; Declaration of Luis Mayorga in Support of Motion to Dismiss]* |

**[PROPOSED] ORDER GRANTING FDIC-R1 AND FDIC-R2'S MOTION TO DISMISS**
Case No.: 5:24-CV-01321-BLF

**[PROPOSED] ORDER**

The Court has considered the Motion to Dismiss filed by Defendant Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank ("FDIC-R1") and as receiver for Silicon Valley Bridge Bank, N.A. ("FDIC-R2") ("the Motion to Dismiss").

After consideration of the pleadings, briefs, and oral argument presented, as well as all other matters presented to the Court, and for the reasons set forth in the Memorandum of Points and Authorities in Support of the Motion to Dismiss, the Court hereby **GRANTS** the Motion to Dismiss as follows:

1. Counts II, III, V, VI, VII, and VIII are dismissed with prejudice for lack of subject matter jurisdiction, pursuant to FED. R. CIV. P. 12(b)(1);

2. Count I is dismissed with prejudice for failure to state a claim, pursuant to FED. R. CIV. P. 12(b)(6), against FDIC-R1 to the extent it seeks prejudgment interest and lost earnings;

3. Count I is dismissed with prejudice for failure to state a claim, pursuant to FED. R. CIV. P. 12(b)(6), against FDIC-R2 in its entirety; and

4. Counts II-XII are dismissed with prejudice for failure to state a claim, pursuant to FED. R. CIV. P. 12(b)(6).

**IT IS SO ORDERED.**

Date: _____   _____
　　　　　　　　　　　　　　　　　　The Honorable Beth Labson Freeman
　　　　　　　　　　　　　　　　　　United States District Court Judge