Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
Adam S. Paris (SBN 190693)
(parisa@sullcrom.com)
Diane L. McGimsey (SBN 234953)
(mcgimseyd@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:     (310) 712-6600
Facsimile:     (310) 712-8800

*Attorneys for Plaintiff SVB Financial Group*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>           Plaintiff,<br><br>    v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its corporate capacity,<br><br>           Defendant. | Case No.: 5:24-cv-01321-BLF<br><br>**DECLARATION OF ROBERT A. SACKS IN SUPPORT OF PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO EXTEND BRIEFING SCHEDULE AND TO CONTINUE HEARING ON DEFENDANT FDIC-R'S MOTION TO DISMISS** |

I, Robert A. Sacks, declare as follows:

1. I am admitted to practice law in the State of California and the United States District Court for the Northern District of California. I am a partner of the law firm of Sullivan & Cromwell LLP, and am lead counsel for Plaintiff SVB Financial Group ("SVBFG") in this case. I submit this declaration in support of SVBFG's Administrative Motion to Extend Briefing Schedule and to Continue Hearing on Defendant the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank ("FDIC-R1") and Silicon Valley Bridge Bank, N.A. ("FDIC-R2") (together with FDIC-R1, "FDIC-R"), motion to dismiss (Dkt. No. 33) (the "Motion to Dismiss").

2. The September 5, 2024 hearing date on the Motion to Dismiss unfortunately conflicts with a pre-existing obligation.

3. On May 23, 2024 Counsel for FDIC-R confirmed via email that it does not oppose the relief requested in the Administrative Motion.

4. Attached hereto as Exhibit A is a true and correct copy of email correspondence with the Courtroom Deputy concerning the Court's available hearing dates.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2024                      /s/ *Robert A. Sacks*
Los Angeles, California                  Robert A. Sacks