# Exhibit A

## Hogberg, Sverker Kristoffer

| | |
|---|---|
| **From:** | CRD BLF <BLFCRD@cand.uscourts.gov> |
| **Sent:** | Wednesday, May 22, 2024 3:28 PM |
| **To:** | Hogberg, Sverker Kristoffer; CRD BLF |
| **Subject:** | [EXTERNAL] RE: SVB Financial Group v. FDIC-Rs, No. 5:24-cv-01321-BLF |

Hello,

We are currently setting hearings on October 10.



Thank you,

*Tiffany Salinas-Harwell*
Courtroom Deputy to Honorable Beth Labson Freeman

---

**From:** Hogberg, Sverker Kristoffer <hogbergs@sullcrom.com>
**Sent:** Wednesday, May 22, 2024 3:26 PM
**To:** CRD BLF <BLFCRD@cand.uscourts.gov>
**Subject:** RE: SVB Financial Group v. FDIC-Rs, No. 5:24-cv-01321-BLF

**CAUTION - EXTERNAL:**

Dear Ms. Salinas-Harwell,

I just wanted to confirm that September 26, 2024 at 9:00 a.m. is still the Court's next available hearing date.

Thank you.

**Sverker Kristoffer Högberg**
+1 650 461 5629

---

**From:** CRD BLF <BLFCRD@cand.uscourts.gov>
**Sent:** Tuesday, May 14, 2024 12:41 PM
**To:** Hogberg, Sverker Kristoffer <hogbergs@sullcrom.com>; CRD BLF <BLFCRD@cand.uscourts.gov>
**Subject:** [EXTERNAL] RE: SVB Financial Group v. FDIC-Rs, No. 5:24-cv-01321-BLF

Hello,

The next available hearing date before Judge Freeman is September 26, 2024, at 9:00 AM.

Thank you,

1

**Tiffany Salinas-Harwell**
Courtroom Deputy to Honorable Beth Labson Freeman
tiffany_salinas-harwell@cand.uscourts.gov

---

**From:** Hogberg, Sverker Kristoffer <hogbergs@sullcrom.com>
**Sent:** Monday, May 13, 2024 3:27 PM
**To:** CRD BLF <BLFCRD@cand.uscourts.gov>
**Subject:** SVB Financial Group v. FDIC-Rs, No. 5:24-cv-01321-BLF

**CAUTION - EXTERNAL:**

Dear Ms. Salinas-Harwell,

I represent plaintiff SVB Financial Group in Case No. 5:24-cv-01321-BLF.

Defendants' motion to dismiss (Dkt No. 33) has been set for hearing on September 5, 2024, but that date unfortunately doesn't work for plaintiff's counsel. For purposes of scheduling discussions between the parties, are there dates later in September or October 2024 when the Court has availability to hear the motion to dismiss (subject, of course, to the Court's willingness to grant the parties' stipulated request or motion to continue the hearing)?

Thank you.

**Sverker Kristoffer Högberg**
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue | Palo Alto, CA 94301
+1 650 461 5629
hogbergs@sullcrom.com | www.sullcrom.com

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**\*\*This is an external message from:** BLFCRD@cand.uscourts.gov **\*\***
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.