1  Robert A. Sacks (SBN 150146)
   (sacksr@sullcrom.com)
2  Adam S. Paris (SBN 190693)
   (parisa@sullcrom.com)
3  Diane L. McGimsey (SBN 234953)
   (mcgimseyd@sullcrom.com)
4  **SULLIVAN & CROMWELL LLP**
   1888 Century Park East
5  Los Angeles, California 90067
   Telephone:    (310) 712-6600
6  Facsimile:    (310) 712-8800
   *Attorneys for Plaintiff SVB Financial Group*
7  [*Additional Counsel Listed on Signature Page*]

8

9                **UNITED STATES DISTRICT COURT**

10               **NORTHERN DISTRICT OF CALIFORNIA**

                 **SAN JOSE DIVISION**
11

12  SVB FINANCIAL GROUP,                )    Case No.: 5:24-cv-01321-BLF
                                        )
13                     Plaintiff,       )    **JOINT STIPULATION PURSUANT TO**
                                        )    **CIVIL LOCAL RULE 7-11(A) AND 7-12**
14           v.                         )    **TO EXTEND BRIEFING SCHEDULE ON**
                                        )    **FDIC-R'S MOTION TO DISMISS AND**
15  FEDERAL DEPOSIT INSURANCE           )    **TO CONTINUE HEARING DATE**
    CORPORATION, as Receiver for        )
16  Silicon Valley Bank and Silicon     )    The Honorable Beth Labson Freeman
    Valley Bridge Bank, N.A.,           )
17                                      )
                       Defendant.       )
18

19

20

21

22

23

24

25

26

27

28

1   Pursuant to Civil Local Rules 7-11(a) and 7-12, Plaintiff SVB Financial Group ("SVBFG")

2   and Defendants the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank

3   ("FDIC-R1") and Silicon Valley Bridge Bank, N.A. ("FDIC-R2") (together with FDIC-R1,

4   "FDIC-R"), submit this Joint Stipulation.

5   WHEREAS, on May 10, 2024, FDIC-R filed its Motion to Dismiss (Dkt No. 33), which

6   the Court has set for hearing on September 5, 2024;

7   WHEREAS, the September 5, 2024 hearing date on the Motion to Dismiss conflicts with

8   a pre-existing obligation of SVBFG's lead counsel, Robert A. Sacks;

9   WHEREAS, the parties understand that the Court's next available hearing date is October

10  10, 2024;

11  WHEREAS, SVBFG requests, and FDIC-R does not oppose, that the Court continue the

12  hearing on the Motion to Dismiss from September 5, 2024 to October 10, 2024;

13  WHERAS, SVBFG requests, and FDIC-R does not oppose, resetting the current briefing

14  deadlines on FDIC-R's Motion to Dismiss, such that SVBFG's Motion to Dismiss opposition brief

15  will be due on August 12, 2024 (instead of the current deadline of May 24, 2024) and FDIC-R's

16  reply brief will be due on September 26, 2024 (instead of the current deadline of May 31, 2024);

17  WHEREAS, the requested briefing schedule complies with the Court's Standing Order re

18  Civil Cases No. IV.B;[1]

19  AND WHEREAS, no other dates will be affected by this Stipulation, nor shall this

20  Stipulation prejudice any party's rights or positions in this action.

21  NOW THEREFORE, the undersigned parties respectfully request that the Court enter an

22  order resetting the briefing schedule and continuing the hearing date on FDIC-R's Motion to

23  Dismiss as follows:

24      1.  SVBFG's opposition to FDIC-R's Motion to Dismiss shall be due on August

25          12, 2024;

26

27  _____

28  [1]   There have been no prior time modifications in this case.

-1-

2.  FDIC-R's reply in support of its Motion to Dismiss shall be due on September 26, 2024;

3.  The hearing on FDIC-R's Motion to Dismiss shall be continued from September 5, 2024 to October 10, 2024 at 9:00 a.m., or to the Court's next available hearing date thereafter;

4.  **<u>Alternatively</u>**, if the Court does not agree to continue the hearing on the Motion to Dismiss, SVBFG's opposition to FDIC-R's Motion to Dismiss shall be due on July 18, 2024 and FDIC-R's reply in support of its Motion to Dismiss shall be due on August 22, 2024.

*[Remainder of page intentionally left blank.]*

1    IT IS SO STIPULATED.

2    Dated: May 23, 2024

3    */s/ Robert A. Sacks*                                    */s/ Casey D. Laffey*

4    Robert A. Sacks (SBN 150146)                 Raymond A. Cardozo, Esq. (Bar No. 173263)
     sacksr@sullcrom.com                          Emily F. Lynch, Esq. (Bar No. 324055)
5    Adam S. Paris (SBN 190693)                   REED SMITH LLP
     parisa@sullcrom.com                          101 Second Street, Suite 1800
6    Diane L. McGimsey (SBN 234953)               San Francisco, CA 94105
     mcgimseyd@sullcrom.com                       Telephone: (415) 543-8700
7    **SULLIVAN & CROMWELL LLP**                  Facsimile: (415) 391-8269
     1888 Century Park East                       E-mail: rcardozo@reedsmith.com
8    Los Angeles, California 90067                 E-mail: elynch@reedsmith.com
     Telephone: (310) 712-6600
9    Facsimile: (310) 712-8800                     Derek J. Baker, Esq. (admitted *pro hac vice*)
                                                   REED SMITH LLP
10   Sverker K. Hogberg (SBN 244640)              Three Logan Square,
     hogbergs@sullcrom.com                        1717 Arch Street, Suite 3100
11   **SULLIVAN & CROMWELL LLP**                  Philadelphia, PA 19103
     550 Hamilton Avenue                          Telephone: (215) 851-8100
12   Palo Alto, California 94301                   Facsimile: (215) 851-1420
     Telephone: (650) 461-5600                     E-mail:        dbaker@reedsmith.com
13   Facsimile: (650) 461-5700
                                                   Casey D. Laffey, Esq. (admitted *pro hac vice*)
14   *Attorneys for Plaintiff SVB Financial Group*  Kurt F. Gwynne, Esq. (admitted *pro hac vice*)
                                                   REED SMITH LLP
15                                                 599 Lexington Avenue
                                                   New York, NY 10022
16                                                 Telephone: (212) 521-5400
                                                   Facsimile: (212) 521-5450
17                                                 E-mail: claffey@reedsmith.com
                                                   E-mail: kgwynne@reedsmith.com
18
19                                                 *Counsel to the Federal Deposit Insurance*
                                                   *Corporation, as Receiver for Silicon Valley*
20                                                 *Bank and the Federal Deposit Insurance*
                                                   *Corporation as Receiver for Silicon Valley*
21                                                 *Bridge Bank, N.A.*

22

23

24

25

26

27

28

-3-

## Attestation Pursuant to Civil Local Rule 5-1(i)(3)

Pursuant to Civil Local Rulse 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  May 23, 2024

*/s/ Robert A. Sacks*

Robert A. Sacks

-4-