1  thatRobert A. Sacks (SBN 150146)
   (sacksr@sullcrom.com)
2  Adam S. Paris (SBN 190693)
   (parisa@sullcrom.com)
3  Diane L. McGimsey (SBN 234953)
   (mcgimseyd@sullcrom.com)
4  **SULLIVAN & CROMWELL LLP**
   1888 Century Park East
5  Los Angeles, California 90067
   Telephone:     (310) 712-6600
6  Facsimile:     (310) 712-8800
   *Attorneys for Plaintiff SVB Financial Group*
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DIVISION**

11 | SVB FINANCIAL GROUP,                          )  Case No.: 5:24-cv-01321-BLF
12 |                          Plaintiff,           )
   |                                               )  **[PROPOSED] ORDER TO EXTEND
13 |                  v.                           )  BRIEFING SCHEDULE ON FDIC-R'S
   |                                               )  MOTION TO DISMISS AND TO
14 | FEDERAL DEPOSIT INSURANCE                     )  CONTINUE HEARING DATE**
   | CORPORATION, as Receiver for                  )
15 | Silicon Valley Bank and Silicon               )  The Honorable Beth Labson Freeman
   | Valley Bridge Bank, N.A.,                     )
16 |                                               )
   |                          Defendant.           )
17

On May 23, 2024, Plaintiff SVB Financial Group ("SVBFG") filed an Administrative Motion to Extend Briefing Schedule and to Continue Hearing on Defendant the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank ("FDIC-R1") and Silicon Valley Bridge Bank, N.A.'s ("FDIC-R2") (together with FDIC-R1, "FDIC-R"), motion to dismiss (Dkt. No. 33) (the "Motion to Dismiss").

For good cause shown, and pursuant to the parties' joint stipulation, the Administrative Motion is GRANTED, as follows:

1. SVBFG's opposition to FDIC-R's Motion to Dismiss shall be due on August 12, 2024;
2. FDIC-R's reply in support of its Motion to Dismiss shall be due on September 26, 2024;
3. The hearing on FDIC-R's Motion to Dismiss shall be continued from September 5, 2024 to October 10, 2024 at 9:00 a.m., or to the Court's next available hearing date thereafter;
4. **Alternatively**, if the Court does not agree to continue the hearing on the Motion to Dismiss, SVBFG's opposition to FDIC-R's Motion to Dismiss shall be due on July 18, 2024 and FDIC-R's reply in support of its Motion to Dismiss shall be due on August 22, 2024.

Dated: _____    _____

                                                  HON. BETH L. FREEMAN
                                                  UNITED STATES DISTRICT JUDGE