# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>                              Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.,<br><br>                              Defendant. | CASE No. 5:24-cv-01321-BLF<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL [FDIC-R1 AND FDIC-R2] |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

1. Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr);

2. Discussed with each other the available dispute resolution options provided by the Court and private entities; and

3. Considered whether this case might benefit from any of the available dispute resolution options.

Date: 5/22/2024          /s/ Nicholas Katsonis
                         Federal Deposit Insurance Corporation, as Receiver
                               for Silicon Valley Bank

Date: 5/22/2024          /s/ Sonya L. Levine
                         Federal Deposit Insurance Corporation, as Receiver
                               for Silicon Valley Bridge Bank, N.A.

Date: 5/22/2024          /s/ Kurt F. Gwynne
                              Reed Smith LLP

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐      intend to stipulate to an ADR process

☒      prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: __5/22/2024_____           _/s/ Kurt F. Gwynne_____
                                                       Reed Smith LLP