UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVB Financial Group, <br><br> Plaintiff(s) <br><br> v. <br><br> Federal Deposit Insurance Corp. et al, <br><br> Defendant(s) | Case No. 3:24-cv-01321-BLF <br><br> NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Counsel report that they have met and conferred regarding ADR and that they:

☒ have not yet reached an agreement to an ADR process OR

☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference: June 13, 2024

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Robert A. Sacks, Sullivan & Cromwell LLP <br> *Plf. SVB Financial Group* | (310) 712-6640 <br> sacksr@sullcrom.com |
| Kurt F. Gwynne, Reed Smith LLP <br> *Def. FDIC, as Receiver for SVB* | (212) 521-5400 <br> kgwynne@reedsmith.com |
| Kurt F. Gwynne, Reed Smith LLP <br> *Def. FDIC, as Receiver for SVB Bridge Bank* | (212) 521-5400 <br> kgwynne@reedsmith.com |
| | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date: June 24, 2024      Signed: /s/ Robert A. Sacks
                                                    Attorney for Plaintiff

Date: June 24, 2024      Signed: /s/ Kurt F. Gwynne
                                                    Attorney for Defendant

*Important!* E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."

*Form ADR-TC rev. 6-2016*