Leslie A. Brueckner, Esq. (Bar No. 140968)
**BAILEY & GLASSER LLP**
1999 Harrison Street, Suite 660
Oakland, CA 94612
Telephone: (510) 520-2185
Email: lbrueckner@baileyglasser.com

Stephen Sorensen, Esq. (*pro hac vice*)
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Email: ssorensen@baileyglasser.com

Elliott McGraw, Esq. (Bar No. 275613)
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Email: emcgraw@baileyglasser.com

*Counsel to the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.,<br><br>　　　　　Defendant. | Case No. 5:24-cv-01321-BLF<br><br>**NOTICE OF APPEARANCE OF ELLIOTT MCGRAW**<br><br>Judge: Hon. Beth Labson Freeman |

1

**NOTICE OF APPEARANCE OF ELLIOTT MCGRAW**
Case No. 5:24-cv-01321-BLF

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Elliott McGraw, attorney at Bailey & Glasser LLP, 1055 Thomas Jefferson Street, NW, Suite 540, Washington, DC 20007, email: emcgraw@baileyglasser.com, hereby makes an appearance in the above-captioned matter as counsel on behalf of the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank. Copies of all notices and other papers should be served upon the undersigned electronically or at her office address set forth above.

Dated: July 12, 2024                                **BAILEY & GLASSER LLP**

                                                    By:   */s/ Elliott McGraw*
                                                          Elliott McGraw

                                                    *Counsel to the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank*