1 | Robert A. Sacks (SBN 150146)
  | (sacksr@sullcrom.com)
2 | Adam S. Paris (SBN 190693)
  | (parisa@sullcrom.com)
3 | Diane L. McGimsey (SBN 234953)
  | (mcgimseyd@sullcrom.com)
4 | **SULLIVAN & CROMWELL LLP**
  | 1888 Century Park East
5 | Los Angeles, California 90067
  | Telephone:     (310) 712-6600
6 | Facsimile:     (310) 712-8800
  | *Attorneys for Plaintiff SVB Financial Group*
7 | [*Additional Counsel Listed on Signature Page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>                    Plaintiff,<br><br>          v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.,<br><br>                    Defendant. | Case No.: 5:24-cv-01321-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO SUBMIT A JOINT CASE SCHEDULE**<br><br>The Honorable Beth Labson Freeman |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff SVB Financial Group ("SVBFG") and Defendants the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank ("FDIC-R1") and Silicon Valley Bridge Bank, N.A. ("FDIC-R2") (together with FDIC-R1, "FDIC-R"), submit this Joint Stipulation.

WHEREAS, the parties submitted a Joint Case Management Statement on June 6, 2024, and attended the Initial Case Management Conference on June 13, 2024;

WHEREAS, following the Initial Case Management Conference, the Court issued an initial Case Management Order (Dkt. No. 45) establishing certain dates as part of the schedule in this case, and ordered the parties to submit a stipulated schedule establishing the remaining dates no later than July 12, 2024 (the "Joint Case Schedule Deadline");

WHEREAS, SVBFG and FDIC-R jointly request that the Court continue the Joint Case Schedule Deadline from July 12, 2024, to July 19, 2024, to allow the parties to continue to meet and confer in order to reach agreement on interim dates and deadlines;

WHEREAS, the requested briefing schedule complies with the Court's Standing Order re Civil Cases No. IV.B;[1]

AND WHEREAS, no other dates will be affected by this Stipulation, nor shall this Stipulation prejudice any party's rights or positions in this action.

NOW THEREFORE, the undersigned parties respectfully request that the Court enter an order resetting the Joint Case Schedule Deadline from July 12, 2024, to July 19, 2024.

[*Remainder of page intentionally left blank.*]

---

[1] In addition to the time modifications set out above, there has been one prior time modifications in this case. (*See* Dkt. No. 37.)

**IT IS SO STIPULATED.**

Dated: July 12, 2024

| | |
|---|---|
| */s/ Robert A. Sacks* | */s/ Casey D. Laffey* |

| | |
|---|---|
| Robert A. Sacks (SBN 150146)<br>sacksr@sullcrom.com<br>Adam S. Paris (SBN 190693)<br>parisa@sullcrom.com<br>Diane L. McGimsey (SBN 234953)<br>mcgimseyd@sullcrom.com<br>**SULLIVAN & CROMWELL LLP**<br>1888 Century Park East<br>Los Angeles, California 90067<br>Telephone: (310) 712-6600<br>Facsimile: (310) 712-8800<br><br>Sverker K. Hogberg (SBN 244640)<br>hogbergs@sullcrom.com<br>**SULLIVAN & CROMWELL LLP**<br>550 Hamilton Avenue<br>Palo Alto, California 94301<br>Telephone: (650) 461-5600<br>Facsimile: (650) 461-5700<br><br>*Attorneys for Plaintiff SVB Financial Group* | Raymond A. Cardozo, Esq. (Bar No. 173263)<br>Emily F. Lynch, Esq. (Bar No. 324055)<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Telephone: (415) 543-8700<br>Facsimile: (415) 391-8269<br>E-mail: rcardozo@reedsmith.com<br>E-mail: elynch@reedsmith.com<br><br>Derek J. Baker, Esq. (admitted *pro hac vice*)<br>REED SMITH LLP<br>Three Logan Square,<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br>Telephone: (215) 851-8100<br>Facsimile: (215) 851-1420<br>E-mail:              dbaker@reedsmith.com<br><br>Casey D. Laffey, Esq. (admitted *pro hac vice*)<br>Kurt F. Gwynne, Esq. (admitted *pro hac vice*)<br>REED SMITH LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 521-5400<br>Facsimile: (212) 521-5450<br>E-mail: claffey@reedsmith.com<br>E-mail: kgwynne@reedsmith.com<br><br>*Counsel to the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bridge Bank, N.A.* |

**Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: July 12, 2024

                                                   */s/ Robert A. Sacks*
                                                    Robert A. Sacks

-4-

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 Dated: July 15, 2024

                                          /s/ Beth Labson Freeman
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE