[counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP, | Case No. 5:24-cv-01321-BLF |
| Plaintiff, | |
| v. | **JOINT STIPULATED CASE SCHEDULE & ~~PROPOSED~~ ORDER** |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A., | |
| Defendant. | |

Pursuant to the Court's instructions at the Initial Case Management Conference held on June 13, 2024, and the Court's June 14, 2024 Case Management Order (Dkt. No. 45), the parties submit this proposed Joint Stipulated Case Schedule ("Case Schedule"), attached hereto as Appendix A.

WHEREAS, the parties submitted a Joint Case Management Statement on June 6, 2024 and attended the Initial Case Management Conference on June 13, 2024;

WHEREAS, following the Initial Case Management Conference, the Court issued an initial Case Management Order (Dkt. No. 45) establishing certain dates as part of the schedule in this case, and ordered the parties to submit a stipulated schedule establishing the remaining dates no later than July 12, 2024; and

WHEREAS, the parties have agreed to the Case Schedule included in Appendix A, attached hereto, which also includes in bold the dates already set by the Court's Case Management Order (Dkt. No. 45).[1]

NOW THEREFORE, the Parties hereby stipulate to and jointly move the Court for entry of the attached Case Scheduling Order.

**IT IS SO STIPULATED.**

---

[1] Defendant FDIC as Receiver has proposed this stipulated schedule based on the Court's summary judgment and trial date rulings and will work diligently toward the completion of this schedule. Given the anticipated scope of fact and expert discovery and anticipated briefing on affirmative defenses (which shall be filed in connection with FDIC as Receiver's Answer after the Court's ruling on pending motions to dismiss), the FDIC as Receiver believes additional time will be necessary for the parties to complete discovery given the volume of anticipated document production, need for substantial third party discovery and significant number of anticipated depositions and expert reports.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | |
|---|---|
| Dated: July 19, 2024 | Respectfully submitted, |

/s/ Robert A. Sacks
Robert A. Sacks (SBN 150146)
Adam S. Paris (SBN 190693)
Diane L. McGimsey (SBN 234953)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:   (310) 712-6600
Facsimile:   (310) 712-8800

Sverker K. Hogberg (SBN 244640)
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:   (650) 461-5600
Facsimile:   (650) 461-5700

*Attorneys for Plaintiff SVB Financial Group*

/s/ Raymond A. Cardozo
Raymond A. Cardozo, Esq. (SBN 173263)
Emily F. Lynch, Esq. (SBN 324055)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
E-mail: rcardozo@reedsmith.com
E-mail: elynch@reedsmith.com

Derek J. Baker, Esq. (admitted *pro hac vice*)
REED SMITH LLP
Three Logan Square,
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: dbaker@reedsmith.com

Casey D. Laffey, Esq. (admitted *pro hac vice*)
Kurt F. Gwynne, Esq. (admitted *pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: claffey@reedsmith.com
E-mail: kgwynne@reedsmith.com

*Counsel to the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

Date: July 19, 2024

>                     */s/ Robert A. Sacks*
>                     Robert A. Sacks

**[PROPOSED] CASE SCHEDULING ORDER**

The above Joint Stipulated Case Schedule & Proposed Order is approved as the Case Scheduling Order for this case and the parties shall comply with its provisions.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:** July 19, 2024

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Deadline | Parties' Proposal |
|---|---|
| Deadline to Request Leave to Amend Pleadings | 45 days following decision on motion to dismiss |
| Close of Party Document Discovery | January 31, 2025 |
| Close of Fact Discovery | April 11, 2025 |
| Deadline to Serve Opening Expert Reports | April 21, 2025 |
| Deadline to Serve Rebuttal Expert Reports | May 19, 2025 |
| Close of Expert Discovery | June 9, 2025 |
| Parties' Cross Motions for Summary Judgment if both parties intend to make such motions | June 30, 2025 |
| Daubert Motions | June 30, 2025 |
| Parties' Responses to Cross Motions for Summary Judgment or, if only one party has moved, the other party's opposition | August 6, 2025 |
| Oppositions to Daubert Motions | August 6, 2025 |
| Reply in Further Support of Motion for Summary Judgment if only one party has moved for summary judgment | September 9, 2025 |
| Replies in Support of Daubert Motions | September 9, 2025 |
| **Hearing on Motion(s) for Summary Judgment** | **October 2, 2025 at 9:00 a.m.** |
| Deadline to File Motions in Limine | January 15, 2026 |
| Oppositions to Motions in Limine | January 29, 2026 |
| Deadline to File Joint Pretrial Statement | January 29, 2026 |
| Proposed Finding of Facts and Conclusions of Law | January 29, 2026 |
| Trial Brief (if any) | January 29, 2026 |
| **Final Pretrial Conference** | **February 12, 2026 at 1:30 p.m.** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| Trial | March 23, 2026 at 9:00 a.m. |
|---|---|