| | |
|---|---|
| 1 | Robert A. Sacks (SBN 150146) |
|   | (sacksr@sullcrom.com) |
| 2 | Adam S. Paris (SBN 190693) |
|   | (parisa@sullcrom.com) |
| 3 | Diane L. McGimsey (SBN 234953) |
|   | (mcgimseyd@sullcrom.com) |
| 4 | **SULLIVAN & CROMWELL LLP** |
|   | 1888 Century Park East |
| 5 | Los Angeles, California 90067 |
|   | Telephone:    (310) 712-6600 |
| 6 | Facsimile:     (310) 712-8800 |

Sverker K. Hogberg (SBN 244640)
(hogbergs@sullcrom.com)
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:    (650) 461-5600
Facsimile:     (650) 461-5700

*Attorneys for Plaintiff SVB Financial Group*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP, | Case No.: 5:24-cv-01321-BLF |
| Plaintiff, | **DECLARATION OF ROBERT A. SACKS IN SUPPORT OF PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A., | |
| Defendant. | The Honorable Beth Labson Freeman |

I, Robert A. Sacks, declare as follows:

1. I am an attorney duly licensed by the State of California and admitted to practice before this Court. I am a partner at Sullivan & Cromwell LLP, and I represent Plaintiff SVB Financial Group ("SVBFG") in the above-titled action. I have personal knowledge of the facts stated in this declaration and I can testify competently to them if called upon to do so.

2. Attached is a true and correct copy of Plaintiff SVB Financial Group's unredacted Opposition to the Motion to Dismiss of Defendant Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.

3. Page 2 of the unredacted Opposition to the Motion to Dismiss contains information derived from materials designated "Highly Confidential" by non-party the Federal Deposit Insurance Corporation, in its corporate capacity ("FDIC-C"), pursuant to the protective order ("Protective Order") entered in SVBFG's Chapter 11 proceeding. (*See In re SVB Fin. Grp.*, No. 23-10367-MG (Bankr. S.D.N.Y.), ECF No. 428.)

4. Under the Protective Order, Plaintiff shall file documents and information derived from materials designated "Highly Confidential" under conditional seal. (*See id.* at ¶ 20.)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2024  /s/ Robert A. Sacks
Los Angeles, California  Robert A. Sacks

-1-