UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>              Plaintiff,<br><br>    v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.,<br><br>              Defendant. | Case No.: 5:24-cv-01321-BLF<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SVB FINANCIAL GROUP'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>The Honorable Beth Labson Freeman |

In accordance with Civil Local Rules 7-11, 79-5(e), and 79-5(f), Plaintiff SVB Financial Group ("SVBFG") filed an administrative motion ("Motion") for an order to seal the following document:

| Document | Designating Party | Reason for Sealing |
|---|---|---|
| Unredacted Opposition to the Motion to Dismiss | FDIC-C | References to materials designated "Highly Confidential" by FDIC-C |

Having considered Plaintiff's Motion and the filings in support of the Motion, the Court ORDERS as follows:

The Motion is GRANTED.

SO ORDERED.

Dated: _____

_____
HON. BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE

-1-

[Proposed] Order Granting Plaintiff SVB Financial Group's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed
Case No. 5:24-cv-01321-BLF

| | | |
|---|---|---|
| 1 | Dated: August 12, 2024 | Respectfully submitted, |

/s/ *Robert A. Sacks*
Robert A. Sacks
Adam S. Paris
Diane L. McGimsey
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:  (310) 712-6600
Facsimile:   (310) 712-8800

Sverker K. Hogberg
**SULLIVAN & CROMWELL LLP**
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:  (650) 461-5600
Facsimile:   (650) 461-5700

*Attorneys for Plaintiff SVB Financial Group*