**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

SVB FINANCIAL GROUP,

        Plaintiff,

    v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, AS RECEIVER FOR
SILICON VALLEY BANK, et al.,

        Defendants.

Case No.  5:24-cv-01321-BLF

**ORDER DIRECTING SVB FINANCIAL GROUP TO SUBMIT CHAMBERS COPIES**

[Re: ECF No. 64]

The Court has not yet received chambers copies of Plaintiff SVB Financial Group's opposition to Defendants' Motion to Dismiss and the exhibits in support thereof.  ECF No. 64. The Court ORDERS SVB Financial Group to submit chambers copies of its opposition and its supporting exhibits and declarations in accordance with this Court's Standing Orders Re Civil Cases § IX no later than September 18, 2024.  SVB Financial Group is reminded to comply with § IX.D, which instructs that when all or a portion of a filing has been sealed, the chambers copy of that filing shall contain a complete set of unredacted briefs and exhibits.  Standing Order Re Civil Cases § IX.D.

      **IT IS SO ORDERED.**

Dated:  September 11, 2024

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California