UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>         Plaintiff,<br><br>   v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK, et al.,<br><br>         Defendants. | Case No.  24-cv-01321-BLF (VKD)<br><br>**ORDER RE PLAINTIFF'S LETTER SEEKING RECONSIDERATION; SETTING STATUS CONFERENCE**<br><br>Re: Dkt. No. 83 |

On October 7, 2024, plaintiff SVB Financial Group ("SVBFG") filed a letter requesting reconsideration of the Court's October 6, 2024 order (Dkt. No. 82) regarding its ongoing privilege review.  Dkt. No. 83.  This letter does not comply with the requirements of Civil Local Rule 7-9 regarding requests for reconsideration.  SVBFG may file a compliant motion pursuant to Local Rule 7-9 if it wishes.  However, in view of the concerns expressed by SVBFG, the Court agrees that further discussion is warranted.

The Court encourages the parties to continue their own discussions to find an agreed, practical solution to their dispute about SVBFG's review for "exclusive privilege," and to facilitate this effort the Court will hold a status conference with the parties on **October 10, 2024 at 10 a.m.** via Zoom videoconference.[1]  The Court requires that attorneys who are knowledgeable about and responsible for the document review attend the conference on behalf of each party, in

---

[1] If the parties prefer, the Court is alternatively available for a status conference on October 9, 2024 or October 11, 2024 at 10:00 a.m. via Zoom videoconference.  Any agreed requests for an alternative date shall be communicated by email to Judge DeMarchi's courtroom deputy at vkdcrd@cand.uscourts.gov.

1  addition to any other attorneys a party may wish to include.

2  **IT IS SO ORDERED.**

3  Dated: 10/8/2024

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge