UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK, et al.,<br><br>Defendants. | Case No. 24-cv-01321-BLF (VKD)<br><br>**FURTHER ORDER RE PLAINTIFF'S PRIVILEGE REVIEW**<br><br>Re: Dkt. No. 68, 81 |

On October 10, 2024, the Court held a status conference regarding plaintiff's review of custodial documents for "exclusive privilege." Dkt. No. 88. The parties reported progress toward agreement on procedures for prioritizing and expediting this review. In view of that progress, the Court directs the parties to continue their efforts to reach agreement.

On **October 15, 2024**, the parties shall file a joint status report regarding their further proposal(s) for prioritizing and expediting the review of custodial documents for exclusive privilege.

**IT IS SO ORDERED.**

Dated: October 10, 2024

Virginia K. DeMarchi
United States Magistrate Judge