

| | |
|---|---|
| 1055 Thomas Jefferson St. NW<br>Suite 540<br>Washington, DC 20007<br>Tel: 202.463.2101<br>Fax: 202.463.2103 | STEPHEN SORENSEN<br>ssorensen@baileyglasser.com |

November 12, 2024

**By ECF**

Hon. Virginia K. DeMarchi
United States Magistrate Judge
United States District Court
  for the Northern District of California
280 South 1st St., Room 2112
San Jose, CA  95113

**Re:**   *Silicon Valley Bank Financial Group v. Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank, et al.* **(Case No. 5:24-cv-01321-BLF-VKD)**

Dear Judge DeMarchi,

The Court Order of October 17, 2024 (Dkt. 97), directed the parties to file a joint status report in connection with SVBFG's exclusive privilege review on November 12, 2024.

Pursuant to the Court's allowance from the Bench on September 17, 2024, providing that the parties may stipulate to reasonable extension of a joint status report deadline on this issue, the parties have agreed to one additional day to report back to the Court such that the report otherwise due on November 12, 2024, will be filed by November 13, 2024, at 5 p.m. PST.

We thank the Court for its attention to this matter.

Respectfully submitted,

Dated: November 12, 2024

| | |
|---|---|
| */s Robert A. Sacks*<br>Robert A. Sacks (SBN 150146)<br>Adam S. Paris (SBN 190693)<br>Diane L. McGimsey (SBN 234953)<br>**SULLIVAN & CROMWELL LLP**<br>1888 Century Park East<br>Los Angeles, CA  90067<br>Tel:     (310) 712-6600<br>Fax:    (310) 712-8800<br><br>Sverker K. Högberg (SBN 244640)<br>**SULLIVAN & CROMWELL LLP**<br>550 Hamilton Ave.<br>Palo Alto, CA  94301<br>Tel:     (650) 461-5600<br>Fax:    (650) 461-5700<br><br>*Counsel for Plaintiff SVB Financial Group* | */s Stephen Sorensen*<br>Stephen Sorensen (SBN 199408)<br>Elliot McGraw (SBN 275613)<br>Michael L. Shenkman (admitted *pro hac vice*)<br>**BAILEY & GLASSER LLP**<br>1055 Thomas Jefferson St., NW, Suite 540<br>Washington, DC  20007<br>Tel:     (202) 445-7266<br>Fax:    (202) 463-2103<br><br>Lawrence H. Heftman (admitted *pro hac vice*)<br>David C. Giles (admitted *pro hac vice*)<br>**ARENTFOX SCHIFF**<br>233 S. Wacker Dr., Suite 7100<br>Chicago, IL  60606<br>Tel:     (312) 258-5500<br>Fax:    (312) 258-5600<br><br>*Counsel to the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank*<br><br>Casey D. Laffey (admitted *pro hac vice*)<br>Kurt F. Gwynne (admitted *pro hac vice*)<br>**REED SMITH LLP**<br>599 Lexington Ave.<br>New York, NY  10022<br>Tel:     (212) 521-5400<br>Fax:    (212 521-5450<br><br>Raymond A. Cardozo (SBN 173263)<br>Emily F. Lynch (SBN 324055)<br>**REED SMITH LLP**<br>101 Second St., Suite 1800<br>San Francisco, CA  94105<br>Tel:     (415) 543-8700<br>Fax:    (415) 391-8269<br><br>*Counsel to the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2024, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

DATED: November 12, 2024  /s/ Stephen Sorensen
Stephen Sorensen

**FILER'S ATTESTATION**

I, Stephen Sorensen, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all counsel listed above have concurred in this filing.

DATED: November 12, 2024  /s/ Stephen Sorensen
Stephen Sorensen