**FDIC-R's Exemplary Challenge List, Nov. 13, 2024**

| Operation / Evaluation of the Joint Board | SVB Outside Counsel Policy |
|---|---|
| SVBC143-00255910* | SVBC143-00542613* |
| SVBC143-00253838 | |
| SVBC143-00253839 | **2023 AFS Sale** |
| SVBC143-00317879 | SVBC002-00052563 |
| SVBC143-00316900 | SVBC002-00052698* |
| SVBC 143-00316901 | SVBC118-00221830 |
| SVBC291-00023709 | |
| SVBC201-00023710 | |
| SVBC143-00314998 | **Liquidity** SVBC131-00063212 |
| SVBC143-00314999 | SVBC143-00312493 |
| SVBC143-00307940 | SVBC143-00305031 |
| SVBC143-00307941 | SVBC026-00020178 |
| SVBC143-00307347 | SVBC026-00020180 |
| SVBC143-00305031 | SVBC026-00020181 |
| SVBC198-00045534 | |
| SVBC143-00296937 | |
| SVBC143-00296008 | |
| SVBC143-00296009 | |
| SVBC101-00050790 | |
| SVBC101-00022653 | |
| SVBC101-00022654 | |
| SVBC101-00024823 | |
| SVBC101-00031900 | |
| SVBC101-00054857 | |
| SVBC101-00033070 | |
| SVBC101-00033071 | |
| SVBC101-00033072 | |
| SVBC291-00027365 | |

\* Marked by SVBFG as available in redacted form