1  Robert A. Sacks (SBN 150146)
   (sacksr@sullcrom.com)
2  Adam S. Paris (SBN 190693)
   (parisa@sullcrom.com)
3  Diane L. McGimsey (SBN 234953)
   (mcgimseyd@sullcrom.com)
4  **SULLIVAN & CROMWELL LLP**
   1888 Century Park East, Suite 2100
5  Los Angeles, California  90067
   Telephone:    (310) 712-6600
6  Facsimile:    (310) 712-8800
   *Attorneys for Plaintiff SVB Financial Group*
7  [*Additional Counsel Listed on Signature Page*]

8                    **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN JOSE DIVISION**

11

12  SVB FINANCIAL GROUP,                    Case No. 5:23-cv-06543-BLF

13                            Plaintiff,    **JOINT STIPULATION AND** **[PROPOSED]**
                                            **ORDER TO COORDINATE DISCOVERY**
14            v.                            **IN THE FDIC ACTIONS**

15  FEDERAL DEPOSIT INSURANCE               The Honorable Beth L. Freeman
    CORPORATION, in its corporate capacity,
16
                              Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

1     Pursuant to Civil Local Rule 7-12, SVB Financial Group ("SVBFG"), Federal Deposit

2    Insurance Corporation, in its corporate capacity ("FDIC-C"), and Federal Deposit Insurance Corporation,

3    as receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A. ("FDIC-R") (together with

4    SVBFG and FDIC-C, the "Parties"), submit this stipulated request to coordinate discovery between the

5    above-captioned action and the related action captioned *SVB Financial Group* v. *Federal Deposit*

6    *Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.*, No.

7    5:24-cv-01321-BLF (together, the "FDIC Actions").

8     WHEREAS, on August 22, 2024, the Court ordered the Parties to meet and confer by

9    September 6, 2024 regarding the coordination of discovery between the FDIC Actions;

10     WHEREAS, on September 4, 2024, lead counsel for the Parties met and conferred via

11    Zoom; and

12     WHEREAS, to avoid unnecessary duplication of discovery and unduly burdening the

13    Court, the Parties, and other third parties, the Parties have agreed to certain coordination of discovery

14    between the FDIC Actions, without prejudice to any Party's right to seek further coordination or

15    consolidation of the FDIC Actions at a later date.

16     NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

17    the Parties, through their undersigned counsel, and subject to the Court's approval, that discovery in the

18    FDIC Actions shall be coordinated as follows:

19     1.     Documents produced by any Party or third party in either of the FDIC Actions will be

20    treated as produced in both FDIC Actions.  This stipulation solely concerns treatment of a document as

21    produced in the FDIC Actions and does not waive any evidentiary objection to the admission of any

22    document in either FDIC Action.  Any document produced in one action and used in another will retain

23    in the second action any confidentiality designations applied to it in the first action.

24     2.     If any document inadvertently produced in either of the FDIC Actions is clawed back,

25    such claw back will be effective across both FDIC Actions.

26     3.     To the extent waiver is found in one action on the basis of any document or documents

27    produced in that action, such waiver will not be automatically imputed in the other action.

28

SULLIVAN &
CROMWELL LLP

4.    Document requests may be served in either of the FDIC Actions on any Party pursuant to Fed. R. Civ. P. 34 without the need to serve a subpoena pursuant to Fed. R. Civ. P. 45.

5.    The Parties may serve a single third-party subpoena for use in both FDIC Actions, with service of subpoenas provided to all Parties.

6.    The Parties will work in good faith to coordinate depositions in the FDIC Actions to attempt to avoid unnecessarily deposing any witness more than once, with the understanding that the Parties and any witness will need to negotiate in good faith about time limits for depositions to accommodate multiple parties' questioning.  This provision is without prejudice to the right to seek leave from the Court to take additional depositions.

7.    The Parties' responses to interrogatories and requests for admission served in either of the FDIC Actions may be used in both FDIC Actions.  For the avoidance of doubt, Paragraph 7 does not alter the corporate separateness between FDIC-C, FDIC-R1, and FDIC-R2, and FDIC-C, FDIC-R1, and FDIC-R2 maintain that a statement or admission by one of them does not bind the others.  SVBFG, however, reserves the right to seek relief from the Court to impute statements or admissions by FDIC-C, FDIC-R1, or FDIC-R2 to each of the other FDIC entities to the extent consistent with equity and law.

8.    This stipulation is without prejudice to any Party's right to ask the Court to order additional coordination or consolidation of the FDIC Actions.

9.    Nothing in this stipulation, nor any coordination carried out pursuant to it, will be taken to diminish in any way the corporate separateness between FDIC-C, FDIC-R1, and FDIC-R2.  SVBFG, however, reserves the right to seek relief from the Court to impute statements or admissions by FDIC-C, FDIC-R1, or FDIC-R2 to each of the other FDIC entities to the extent consistent with equity and law.

10.    Nothing in this stipulation will be taken to limit the number of discovery requests any party is permitted to serve, or depositions any party is permitted to take, under any applicable rules.

IT IS SO STIPULATED.

1    Dated: December 11, 2024

2                                            /s/ Robert A. Sacks
                                             Robert A. Sacks
3                                            Adam S. Paris
                                             Diane L. McGimsey
4                                            **SULLIVAN & CROMWELL LLP**
                                             1888 Century Park East
5                                            Los Angeles, California 90067
                                             Telephone:     (310) 712-6600
6                                            Facsimile:      (310) 712-8800

7                                            Sverker K. Hogberg
                                             **SULLIVAN & CROMWELL LLP**
8                                            550 Hamilton Avenue
                                             Palo Alto, California 94301
9                                            Telephone:     (650) 461-5600
                                             Facsimile:      (650) 461-5700
10
                                             *Attorneys for Plaintiff SVB Financial Group*
11
                                             /s/ Eric C. Lyttle
12                                           Emily Kapur (Bar No. 306724)
                                             **QUINN EMANUEL URQUHART**
13                                           **& SULLIVAN, LLP**
                                             555 Twin Dolphin Dr., 5th Floor
14                                           Redwood Shores, CA 94065
                                             Telephone: (650) 801-5000
15                                           Facsimile: (650) 801-5100
                                             Email: emilykapur@quinnemanuel.com
16
                                             Benjamin I. Finestone (*pro hac vice* )
17                                           **QUINN EMANUEL URQUHART**
                                             **& SULLIVAN, LLP**
18                                           51 Madison Avenue, 22nd Floor
                                             New York, NY 10010
19                                           Telephone: (212) 849-7000
                                             Facsimile: (212) 849-7100
20                                           Email:
                                             benjaminfinestone@quinnemanuel.com
21
                                             Eric C. Lyttle (*pro hac vice*)
22                                           Jonathan G. Cooper (*pro hac vice*)
                                             **QUINN EMANUEL URQUHART**
23                                           **& SULLIVAN, LLP**
                                             1300 I Street NW, Suite 900
24                                           Washington, DC 20005
                                             Telephone: (202) 538-8000
25                                           Facsimile: (650) 538-8100
                                             Email: ericlyttle@quinnemanuel.com
26                                           Email: jonathancooper@quinnemanuel.com

27                                           *Counsel to the Federal Deposit Insurance*
                                             *Corporation (in its corporate capacity)*
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Stephen Sorensen
_____

Casey D. Laffey, Esq. (*pro hac vice*)
Kurt F. Gwynne, Esq. (*pro hac vice*)
**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: claffey@reedsmith.com
E-mail: kgwynne@reedsmith.com

Stephen Sorensen, Esq. (SBN 199408)
**BAILEY & GLASSER, LLP**
1055 Thomas Jefferson Street NW
Suite 540
Washington, DC 20007
Telephone: (202) 445-7266
Email: ssorensen@baileyglasser.com

*Counsel to the Federal Deposit Insurance
Corporation, as Receiver for Silicon Valley
Bank and Silicon Valley Bridge Bank, N.A.*

1        **[PROPOSED] ORDER**

2

3            PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5   Dated:    December 11, 2024

6                                    HON. BETH LABSON FREEMAN
                                     UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SULLIVAN &
CROMWELL LLP