UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SVB FINANCIAL GROUP,

Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for Silicon
Valley Bank and Silicon Valley Bridge
Bank, N.A.,

Defendant.

Case No.  5:24-cv-01321-BLF

**MOTION TO SUBSTITUTE
LAW FIRM; PROPOSED ORDER**

On behalf of (party name) Plaintiff, SVB Financial Group, the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Robert A. Van Nest, Jan Nielsen Little, Julia L. Allen, and Maya James of Keker, Van Nest & Peters LLP.

Name(s) of counsel withdrawing from representation and firm name:
Robert A. Sacks, Adam S. Paris, Diane L. McGimsey, and Sverker K. Hogberg of Sullivan & Cromwell LLP.

Date: December 19, 2024

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date:

UNITED STATES DISTRICT/MAGISTRATE JUDGE
Beth Labson Freeman