1  Jonathan K. Chang (SBN 355907)
   jonathan.chang@davispolk.com
2  DAVIS POLK & WARDWELL LLP
3  900 Middlefield Road, Suite 200
  Redwood City, California 94063
4  Telephone: (650) 752-2000
  Facsimile:  (650) 752-2111
5
  Robert A. Van Nest (SBN 84065)
6     rvannest@keker.com
  Jan Nielsen Little (SBN 100029)
7     jlittle@keker.com
  Julia L. Allen (SBN 286097)
8     jallen@keker.com
9  Maya P. James (SBN 318554)
   mjames@keker.com
10 KEKER, VAN NEST & PETERS LLP
  633 Battery Street
11 San Francisco, California 94111
12 Telephone: (415) 391-5400
  Facsimile:  (415) 397-7188
13
  *Attorneys for Plaintiff SVB Financial Group*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP, | Case No. 5:24-cv-01321-BLF |
| Plaintiff, | |
| | NOTICE OF ASSOCIATION OF COUNSEL |
| v. | |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A., | Courtroom: 3 – 5th Floor<br>Judge: Honorable Beth Labson Freeman<br><br>Action Filed: March 5, 2024 |
| Defendant. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Robert A. Van Nest, Jan Nielsen Little, Julia L. Allen, and Maya P. James of the law firm of Keker, Van Nest & Peters LLP, attorneys of record for plaintiff SVB Financial Group, hereby associate Davis Polk & Wardwell LLP as counsel in this matter. The name, office address, telephone number, fax number and email address of the associated counsel are as follows.

> Jonathan K. Chang
> DAVIS POLK & WARDWELL LLP
> 900 Middlefield Road, Suite 200
> Redwood City, California 94063
> Telephone: (650) 752-2000
> Facsimile: (650) 752-2111
> Email: jonathan.chang@davispolk.com

Attorneys Robert A. Van Nest, Jan Nielsen Little, Julia L. Allen, and Maya P. James concur in the filing of this Notice of Association of Counsel.

Dated: December 19, 2024

KEKER, VAN NEST & PETERS LLP

/s/ Robert A. Van Nest
Robert A. Van Nest (SBN 84065)
  rvannest@keker.com
Jan Nielsen Little (SBN 100029)
  jlittle@keker.com
Julia L. Allen (SBN 286097)
  jallen@keker.com
Maya P. James (SBN 318554)
  mjames@keker.com
633 Battery Street
San Francisco, California 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

*Attorneys for Plaintiff SVB Financial Group*

Davis Polk & Wardwell LLP and attorney Jonathan K. Chang hereby accept the above association.

Dated: December 19, 2024

DAVIS POLK & WARDWELL LLP

/s/ Jonathan K. Chang
Jonathan K. Chang (SBN 355907)
  jonathan.chang@davispolk.com
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Marshall S. Huebner
Elliot Moskowitz
Kathryn S. Benedict
  (*pro hac vice* applications forthcoming)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Attorneys for Plaintiff SVB Financial Group*

**LOCAL RULE 5-4.3.4 ATTESTATION**

I, Jonathan K. Chang, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Jonathan K. Chang
Jonathan K. Chang (SBN 355907)