KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
JAN NIELSEN LITTLE - # 100029
jlittle@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
MAYA JAMES - # 318554
mjames@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Plaintiff SVB FINANCIAL GROUP

[*Additional Counsel Listed on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.,<br><br>　　　　　Defendants. | Case No. 5:24-cv-01321-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER COMPLAINT AND TO EXTEND RELATED DEADLINES**<br><br>Judge:　　Hon. Beth Labson Freeman<br><br>Date Filed: March 5, 2024<br><br>Trial Date: March 23, 2026 |

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER COMPLAINT AND TO
EXTEND RELATED DEADLINES
Case No. 5:24-cv-01321-BLF

2843134

1    Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiff SVB Financial Group ("Plaintiff"), and Defendants the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank ("FDIC-R1") and Silicon Valley Bridge Bank, N.A. ("FDIC-R2") (together with FDIC-R1, "Defendants"; and together with Plaintiff, "Parties"), submit this Joint Stipulation and Proposed Order.

    WHEREAS, counsel from Keker, Van Nest & Peters LLP filed its Motion to Substitute as Plaintiff's Counsel and first appeared as counsel of record for Plaintiff on this day, December 19, 2024;

    WHEREAS, counsel from Davis Polk & Wardwell LLP filed its Notice of Association and first appeared as counsel of record for Plaintiff on this day, December 19, 2024;

    WHEREAS, in the interest of streamlining the case, Plaintiff does not plan to file an Amended Complaint and therefore Defendants' Answer is due on December 20, 2024, by prior agreement of the Parties;

    WHEREAS, Defendants intend to assert affirmative defenses and/or counterclaims in their Answer;

    WHEREAS, after review of Defendants' forthcoming Answer, Plaintiff reserves the right to move to strike or dismiss such defenses and/or counterclaims, or a portion thereof, or other portions of the Answer;

    WHEREAS, party document discovery is set to close on January 31, 2025 (Dkt 63), and thus the last day to serve requests for the production of documents is January 1, 2025;

    WHEREAS, counsel for Plaintiff and Defendants have met and conferred regarding their schedules and the needs of the case;

    WHEREAS, Defendants have requested a short extension of the time to Answer the Complaint, and both Parties agree that it would be in the Parties' best interests and in the interest of judicial efficiency to extend: (1) Defendants' time to Answer to January 10, 2025; (2) Plaintiff's time to move to strike and/or dismiss any defenses and/or counterclaims or any other portion of Defendants' Answer to February 14, 2025; and (3) both Parties' time to propound additional requests for production of documents to January 20, 2025;

1

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER COMPLAINT AND TO EXTEND RELATED DEADLINES
Case No. 5:24-cv-01321-BLF

2843134

WHEREAS, no time or deadline modifications have occurred in this case since the Court's July 19, 2024 Order granting the Parties' stipulated case schedule (Dkt 63);

WHEREAS, the extension will not alter any other date or deadline already fixed by the Court.

NOW, THEREFORE, THE PARTIES AGREE AND JOINTLY STIPULATE:

1. Defendants shall file their Answer to Plaintiff's Complaint no later than 5:00 p.m. EST on January 10, 2025.

2. Plaintiff shall file any motion to strike and/or dismiss any defenses and/or counterclaims asserted in Defendants' Answer and/or any other portion of Defendants' Answer no later than February 14, 2025.

3. Plaintiff and Defendants shall have until 5:00 p.m. EST on January 20, 2025 to propound any additional requests for production of documents.

**IT IS SO STIPULATED.**

Dated: December 19, 2024                KEKER, VAN NEST & PETERS LLP

                                        By:   */s/ Robert Van Nest*
                                              ROBERT A. VAN NEST
                                              JAN NIELSEN LITTLE
                                              JULIA L. ALLEN
                                              MAYA JAMES

                                        Attorneys for Plaintiff SVB FINANCIAL GROUP

2

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER COMPLAINT AND TO EXTEND RELATED DEADLINES
Case No. 5:24-cv-01321-BLF

2843134

| | | |
|---|---|---|
| 1 | Dated: December 19, 2024 | DAVIS POLK & WARDWELL LLP |

By: */s/ Jonathan K. Chang*
JONATHAN K. CHANG - # 355907
900 Middlefield Road
Redwood City, CA 94063
Telephone:    650 752 2000
jonathan.chang@davispolk.com

MARSHALL S. HUEBNER (*pro hac vice pending*)
ELLIOT MOSKOWITZ (*pro hac vice pending*)
KATHRYN S. BENEDICT (*pro hac vice pending*)
450 Lexington Avenue
New York, NY 10017
Telephone:    212 450 4000
marshall.huebner@davispolk.com
elliot.moskowitz@davispolk.com
kathryn.benedict@davispolk.com

Attorneys for Plaintiff SVB FINANCIAL GROUP

Dated: December 19, 2024            REED SMITH LLP

By: */s/ Casey D. Laffey*
CASEY D. LAFFEY (*pro hac vice*)
599 Lexington Avenue, Ste 22
New York, NY 10022
Telephone: 212-549-0389
Email: claffey@reedsmith.com

Attorneys for Defendants FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK and FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BRIDGE BANK, N.A.

3
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER COMPLAINT AND TO EXTEND RELATED DEADLINES
Case No. 5:24-cv-01321-BLF

2843134

Dated: December 19, 2024

BAILEY & GLASSER

By: /s/ Stephen Sorensen
STEPHEN SORENSEN (*pro hac vice*)
1055 Thomas Jefferson, Suite 540
Washington, DC 20007
Telephone: 202-463-2101
Email: ssorensen@baileyglasser.com

Attorneys for Defendants FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK and FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BRIDGE BANK, N.A.

4

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER COMPLAINT AND TO EXTEND RELATED DEADLINES
Case No. 5:24-cv-01321-BLF

2843134

## **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Stipulation and Proposed Order. Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: December 19, 2024          By:  */s/ Robert Van Nest*
                                       ROBERT VAN NEST

5
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER COMPLAINT AND TO EXTEND RELATED DEADLINES
Case No. 5:24-cv-01321-BLF

2843134

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

6
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER COMPLAINT AND TO EXTEND RELATED DEADLINES
Case No. 5:24-cv-01321-BLF

2843134