Stephen Sorensen (SBN 199408)
Elliott McGraw (SBN 275613)
BAILEY & GLASSER, LLP
1055 Thomas Jefferson Street, NW, Suite 540
Washington, DC 20007
Phone: 202-463-2101
Email: ssorensen@baileyglasser.com
　　　　emcgraw@baileyglasser.com

Lawrence H. Heftman (*pro hac vice*)
David C. Giles (*pro hac vice*)
Michael K. Molzberger (*pro hac vice*)
ARENTFOX SCHIFF LLP
233 South Wacker Dr., Suite 7100
Chicago, IL  60606
Telephone: 312-258-5500
Email: lawrence.heftman@afslaw.com
　　　　david.giles@afslaw.com
　　　　michael.molzberger@afslaw.com

*Counsel to the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SILICON VALLEY BANK AND SILICON VALLEY BRIDGE BANK, N.A.<br><br>　　　　　　Defendant. | Case No.: 5:24-cv-01321-BLF<br><br>**DECLARATION OF ELLIOTT MCGRAW** |

I, Elliott McGraw, declare under penalty of perjury of the laws of the United States of America that the following statements are true and correct based on my personal knowledge:

1.       I am an attorney at Bailey & Glasser, LLP and one of the attorneys representing the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank ("FDIC-R1"), in the above-captioned case.

2.       The FDIC-R1 has filed an Administrative Motion to Consider Whether Cases Should Be Related, asking that the Court enter an order determining that the above-captioned case is related to the newly filed action styled *Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank v. Becker et al.*, No. 5:25-cv-00568-NC (*FDIC-R v. Becker*). Under Civil Local Rule 7-11(a), the FDIC-R1 is submitting a proposed order instead of a stipulation in connection with this motion because the defendants in *FDIC-R v. Becker* have not yet been served and therefore it would not be practical to obtain a stipulation consistent with the requirement in Local Rule 3-12(b) that FDIC-R1 "promptly file" its related-case motion.

Executed this 17th day of January 2025.

*/s/ Elliott McGraw*
Elliott McGraw