# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SILICON VALLEY BANK AND SILICON VALLEY BRIDGE BANK, N.A.<br><br>　　　　　Defendant. | Case No.: 5:24-cv-01321-BLF<br><br>**[PROPOSED] ORDER GRANTING THE FDIC-R1'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

On January 17, 2025, Defendant the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank filed an Administrative Motion to Consider Whether Cases Should Be Related as to the above-captioned case, No. 5:24-cv-01321-BLF, and the case styled *Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank v. Becker et al.*, No. 5:25-cv-00568-NC.

The Court finds that case No. 5:25-cv-00568-NC is a related case to the above-captioned case under Local Rule 3-12(a) and hereby orders that case No. 5:25-cv-00568-NC be assigned to the Hon. Beth Labson Freeman as the presiding judge in the lowest-numbered case.

Dated: _____        _____

　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Beth Labson Freeman