UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SVB Financial Group,

    Plaintiff(s),

  v.

Federal Deposit Insurance Corporation, et al.,

    Defendant(s).

Case No. 5:24-cv-01321-BLF

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ian Turetsky, an active member in good standing of the bar of States of New York & New Jersey, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A. in the above-entitled action. My local co-counsel in this case is Raymond Cardozo, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 173263.

599 Lexington Ave, New York, NY 10022
MY ADDRESS OF RECORD

(212) 549-0389
MY TELEPHONE # OF RECORD

ituretsky@reedsmith.com
MY EMAIL ADDRESS OF RECORD

101 2nd St., Ste. 1800, San Francisco, CA 94105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

1-415-659-5990
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

rcardozo@reedsmith.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: New York: 5077706 / New Jersey: 042382011.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 17, 2025

Ian Turetsky
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ian Turetsky is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 17, 2025

UNITED STATES DISTRICT/MAGISTRATE JUDGE