| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@keker.com<br>JAN NIELSEN LITTLE - # 100029<br>jlittle@keker.com<br>JULIA L. ALLEN - # 286097<br>jallen@keker.com<br>MAYA JAMES - # 318554<br>mjames@keker.com<br><br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415 391 5400<br>Facsimile:    415 397 7188<br><br>Attorneys for Plaintiff SVB FINANCIAL GROUP | DAVIS POLK & WARDWELL LLP<br>Marshall S. Huebner (*pro hac vice*)<br>marshall.huebner@davispolk.com<br>Elliot Moskowitz (*pro hac vice*)<br>elliot.moskowitz@davispolk.com<br>Kathryn S. Benedict (*pro hac vice*)<br>kathryn.benedict@davispolk.com<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone:    212 450 4000<br><br>DAVIS POLK & WARDWELL LLP<br>Jonathan K. Chang - # 355907<br>jonathan.chang@davispolk.com<br>900 Middlefield Road<br>Redwood City, CA 94063<br>Telephone:    650 752 2000 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.,<br><br>　　　　Defendants. | Case No. 5:24-cv-01321-BLF<br><br>**[PROPOSED] ORDER DENYING THE FDIC-R1'S ADMINISTRATIVE MOTION TO FIND CASES RELATED**<br><br>Judge:      Hon. Beth Labson Freeman<br><br>Date Filed: March 5, 2024<br><br>Trial Date: March 23, 2026 |

---

[PROPOSED] ORDER DENYING THE FDIC-R1'S ADMINISTRATIVE MOTION TO FIND CASES RELATED
Case No. 5:24-cv-01321-BLF

2855234

On January 17, 2025, Defendant Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank ("FDIC-R1") filed an administrative motion pursuant to Local Rule 3-12 to relate this case to the FDIC-R1's recently filed case, *Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank v. Becker et al.*, No. 5:25-cv-00568-NC. On January 21, 2025, SVB Financial Group filed an opposition to that motion. Pursuant to Local Rule 3-12(f), the Court denies the FDIC-R1's motion.

Dated: _____                    _____
                                             Hon. Beth Labson Freeman