| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ROBERT A. VAN NEST - # 84065<br>rvannest@keker.com<br>JAN NIELSEN LITTLE - # 100029<br>jlittle@keker.com<br>JULIA L. ALLEN - # 286097<br>jallen@keker.com<br>MAYA JAMES - # 318554<br>mjames@keker.com<br><br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188<br><br>Attorneys for Plaintiff SVB FINANCIAL GROUP | DAVIS POLK & WARDWELL LLP<br>Marshall S. Huebner (*pro hac vice*)<br>marshall.huebner@davispolk.com<br>Elliot Moskowitz (*pro hac vice*)<br>elliot.moskowitz@davispolk.com<br>Kathryn S. Benedict (*pro hac vice*)<br>kathryn.benedict@davispolk.com<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone:     212 450 4000<br><br>DAVIS POLK & WARDWELL LLP<br>Jonathan K. Chang - # 355907<br>jonathan.chang@davispolk.com<br>900 Middlefield Road<br>Redwood City, CA 94063<br>Telephone:     650 752 2000 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.,<br><br>　　　　　Defendants. | Case No. 5:24-cv-01321-BLF<br><br>**PROOF OF SERVICE**<br><br>Judge:　　Hon. Beth Labson Freeman<br><br>Date Filed: March 5, 2024<br><br>Trial Date: March 23, 2026 |

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On January 21, 2025, I served the following document(s):

> **OPPOSITION TO FDIC-R1'S ADMINISTRATIVE MOTION SEEKING TO RELATE CASES**
>
> **[PROPOSED] ORDER DENYING THE FDIC-R1'S ADMINISTRATIVE MOTION TO FIND CASES RELATED**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

☑ by **FEDEX**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker, Van Nest & Peters LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

☑ by **COURIER**, by placing Copy in a sealed envelope addressed as shown below, and dispatching a messenger from Nationwide Legal, whose address is 7 Post Street, Suite 603, San Francisco, CA 94104, with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

*By email and overnight delivery:*

James N. Kramer
ORRICK
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Phone: (415) 773-5923
Email: jkramer@orrick.com
*Counsel for Gregory Becker*

Darren LaVerne
GIBSON DUNN
200 Park Avenue
New York, NY 10166-0193
Phone: (212) 351-3936
Email: dlaverne@gibsondunn.com
*Counsel for Daniel Beck*

*By messenger delivery:*

Hon. Nathanael M. Cousins
Robert F. Peckham Federal Building & United States Courthouse
Office of the Clerk
280 South 1st Street
San Jose, CA 95113

---

1

PROOF OF SERVICE
Case No. 5:24-cv-01321-BLF

2856273

| | |
|---|---|
| 1 | Jamie A. Levitt |
| 2 | MORRISON FOERSTER |
|   | 250 West 55th Street |
| 3 | New York, NY 10019-9601 |
|   | Phone: (212) 468-8203 |
| 4 | Email: jlevitt@mofo.com |
|   | *Counsel for Marc Cadieux* |
| 5 | |
| 6 | David Meister |
|   | SKADDEN, ARPS, SLATE, MEAGHER & |
| 7 | FLOM LLP |
|   | One Manhattan West 395 9th Ave. |
| 8 | New York, NY 10001 |
|   | Phone: (212) 735-2100 Email: |
| 9 | david.meister@skadden.com |
|   | *Counsel for Laura Izurieta* |
| 10 | |
| 11 | Christopher Garcia |
|   | LATHAM & WATKINS |
| 12 | 1271 Avenue of the Americas |
|   | New York, NY 10020 |
| 13 | Phone: (212) 906-1309 |
|   | Email: christopher.garcia@lw.com |
| 14 | *Counsel for Michael Kruse* |
| 15 | |
| 16 | Peter Spivak |
|   | HOGAN LOVELLS US LLP |
| 17 | 555 Thirteenth Street NW |
|   | Washington DC 20004 |
| 18 | Phone: (202) 637-5631 |
|   | Email: peter.spivack@hoganlovells.com |
| 19 | *Counsel for Michael Descheneaux* |
| 20 | |
|   | Phillip D. Anker |
| 21 | WILMERHALE |
|   | 7 World Trade Center |
| 22 | 250 Greenwich Street |
|   | New York, NY 10007 |
| 23 | Phone: (212) 230-8890 |
|   | Email: philip.anker@wilmerhale.com |
| 24 | *Counsel for Eric Benhamou, Roger Dunbar,* |
|   | *Joel Friedman, Mary Miller, Kate Mitchell,* |
| 25 | *Beverly Matthews, Garen Staglin, Elizabeth* |
|   | *Burr, Richard Daniels, Alison Davis, and* |
| 26 | *Jeffrey Maggioncalda* |
| 27 | |
| 28 | |

Executed on January 21, 2025, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Jennifer Gray