KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
JAN NIELSEN LITTLE - # 100029
jlittle@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
MAYA JAMES - # 318554
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff SVB FINANCIAL TRUST, as Successor in Interest to SVB Financial Group

DAVIS POLK & WARDWELL LLP
JONATHAN K. CHANG - # 355907
jonathan.chang@davispolk.com
900 Middlefield Road
Redwood City, CA 94063
Telephone:     650 752 2000

MARSHALL S. HUEBNER
marshall.huebner@davispolk.com
ELLIOT MOSKOWITZ
elliot.moskowitz@davispolk.com
KATHRYN S. BENEDICT
kathryn.benedict@davispolk.com
450 Lexington Avenue
New York, NY 10017
Telephone:     212 450 4000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK; FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BRIDGE BANK, N.A.,<br><br>　　　　　Defendants. | Case No. 5:24-cv-01321-BLF<br><br>**DECLARATION OF JULIA L. ALLEN IN SUPPORT OF MOTION TO CONSOLIDATE**<br><br>Judge:　　Hon. Beth Labson Freeman<br><br>Date Filed:　March 5, 2024<br><br>Hearing Date: May 1, 2025<br><br>Time: 9:00 a.m. |

I, Julia L. Allen, declare as follows:

1. I am a partner with the law firm of Keker, Van nest and Peters LLP, counsel of record for Plaintiff Silicon Valley Bank Financial Group ("SVBFG"),[1] and am admitted to practice before this Court.  I submit this declaration in support of Plaintiff SVB Financial Group's Motion to Consolidate.

2. I have knowledge of the facts set forth in this declaration and, if called to testify as a witness thereto, could do so competently under oath.

3. On January 3, 2025, counsel for SVBFG met and conferred with counsel for Federal Deposit Insurance Corporation in its corporate capacity ("FDIC-C"), Federal Deposit Insurance Corporation as receiver for Silicon Valley Bank ("FDIC-R1"), and Federal Deposit Insurance Corporation as receiver for Silicon Valley Bridge Bank "FDIC-R2") regarding consolidation.  None agreed to consolidation.

4. On December 19, 2023, SVBFG filed a Complaint against the FDIC-C.  *See* Case No. 5:23-cv-06543-BLF (N.D. Cal.), Dkt. No. 1.  On August 29, 2024, SVBFG filed an Amended Complaint, seeking, *inter alia*, the recovery of unlawfully withheld funds that were on deposit for SVBFG at the former Silicon Valley Bank as of March 16, 2023.  *See id.*, Dkt. No. 92.

5. On March 5, 2024, SVBFG filed a Complaint against FDIC-R1 and FDIC-R2, seeking, *inter alia*, the recovery of unlawfully withheld funds that were on deposit for SVBFG at the former Silicon Valley Bank as of March 16, 2023.  *See* Case No. 5:24-cv-01321-BLF (N.D. Cal.), Dkt. No. 1.

6. On March 21, 2024, during a case management conference for Case No. 23-cv-06543, Judge Freeman discussed the potential for case consolidation, stating, "[S]o, if I relate them, the next conversation will be consolidating them because I don't know why I'd have two

---

[1] Plaintiff SVB Financial Trust has been substituted for SVB Financial Group.  *See* Findings of Fact, Conclusions of Law and Order Confirming the Debtor's Second Amended Plan of Reorganization under Chapter 11 of the Bankruptcy Code at § 5.5, No. 23-10367 (MG) (Bankr. S.D.N.Y. Aug. 2, 2024), Dkt. 1379 ("On the Effective Date, [SVBFT] shall be deemed to be substituted as the party to any pending litigation . . . in which the Debtor [(SVB Financial Group)] is a party . . . .").  Depending on the outcome of discussions with the FDIC-C, FDIC-R1, and FDIC-R2,, SVBFT anticipates it will file in the near term either an agreed stipulation or an administrative motion seeking to amend the caption to reflect this already-effectuated substitution pursuant to the Bankruptcy Court's order.

1

DECLARATION OF JULIA L. ALLEN IN SUPPORT OF MOTION TO CONSOLIDATE
Case No. 5:24-cv-01321-BLF

2844575

cases on the – regarding the same pot of money[.]" *See SVBFG v. FDIC-C*, Dkt. No. 44 at 6:5-8.

7. On December 11, 2024, Judge Freeman ordered coordinated discovery in the FDIC actions. *See SVBFG v. FDIC-C*, Dkt. No. 104.

8. Included in SVBFG's initial disclosures as persons likely to have discoverable information are Secretary of the Treasury Janet Yellen, FDIC Chairman Martin Gruenberg, FDIC Vice Chairman Travis Hill, and FDIC Deputy Director of Resolution Readiness Ryan P. Tetrick. *See* June 6, 2024 Plaintiff SVB Financial Group's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a).

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct. Executed on January 22, 2025, in San Francisco, California.

_____
JULIA L. ALLEN