| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | DAVIS POLK & WARDWELL LLP |
| ROBERT A. VAN NEST - # 84065 | Marshall S. Huebner |
| rvannest@keker.com | marshall.huebner@davispolk.com |
| JAN NIELSEN LITTLE - # 100029 | Elliot Moskowitz |
| jlittle@keker.com | elliot.moskowitz@davispolk.com |
| JULIA L. ALLEN - # 286097 | Kathryn S. Benedict |
| jallen@keker.com | kathryn.benedict@davispolk.com |
| MAYA JAMES - # 318554 | 450 Lexington Avenue |
| mjames@keker.com | New York, NY 10017 |
| 633 Battery Street | Telephone:    212 450 4000 |
| San Francisco, CA 94111-1809 | |
| Telephone:    415 391 5400 | DAVIS POLK & WARDWELL LLP |
| Facsimile:     415 397 7188 | Jonathan K. Chang - # 355907 |
| | jonathan.chang@davispolk.com |
| Attorneys for Plaintiff SVB FINANCIAL | 900 Middlefield Road |
| TRUST, as Successor in Interest to SVB | Redwood City, CA 94063 |
| Financial Group | Telephone:    650 752 2000 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP, | Case No. 5:24-cv-01321-BLF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE** |
| v. | Judge:    Hon. Beth Labson Freeman |
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK; FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BRIDGE BANK, N.A., | Date Filed:  March 5, 2024 |
| | Hearing Date: May 1, 2025 |
| | Time: 9:00 a.m. |
| Defendants. | |

Having considered Plaintiff's Motion to Consolidate, the Motion is GRANTED.  Case Nos. 5:24-cv-01321 and 5:23-cv-06543 will be consolidated for all purposes.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE