United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK, et al.,<br><br>        Defendants. | Case No. 24-cv-01321-BLF<br><br>**ORDER DETERMINING CASES ARE NOT RELATED**<br><br>[Re: ECF 136] |

Currently pending before the Court is an Administrative Motion by Defendant Federal Deposit Insurance Corporation, As Receiver for Silicon Valley Bank ("FDIC-R") to consider whether cases should be related pursuant to Civil Local Rules 3-12 and 7-11, namely *SVB Financial Group v. Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.*, No. 5:24-cv-0132-BLF ("*SVBFG*"); and (2) *Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank v. Becker et al.*, No. 5:25-cv-00569-NC ("*Becker*"). ECF 136. Plaintiff SVBFG ("Plaintiff") has filed an opposition. ECF 139.

Under Civil Local Rule 3-12, an action is related to another where: (1) The actions concern substantially the same parties, property, transaction, or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges. Civ. L.R. 3-12(a). After reviewing the parties' papers and the relevant record, this Court finds that the *SVBGF* and *Becker* actions are NOT related within the meaning of Civil Local Rule 3-12, as the two actions do not "concern substantially the same parties, property, transaction, or event." Civ. L.R. 3-12(a)(1). Therefore, the Court DENIES FDIC-R's Administrative Motion to Consider Whether Cases Should Be Related.

**IT IS SO ORDERED.**

Dated: January 22, 2025

_____
BETH LABSON FREEMAN
United States District Judge