# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-01321-BLF<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>[Re: ECF 143] |

Before the Court is Defendant Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank's ("FDIC-R") motion for case management conference. ECF 143. The motion is GRANTED. The Court hereby sets a case management conference, to be jointly held with SVB Financial Trust, Federal Deposit Insurance Corporation in its corporate capacity ("FDIC-C"), and FDIC-R, on February 6, 2025, at 11:00 a.m. via Zoom webinar. The parties shall file a joint Case Management Statement containing issues to be discussed and each party's position by 10:00 a.m. on February 4, 2025.

**IT IS SO ORDERED.**

Dated: January 30, 2025

_____
BETH LABSON FREEMAN
United States District Judge