Marshall S. Huebner (admitted *pro hac vice*)
 marshall.huebner@davispolk.com
Elliot Moskowitz (admitted *pro hac vice*)
 elliot.moskowitz@davispolk.com
Kathryn S. Benedict (admitted *pro hac vice*)
 kathryn.benedict@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800

Jonathan K. Chang (SBN 355907)
 jonathan.chang@davispolk.com
DAVIS POLK & WARDWELL LLP
900 Middlefield Road, Suite 200
Redwood City, California 94063
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111

Attorneys for Plaintiff SVB Financial Trust

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| SVB FINANCIAL GROUP,<br><br>        Plaintiff,<br><br>        v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.,<br><br>        Defendants. | Case No. 5:24-cv-01321-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE PLAINTIFF AND AMEND CASE CAPTION**<br><br>Courtroom:  3 – 5th Floor<br>Judge:  Honorable Beth Labson Freeman |

Pursuant to Rules 7-11 and 7-12 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, and with the consent of Defendants Federal Deposit Insurance Corporation, as receiver for Silicon Valley Bank of Santa Clara, California ("FDIC-R1") and receiver for Silicon Valley Bridge Bank, N.A ("FDIC-R2," collectively, the "FDIC-Rs"), Plaintiff SVB Financial Group ("SVBFG") requests entry of an Order under Federal Rule of Civil Procedure 25(c)[1] amending the case caption to reflect the substitution of SVB Financial Trust (the "Trust", and collectively with FDIC-Rs and SVBFG, the "Parties") for SVBFG as plaintiff in the above-captioned case (the "Action"), for the reasons set forth below:

WHEREAS, on March 17, 2023, SVBFG filed a petition for relief under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the Southern District of New York;

WHEREAS, on August 2, 2024, the Bankruptcy Court confirmed SVBFG's Second Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code (the "Plan") pursuant to the Findings of Fact, Conclusions of Law and Order Confirming the Debtor's Second Amended Plan of Reorganization under Chapter 11 of the Bankruptcy Code, *In re SVB Financial Group*, No. 23-10367 (MG) (Bank. S.D.N.Y. Aug. 2, 2024), Dkt. 1379 (the "Bankruptcy Court's Order");

WHEREAS, Section 5.5 of the Plan provides that "[o]n the Effective Date, [the Trust] shall be deemed to be substituted as the party to any pending litigation . . . in which the Debtor [(SVB Financial Group)] is a party . . . .";

WHEREAS, the Action was pending as of August 2, 2024 and remains so;

---

[1] The parties disagree whether the Trust was automatically substituted for SVBFG as plaintiff in this case pursuant to the Plan or whether there is discretion to substitute the Trust for SVBFG. The FDIC-Rs' position is that substitution of a party following a transfer of interest requires a motion under Federal Rule of Civil Procedure 25(c), but "[e]ven when an interest is actually transferred, Rule 25(c) does not mandate substitution or joinder." *Beatbox Music Pty, Ltd. v. Labrador Entm't, Inc.*, 2021 WL 3163759, at *2 (C.D. Cal. Feb. 26, 2021) (collecting cases). Rather, "[t]he trial court has discretion to grant or deny substitution under Rule 25(c)." *Bullets2Bandages, LLC v. Caliber Corp.*, 2019 WL 5684400, at *3 (S.D. Cal. Nov. 1, 2019). Nevertheless, on the basis of the assurances and representations in this stipulation, FDIC-Rs consents to the substitution.

-1-

1  WHEREAS, the Plan became effective on November 7, 2024;

2  WHEREAS, the Trust represents to the FDIC-Rs that the amendment of the caption in
3  the Action to reflect the substitution of the Trust for SVBFG as plaintiff will have no impact on
4  any potential counterclaim or defense that FDIC-Rs or the Trust may assert in the Action;

5  WHEREAS, the Trust represents and agrees that it has possession, custody, and control
6  over every document, custodial file, information, and potential witness that SVBFG has or
7  would have had, had it remained in this Action, in its possession, custody, and control;

8  WHEREAS, the Trust represents to the FDIC-Rs that the amendment of the caption in
9  the Action to reflect the substitution of the Trust for SVBFG as plaintiff will have no impact on
10 the discoverability or admissibility of any evidence in the Action, or the ability of the Trust to
11 access and make available for deposition SVBFG witnesses as would SVBFG, or on any
12 deadline in the Actions;

13 WHEREAS, the Trust agrees that it will present no evidence and make no argument at
14 trial regarding the distinction between the Trust and SVBFG; and

15 WHEREAS, based on the representations of the Trust in this stipulation, the FDIC-Rs
16 do not oppose the amendment of the case caption in the Action to reflect the substitution of the
17 Trust for SVBFG.

18 NOW, THEREFORE, SVBFG respectfully requests, with the consent of the FDIC-Rs,
19 that the Court enter an Order that:

20 The caption of the Action shall be amended to reflect the substitution of SVB
21 Financial Trust for SVB Financial Group as plaintiff in the Action.

-3-

Pursuant to this stipulation and request, the caption for the filings in the Action would appear as follows:

| | |
|---|---|
| SVB FINANCIAL TRUST,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A,<br><br>    Defendants. | Case No. 5:24-cv-01321-BLF |

    IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: | January 31, 2025 | DAVIS POLK & WARDWELL LLP |

*/s/ Elliot Moskowitz*
Marshall S. Huebner (*pro hac vice*)
Elliot Moskowitz (*pro hac vice*)
Kathryn S. Benedict (*pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: 212 450 4000
marshall.huebner@davispolk.com
elliot.moskowitz@davispolk.com
kathryn.benedict@davispolk.com

Jonathan K. Chang - # 355907
DAVIS POLK & WARDWELL LLP
900 Middlefield Road
Redwood City, CA 94063
Telephone: 650 752 2000
jonathan.chang@davispolk.com

Robert A. Van Nest - # 84065
Jan Nielsen Little - # 100029
Julia L. Allen - # 286097
Maya James - # 318554
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
rvannest@keker.com
jlittle@keker.com
jallen@keker.com
mjames@keker.com

*Attorneys for Plaintiff SVB*
*FINANCIAL TRUST*

Dated: January 31, 2025       BAILEY GLASSER LLP

*/s/ Stephen Sorensen*
Stephen Sorensen (SBN 199408)
BAILEY GLASSER LLP
1055 Thomas Jefferson, Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Email: ssorensen@baileyglassser.com

Raymond A. Cardozo (SBN 173263)
Emily F. Lynch (SBN 324055)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone:     (415) 543-8700
Facsimile:     (415) 391-8269
E-mail: rcardozo@reedsmith.com
E-mail: elynch@reedsmith.com

Derek J. Baker (admitted *pro hac vice*)
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Facsimile: (215) 851-1420
E-mail: dbaker@reedsmith.com

Casey D. Laffey (admitted *pro hac vice*)
Kurt F. Gwynne (admitted *pro hac vice*)
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: claffey@reedsmith.com
E-mail: kgynne@reedsmith.com

Lawrence H. Heftman (admitted *pro hac vice*)
David Giles (admitted *pro hac vice*)
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
Email: david.giles@afslaw.com

*Counsel to the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.*

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

Date: January 31, 2025

                      */s/ Elliot Moskowitz*
                      Elliot Moskowitz

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE