

**Driving progress through partnership**

**Casey D. Laffey**
Direct Phone:  +1 212 549 0389
Email:  claffey@reedsmith.com

Reed Smith LLP
599 Lexington Avenue, Ste 22
New York, NY 10022
+1 212-541-5400
Fax +1 212-521-5450
reedsmith.com

February 3, 2025

Magistrate Judge Virginia K. DeMarchi
San Jose Courthouse
Courtroom 2 – 5th Floor
280 South 1st Street
San Jose, CA 95113

**Re:** *SVB Financial Group v. Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.,* **USDC Northern District of California, San Jose Division, Case No. 24-cv-01321-BLF**

Judge DeMarchi:

The FDIC-Rs write to respectfully request that the Court treat the Joint Discovery Dispute Letter filed in *SVB Financial Group v. Federal Deposit Insurance Corporation in its Corporate Capacity* (Case No. 23-cv-06543-BLF-VKD), Dkt. 136 as if it were also filed in this action.  The FDIC-Rs agree with the FDIC-C's position and believe resolution of this dispute is pertinent to both cases.  The FDIC-Rs respectfully request that should the Court hold a hearing to address the dispute, they be permitted to be heard.  The FDIC-Rs further request that any corresponding relief ordered by the Court apply equally in both actions.  The FDIC-Rs submit that joint resolution of this dispute is consistent with the Joint Stipulation and Order to Coordinate Discovery in the FDIC Actions, Dkt. 114.

The FDIC-Rs shared a draft of this letter with Plaintiff on January 31, 2025, and Plaintiff consented to its filing.

Respectfully,

 /s/ *Casey D. Laffey*

Casey D. Laffey

cc:  All Counsel of record (via ECF)

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON