Raymond A. Cardozo, Esq. (Bar No. 173263)
Emily F. Lynch, Esq. (Bar No. 324055)
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
E-mail: rcardozo@reedsmith.com
E-mail: elynch@reedsmith.com

Kurt F. Gwynne, Esq. (admitted *pro hac vice*)
Casey D. Laffey, Esq. (admitted *pro hac vice*)
**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: claffey@reedsmith.com
E-mail: kgwynne@reedsmith.com

Stephen Sorensen (SBN 199408)
**BAILEY GLASSER LLP**
1055 Thomas Jefferson Street NW
Suite 540
Washington, DC 20007
Phone: 202-463-2101
Email: ssorensen@baileyglasser.com

Lawrence H. Heftman (admitted *pro hac vice*)
David C. Giles (*admitted pro hac vice*)
**ARENT FOX SCHIFF LLP**
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606
Phone: 312-258-500
Email: lawrence.heftman@afslaw.com
         david.giles@afslaw.com

*Counsel to the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.*

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL TRUST<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR SILICON VALLEY BANK AND SILICON VALLEY BRIDGE BANK, N.A.,<br><br>Defendants. | Case No. 5:24-cv-01321-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR BRIEFING ON PLAINTIFF SVBFT'S MOTION TO STRIKE**<br><br>Dept:     Courtroom 3 - Fifth Floor<br>Judge:    Hon. Beth Labson Freeman |

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE
TIME FOR BRIEFING ON PLAINTIFF SVBFT'S MOTION TO STRIKE
Case No. 5:24-cv-01321-BLF

Pursuant to N.D. Cal. Civil Local Rule 6-2 and 7-12, Plaintiff SVB Financial Trust ("SVBFT") and Defendants Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A. (collectively, "FDIC-Rs") (together with SVBFT, "Parties") submit this Joint Stipulation and Proposed Order.

WHEREAS, SVBFT filed its Motion to Strike FDIC-Rs' Affirmative Defenses ("Motion to Strike") (Dkt No. 160) on February 12, 2025;

WHEREAS, the hearing on SVBFT's Motion to Strike is set for May 1, 2025;

WHEREAS, the current briefing schedule provides that FDIC-Rs' response is due on February 26, 2025, and SVBFT's reply is due on March 5, 2025;

WHEREAS, counsel for SVBFT and FDIC-Rs have met and conferred regarding their schedules and the briefing needs for SVBFT's Motion to Strike;

WHEREAS, the Parties agree that it would be in the Parties' best interest and in the interest of judicial efficiency to extend: (1) FDIC-Rs' response deadline to March 17, 2025 and (2) SVBFT's reply deadline to April 10, 2025;

WHEREAS, this is the Parties' first request to extend the briefing schedule related to the Motion to Strike. The Parties previously stipulated (and the Court granted) extending the time for FDIC-Rs' Answer and SVBFT's time to move to strike or dismiss any defenses or counterclaims (Dkt Nos. 133, 134);

WHEREAS, the proposed briefing schedule comports with the Court's Standing Order regarding Civil Cases No. IV.B, which recommends that reply briefs be filed at least 21 days before the hearing; and

WHEREAS, the extension will not extend any other case deadlines.

NOW, THEREFORE, THE PARTIES AGREE AND JOINTLY STIPULATE:

1. FDIC-Rs shall file their response in opposition to SVBFT's Motion to Strike no later than March 17, 2025.

2. SVBFT shall file its reply in support of its Motion to Strike no later than April 10, 2025.

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

2

JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE
TIME FOR BRIEFING ON PLAINTIFF SVBFT'S MOTION TO STRIKE
Case No. 5:24-cv-01321-BLF

IT IS SO STIPULATED.

Dated: February 19, 2025
/s/ Lawrence H. Heftman
Lawrence H. Heftman (admitted *pro hac vice*)
David C. Giles (admitted *pro hac vice*)
ARENTFOX SCHIFF LLP
233 S. Wacker Dr., Suite 7100
Chicago, IL 60613
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
E-mail: lawrence.heftman@afslaw.com
E-mail: david.giles@afslaw.com

- and –

Stephen Sorensen (SBN 199408)
Bailey Glasser
1055 Thomas Jefferson
Suite 540
Washington, DC 20007
Phone: 202-463-2101
Email: ssorensen@baileyglasser.com

- and -

Raymond A. Cardozo, Esq.
(Bar No. 173263)
Emily F. Lynch, Esq. (Bar No. 324055)
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
E-mail: rcardozo@reesmith.com
E-mail: elynch@reedsmith.com

- and -

Casey D. Laffey, Esq. (admitted *pro hac vice*)
Kurt F. Gwynne, Esq. (admitted *pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: claffey@reedsmith.com
E-mail: kgwynne@reedsmith.com

*Counsel to the Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank*

3
JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE
TIME FOR BRIEFING ON PLAINTIFF SVBFT'S MOTION TO STRIKE
Case No. 5:24-cv-01321-BLF

| | |
|---|---|
| Dated: February 19, 2025 | */s/ Elliot Moskowitz*<br>JONATHAN K. CHANG - # 355907<br>900 Middlefield Road<br>Redwood City, CA 94063<br>Telephone: (650) 752-2000<br>jonathan.chang@davispolk.com<br><br>MARSHALL S. HUEBNER (admitted *pro hac vice*)<br>ELLIOT MOSKOWITZ (admitted *pro hac vice*)<br>KATHRYN S. BENEDICT (admitted *pro hac vice*)<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4000<br>marshall.huebner@davispolk.com<br>elliot.moskowitz@davispolk.com<br>kathryn.benedict@davispolk.com<br><br>*Counsel for Plaintiff SVB FINANCIAL TRUST* |
| Dated: February 19, 2025 | */s/ Robert A. Van Nest*<br>Robert A. Van Nest (SBN 84065)<br>rvannest@keker.com<br>Jan Nielsen Little (SBN 100029)<br>jlittle@keker.com<br>Julia L. Allen (SBN 286097)<br>jallen@keker.com<br>Maya P. James (SBN 318554)<br>mjames@keker.com<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street San Francisco, California 94111<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br><br>*Counsel for Plaintiff SVB FINANCIAL TRUST* |

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

4

JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE
TIME FOR BRIEFING ON PLAINTIFF SVBFT'S MOTION TO STRIKE
Case No. 5:24-cv-01321-BLF

## ATTESTATION

I am the ECF user whose identification and password are being used to file the foregoing Stipulation and Proposed Order. Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: February 19, 2025            By: */s/ Lawrence H. Heftman*
                                                    Lawrence H. Heftman

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

5

JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE
TIME FOR BRIEFING ON PLAINTIFF SVBFT'S MOTION TO STRIKE
Case No. 5:24-cv-01321-BLF

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 19, 2025

_____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

6

JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE
TIME FOR BRIEFING ON PLAINTIFF SVBFT'S MOTION TO STRIKE
Case No. 5:24-cv-01321-BLF