# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SVB FINANCIAL TRUST,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK, et al.,<br><br>    Defendants. | Case No. 24-cv-01321-BLF |
| SVB FINANCIAL TRUST,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>    Defendant. | Case No. 23-cv-06543-BLF<br><br>**ORDER CONSOLIDATING CASES**<br><br>[Re: ECF No. 141] |

The Court has related *SVB Financial Trust v. Federal Deposit Insurance Corporation, in its corporate capacity*, No. 5:23-cv-06543-BLF (the "FDIC-C Action") and *SVB Financial Trust v. Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.*, No. 5:24-cv-01321-BLF (the "FDIC-R Action"). *See* FDIC-C Action, ECF 38. Both actions are now assigned to the undersigned Judge. On February 6, 2025, the Court ordered coordinated discovery and set hearings for motions for summary judgment on February 5, 2026, for both actions. *See* FDIC-R Action, ECF 157.

Before the Court is SVB Financial Trust's ("Trust") motion to consolidate the FDIC-C Action and the FDIC-R Action. *See* FDIC-R Action, ECF 141. The FDIC-C and the FDIC-Rs oppose. *See id.* at ECF 151, 154. The Trust filed a reply. *See id.* at ECF 159. The Court finds the

1  motion appropriate for disposition without oral argument, and hereby VACATES the hearing on
2  this motion scheduled for May 1, 2025. *See* Civ. L.R. 7-1(b). The hearing on the Trust's motion to
3  strike, FDIC-R Action at ECF 160, remains set on May 1, 2025.

For the reasons stated below, the Court GRANTS the motion.

**I.    LEGAL STANDARD**

"If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." Fed. R. Civ. P. 42(a)(2). District courts have "broad discretion under [Rule 42(a)] to consolidate cases pending in the same district." *Investors Research Co. v. U.S. Dist. Court for Cent. Dist. of California*, 877 F.2d 777, 777 (9th Cir. 1989). "In determining whether or not to consolidate cases, the Court should weigh the interest of judicial convenience against the potential for delay, confusion and prejudice." *Bodri v. Gopro, Inc.*, 2016 WL 1718217, at *1 (N.D. Cal. Apr. 28, 2016) (quotation marks omitted) (quoting *Zhu v. UCBH Holdings, Inc.*, 682 F.Supp.2d 1049, 1052 (N.D. Cal. 2010)).

**II.   DISCUSSION**

The FDIC-C Action and the FDIC-R Action, both pending before the Court, present similar factual and legal issues, as they each involve the same series of events and underlying facts and are based on the same alleged wrongful conduct. *Compare* FDIC-R Action, ECF 1 *with* FDIC-C Action, ECF 92. Specifically, the Trust in both actions alleges that FDIC did not have the authority to deny the Trust access to its deposits ("Account Funds") at Silicon Valley Bank ("SVB") in light of the invocation the Systemic Risk Exception in the aftermath of SVB's collapse. *See, e.g.,* FDIC-R Action, ECF 1 at ¶ 47; FDIC-C Action, ECF 92 at ¶ 6. In both actions, the Trust seeks access to its Account Funds. *See* FDIC-R Action, ECF 1 at 56; FDIC-C Action, ECF 92 at 50. Because both actions arise from the same nucleus of operative facts, allege similar wrongful conduct, involve overlapping factual and legal issues, and seek similar remedies, the Court finds that consolidation will conserve judicial resources, mitigate confusion, and reduce the time and cost of trying the cases separately. The Court hereby GRANTS the Trust's motion to consolidate the FDIC-C Action and the FDIC-R Action.

In making this determination, the Court is not considering whether, at trial, the issues

asserted in the operative complaints should be tried along with the counterclaims. The Court must first consider whether the counterclaims survive the pending motion to strike. *See* FDIC-R Action, ECF 160. If those claims survive, the Court will discuss with the parties the proper ordering of the issues to be presented at trial.

**III.   ORDER**

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. Pursuant to Fed. R. Civ. P. 42(a), the above captioned *SVB Financial Trust v. Federal Deposit Insurance Corporation, in its corporate capacity*, No. 5:23-cv-06543-BLF and *SVB Financial Trust v. Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.*, No. 5:24-cv-01321-BLF are CONSOLIDATED for all purposes.

2. NO consolidated complaint SHALL be filed and both actions will remain open. The parties SHALL continue to file documents in each case separately.

3. The Court hereby RESETS the pre-trial conference in the consolidated action **to May 7, 2026 at 1:30 P.M. PT**.

4. The Court hereby SETS trial in the consolidate action to begin **on July 13, 2026**.

Dated:  February 21, 2025

_____
BETH LABSON FREEMAN
United States District Judge

3