**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SVB FINANCIAL TRUST,<br><br>         Plaintiff,<br><br>     v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK, et al.,<br><br>         Defendants. | Case No.  24-cv-01321-BLF<br><br>**ORDER SETTING CASE SCHEDULE** |

On June 5, 2025, the Court held a Case Management Conference jointly with SVB Financial Trust and the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank ("FDIC-R"). As discussed in the Case Management Conference, the Court RESETS fact discovery cutoff date in the above captioned *SVB Financial Trust v. FDIC-R, et al.*, No. 24-cv-01321-BLF (N.D. Cal.) ("the FDIC-R Action") as **September 23, 2025**. The Court RESETS expert discovery cutoff date in the FDIC-R Action as **February 9, 2026.**

These new dates are interim modifications of the case schedule based upon FDIC-R's showing of good cause at the Case Management Conference held on June 5, 2025. The Court will consider further modifications of the case schedule, but for now, trial remains SET on **July 13, 2026**.

**IT IS SO ORDERED.**

Dated:  June 5, 2025

_____
BETH LABSON FREEMAN
United States District Judge