**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***
**TIME TOTAL:**   **4 Hours 44 Minutes**

**CIVIL MINUTES - JURY TRIAL**

**Judge: Beth Labson Freeman**                    **Courtroom Deputy: Esmeralda Mejia**
**Date: 6/29/2026**                                        **Court Reporter: Summer Fisher**
**Case No: 5:24-cv-01321-BLF**

## SVB Financial Trust v. Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.

Attorney(s) for Plaintiff(s): Robert Van Nest, Ellen Watlington, Julia Allen, Niharika Sachdeva, Kelly Kaufman, Jason George, Maya James, Ryan Hayward, Leah Plachinski**.**
Attorney(s) for Defendant(s): David Giles, Lawrence Heftman, Kaitlin Klamann, Stephen Sorensen, Michael Molzberger.
Trial Technicians: Chris Broyles, Don Stump, Brooklyn Botello

### PROCEEDINGS

**Please See Trial Log Attached proceedings.**

### ORDER AFTER HEARING

**Further Bench Trial set for 6/30/2026, at 10:00 a.m.**

**Exhibits Identified:**
**Plaintiff:**
**Defendant:** 481, 437, 502, 544, 584, 359, 1681, 344, 740, 353, 361, 363, 365, 367, 383, 553, 397, 1221, 1233, 1269, 752, 1147, 1167, 1249, 1614, 1050, 1053, 401, 1611, 1074, 1343, 1354, 1338, 586, 2658, 1567, 296.

**Exhibits Admitted into Evidence:**
**Plaintiff:**
**Defendant:** 437, 502, 544, 584, 359, 1681, 344, 740, 353, 361, 363, 365, 367, 383, 553, 397, 1221, 1233, 1269, 752, 1147, 1167, 1249, 1614, 1050, 1053, 401, 1611, 1074, 1343, 1354, 1338, 586, 2658, 1567, 296.

Esmeralda Mejia
CourtroomDeputy
Original: **E-Filed**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Case No:** 5:24-cv-01321-BLF          **Case Name:**  SVB Financial Trust v. Federal Deposit Insurance Corporation.

## TRIAL LOG

| | | | | | | |
|---|---|---|---|---|---|---|
| **JUDGE:** Beth Labson Freeman | | | **REPORTER(S):** Summer Fisher | | **CLERK**: Esmeralda Mejia | |

**TRIAL DATE: 6/29/2026 Day 1**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:05 | | | Call to Order | |
| | | 9:10 – 9:25 | | | Discussions held regarding Bench Trial / Court Wi-fi down | |
| | | 9:25 – 9:57 | | | Defense Opening Statements | |
| | | 9:57 – 10:28 | | | Plaintiff Opening Statements / Trial Exhibit 145 | |
| | | 10:28 – 10:45 | | | Recess | |
| | | 10:49 | | | Call to Order | |
| | | 10:49 | | | Defendant Calls Daniel Beck | DEFT |
| | | 10:50 | | | Direct Examination Daniel Beck | DEFT |
| | 481 | 10:50 | X | X | Defense Exhibit 481 | DEFT |
| | 437 | 10:51 | X | X | Defense Exhibit 437 | DEFT |
| | 502 | 11:01 | X | X | Defense Exhibit 502 | DEFT |
| | 544 | 11:02 | X | X | Defense Exhibit 544 | DEFT |
| | 584 | 11:06 | X | X | Defense Exhibit 584 | DEFT |
| | 359 | 11:19 | X | X | Defense Exhibit 359 | DEFT |
| | 1681 | 11:42 | X | X | Defense Exhibit 1681 | DEFT |
| | 359 | 11:50 | X | X | Defense Exhibit 359 | DEFT |
| | 344 | 11:53 | X | X | Defense Exhibit 344 | DEFT |
| | 740 | 11:56 | X | X | Defense Exhibit 740 | DEFT |
| | | 12:03 | | | Deposition Transcript page 244 (1-7) | DEFT |
| | 740 | 12:06 | X | X | Defense Exhibit 740 | DEFT |
| | | 12:07 | | | Deposition Transcript page 244 (8-13) | DEFT |
| | 740 | 12:08 | X | X | Defense Exhibit 740 | DEFT |
| | | 12:09 | | | Deposition Transcript page 244 (9-16) | DEFT |

Page __1 of 3___

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Case No: 5:24-cv-01321-BLF**          **Case Name:  SVB Financial Trust v. Federal Deposit Insurance Corporation.**

**TRIAL LOG**

| | | | | | |
|---|---|---|---|---|---|
| 353 | 12:09 | X | X | Defense Exhibit 353 | DEFT |
| | 12:10 – 1:10 | | | Recess | DEFT |
| | 1:14 | X | X | Call to Order | DEFT |
| | 1:15 | | | Continued Direct Examination Daniel Beck | DEFT |
| 359 | 1:20 | X | X | Defense Exhibit 359 | DEFT |
| 361 | 1:36 | X | X | Defense Exhibit 361 | DEFT |
| 363 | 1:50 | X | X | Defense Exhibit 363 | DEFT |
| 365 | 1:57 | X | X | Defense Exhibit 365 | DEFT |
| 367 | 2:02 | X | X | Defense Exhibit 367 | DEFT |
| 383 | 2:07 | X | X | Defense Exhibit 383 | DEFT |
| 553 | 2:16 | X | X | Defense Exhibit 553 | DEFT |
| 397 | 2:24 | X | X | Defense Exhibit 397 | DEFT |
| 1221 | 2:33 | X | X | Defense Exhibit 1221 | DEFT |
| 1233 | 2:36 | x | | Defense Exhibit 1233 | DEFT |
| 1269 | 2:40 | X | X | Defense Exhibit 1269 | DEFT |
| 752 | 2:45 | X | X | Defense Exhibit 752 | DEFT |
| 1147 | 2:52 | X | X | Defense Exhibit 1147 | DEFT |
| 1167 | 2:55 | X | X | Defense Exhibit 1167 | DEFT |
| | 3:03 – 3:18 | | | Recess | DEFT |
| | 3:18 – 3:21 | | | Call to Order | DEFT |
| | 3:21 | | | Continued Direct Examination Daniel Beck | DEFT |
| 1249 | 3:21 | X | X | Defense Exhibit 1249 | DEFT |
| 1614 | 3:27 | X | X | Defense Exhibit 1614 | DEFT |
| 1050 | 3:42 | X | X | Defense Exhibit 1050 | DEFT |
| 1053 | 3:45 | X | X | Defense Exhibit 1053 | DEFT |
| 401 | 3:52 | X | X | Defense Exhibit 401 | DEFT |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Case No:** 5:24-cv-01321-BLF        **Case Name:**   SVB Financial Trust v. Federal Deposit Insurance Corporation

**TRIAL LOG**

| JUDGE: Beth Labson Freeman | REPORTER(S): Summer Fisher | CLERK: Esmeralda Mejia |
|---|---|---|

**TRIAL DATE: 6/29/2026 Day 1**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | 1611 | 3:54 | X | X | Defense Exhibit 1611 | DEFT |
| | 1074 | 3:57 | X | X | Defense Exhibit 1074 | DEFT |
| | 1343 | 3:59 | X | X | Defense Exhibit 1343 | DEFT |
| | 1354 | 4:02 | X | X | Defense Exhibit 1354 | DEFT |
| | 1338 | 4:05 | X | X | Defense Exhibit 1338 | DEFT |
| | 586 | 4:13 | X | X | Defense Exhibit 586 | DEFT |
| | 2658 | 4:19 | X | X | Defense Exhibit 2658 | DEFT |
| | 1567 | 4:25 | X | X | Defense Exhibit 1567 | DEFT |
| | 296 | 4:26 | X | X | Defense Exhibit 296 | DEFT |
| | | 4:41 – 4:57 | | | Cross Examination Daniel Beck | PLTF |
| | | 4:58 | | | Court Recess for the Evening | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |