**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***
**TIME TOTAL:**   **3 Hours  30 Minutes**

**CIVIL MINUTES - JURY TRIAL**

**Judge: Beth Labson Freeman**                **Courtroom Deputy: Esmeralda Mejia**
**Date: 6/30/2026**                          **Court Reporter: Summer Fisher**
**Case No: 5:24-cv-01321-BLF**

## SVB Financial Trust v. Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.

Attorney(s) for Plaintiff(s): Robert Van Nest, Ellen Watlington, Julia Allen, Niharika Sachdeva, Kelly Kaufman, Jason George, Maya James, Ryan Hayward, Leah Plachinski, Jonathan Chang.
Attorney(s) for Defendant(s): David Giles, Lawrence Heftman, Kaitlin Klamann, Stephen Sorensen, Michael Molzberger.
Trial Technicians: Chris Broyles, Don Stump, Brooklyn Botello

**PROCEEDINGS**

**Please See Trial Log Attached proceedings.**

**ORDER AFTER HEARING**

**Further Bench Trial is set for 7/1/2026, at 9:00 a.m.**

**Exhibits Identified:**
**Plaintiff:** 1681, 475,
465, 124, 786, 359,
368, 375, 967, 998,
397, 1442, 401,
1074, 586
**Defendant:** 699,
704, 383, 397

**Exhibits Admitted into**
**Evidence:**
**Plaintiff:** 475, 465, 124, 786,
368, 375, 967, 998, 1442
**Defendant:** 699, 704,

Esmeralda Mejia
CourtroomDeputy
Original: **E-Filed**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Case No: 5:24-cv-01321-BLF**          **Case Name:**   **SVB Financial Trust v. Federal Deposit Insurance Corporation**

**TRIAL LOG**

| JUDGE: Beth Labson Freeman | REPORTER(S): Summer Fisher | CLERK: Esmeralda Mejia |
|---|---|---|

**TRIAL DATE: 6/30/2026 Day 2**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:00 | | | Call to Order | |
| | | 10:02 – 10:27 | | | Discussions held regarding [368] Motion to exclude Scott Warman's late-disclosed expert analyses and summary exhibits | PLTF |
| | | | | | Court Disallows Slides: 79, 82, 84, Court Allows Slides: 38, 52, | |
| | | 10:27 | | | Plaintiff Calls Daniel Beck | PLTF |
| | | 10:27 | | | Witness 1 Daniel Beck re-sworn | |
| | | 10:28 | | | Plaintiff begins cross-examination of Daniel Beck | PLTF |
| 1681 | | 10:43 | X | PREV. ADMIT | Plaintiff Exhibit 1681 | PLTF |
| 475 | | 10:59 | X | X | Plaintiff Exhibit 475 | PLTF |
| 465 | | 11:08 | X | X | Plaintiff Exhibit 465 | PLTF |
| 124 | | 11:14 | X | X | Plaintiff Exhibit 124 | PLTF |
| 786 | | 11:26 | X | X | Plaintiff Exhibit 786 | PLTF |
| 359 | | 11:36 | X | PREV. ADMIT | Plaintiff Exhibit 359 | PLTF |
| 368 | | 11:46 | X | X | Plaintiff Exhibit 368 | PLTF |
| 375 | | 11:48 | X | X | Plaintiff Exhibit 375 | PLTF |
| | | 12:00 – 12:30 | | | Court Recess | |
| | | 12:31 | | | Call to Order | |
| | | 12:32 | | | Plaintiff continues cross-examination of Daniel Beck | PLTF |
| 967 | | 12:32 | X | X | Plaintiff Exhibit 967 | PLTF |
| 998 | | 12:35 | X | X | Plaintiff Exhibit 998 | PLTF |
| 397 | | 12:44 | X | PREV. ADMIT | Plaintiff Exhibit 397 | PLTF |
| 1442 | | 12:51 | X | X | Plaintiff Exhibit 1442 | PLTF |
| 401 | | 1:06 | X | PREV. ADMIT | Plaintiff Exhibit 401 | PLTF |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Case No: 5:24-cv-01321-BLF**          **Case Name:   SVB Financial Trust v. Federal Deposit Insurance Corporation**

**TRIAL LOG**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1074 | | 1:11 | X | PREV. ADMIT | Plaintiff Exhibit 1074 | PLTF |
| 586 | | 1:15 | X | PREV. ADMIT | Plaintiff Exhibit 586 | PLTF |
| | | 1:21 | | | Plaintiff completes cross-examination of Daniel Beck | PLTF |
| | | 1:22 | | | Defendant begins redirect examination of Daniel Beck | DEFT |
| | | 1:24 | | | Deposition Text Daniel Beck page 96 (3-4) | DEFT |
| | 699 | 1:26 | X | X | Defendant Exhibit 699 | DEFT |
| | 704 | 1:35 | X | X | Defendant Exhibit 704 | DEFT |
| | 383 | 1:42 | X | PREV. ADMIT | Defendant Exhibit 383 | DEFT |
| | 397 | 1:56 | X | PREV. ADMIT | Defendant Exhibit 396 | DEFT |
| | | 2:00 pm | | | Court Recess for Evening | |
| | | | | | Further Bench Trial set for July 1, 2026, at 9:00 a.m. | |

Page __3 of 3___