**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***
**TIME TOTAL:**   **5 Hours  43 Minutes**

**CIVIL MINUTES - JURY TRIAL**

**Judge: Beth Labson Freeman**          **Courtroom Deputy: Esmeralda Mejia**
**Date: 7/1/2026**                        **Court Reporter: Summer Fisher**
**Case No: 5:24-cv-01321-BLF**

## SVB Financial Trust v. Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.

Attorney(s) for Plaintiff(s): Robert Van Nest, Ellen Watlington, Julia Allen, Niharika Sachdeva, Kelly Kaufman, Jason George, Maya James, Ryan Hayward, Leah Plachinski, Jonathan Chang.
Attorney(s) for Defendant(s): David Giles, Lawrence Heftman, Kaitlin Klamann, Stephen Sorensen, Michael Molzberger.
Trial Technicians: Chris Broyles, Don Stump, Brooklyn Botello

**PROCEEDINGS**

**Please See Trial Log Attached proceedings.**

**ORDER AFTER HEARING**

**Further Bench Trial set for 7/2/2026, at 9:30 a.m.**

**Exhibits Admitted into Evidence:**
**Plaintiff:**
**Exhibits Identified:**          **Defendant:** 381, 393, 1273, 357, 621, 2634
**Plaintiff:** 475, 465, 621,
2634,
**Defendant:** 375, 1579,
381, 393, 1273, 357, 621,
1442, 1448, 397, 1614,
2634,

Esmeralda Mejia
Courtroom Deputy
Original: **E-Filed**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Case No: 5:24-cv-01321-BLF**          **Case Name:  SVB Financial Trust v. Federal Deposit Insurance Corporation.**

### TRIAL LOG

| **JUDGE:** Beth Labson Freeman | **REPORTER(S):** Summer Fisher | **CLERK**: Esmeralda Mejia |
|---|---|---|

**TRIAL DATE: 7/1/2026 Day 3**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:30 | | | Call to Order | |
| | X | 8:30 – 8:39 | | | Discussions held regarding SVB Memo in connection with Zain Haider testimony | |
| | | 8:40 – 8:41 | | | Side Bar | |
| | X | 8:41 – 9:00 | | | Recess | |
| | | 9:00 | | | Call to Order | |
| | X | 9:01 | | | Continued Re-Direct Examination Daniel Beck | DEFT |
| | X | 9:04 | X | PREV ADMIT | Defendant Exhibit 375 | DEFT |
| | x | 9:06 | X | NOT ADMIT | Defendant Exhibit 1579 | DEFT |
| | X | 9:08 | X | X | Defendant Exhibit 381 | DEFT |
| | X | 9:12 | X | X | Defendant Exhibit 393 | DEFT |
| | X | 9:18 | X | X | Defendant Exhibit 1273 | DEFT |
| | X | 9:23 | X | X | Defendant Exhibit 357 | DEFT |
| | X | 9:33 | X | X | Defendant Exhibit 621 | DEFT |
| | X | 9:43 | X | PREV ADMIT | Defendant Exhibit 1442 | DEFT |
| | X | 9:48 | X | NOT ADMIT | Defendant Exhibit 1448 | DEFT |
| | X | 9:50 | X | PREV ADMIT | Defendant Exhibit 397 | DEFT |
| | X | 9:58 | X | PREV ADMIT | Defendant Exhibit 1614 | DEFT |
| | X | 10:01 | | | Concluded Re-Direct Examination Daniel Beck | DEFT |
| X | | 10:01 – 10:04 | | | Continued Re-cross Examination Daniel Beck | PLTF |
| | | 10:05 | | | Examination Daniel Beck is concluded – not subject to recall | |
| | X | 10:06 | | | Plaintiff Calls Witness Scott Warman | DEFT |
| | X | 10:06 | | | Direct Examination Scott Warman | DEFT |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Case No:** 5:24-cv-01321-BLF          **Case Name:**   SVB Financial Trust v. Federal Deposit Insurance Corporation

## TRIAL LOG

| JUDGE: Beth Labson Freeman | REPORTER(S): Summer Fisher | CLERK: Esmeralda Mejia |
|---|---|---|

**TRIAL DATE: 7/1/2026 Day 3**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:33 – 10:48 | | | Recess | |
| | | 10:48 | | | Call to Order | |
| | X | 10:49 | | | Continued Direct Examination of Scott Warman | DEFT |
| | X | 12:00 | X | X | Defendant Exhibit 2634 | DEFT |
| | | 12:00 – 1:00 | | | Recess | DEFT |
| | | 1:00 | | | Call to Order | DEFT |
| | X | 1:01 | | | Continued Direct Examination of Scott Warman | DEFT |
| | X | 1:01 | X | X | Defendant Exhibit 2634 | DEFT |
| | X | 1:12 | X | X | Defendant Exhibit 2634 | DEFT |
| | X | 2:31 – 2:46 | | | Recess | |
| | | 2:46 | | | Call to Order | DEFT |
| | X | 2:47 – 3:04 | | | Continued Direct Examination of Scott Warman | DEFT |
| | | 3:04 – 3:15 | | | Court Addresses Slide 49 of Scott Warman | |
| | X | 3:15 – 3:16 | | | Continued Re-direct Examination of Scott Warman | DEFT |
| X | | 3:16 | | | Cross Examination of Scott Warman | PLTF |
| X | | 3:29 | X | PREV ADMIT | Plaintiff Exhibit 475 | PLTF |
| X | | 3:31 | X | PREV ADMIT | Plaintiff Exhibit 465 | PLTF |
| X | | 3:38 | | | Plaintiff Warman Rpt 64. | PLTF |
| X | | 4:13 | X | PREV ADMIT | Plaintiff Exhibit 621 | PLTF |
| | | 4:15 – 4:25 | | | Recess | |
| | | 4:25 – 4:28 | | | Side Bar | |
| | | 4:28 | | | Call to Order | |
| | | 4:28 | | | Continued Re-Cross Examination Scott Warman | PLTF |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Case No:** 5:24-cv-01321-BLF          **Case Name:** SVB Financial Trust v. Federal Deposit Insurance Corporation

### TRIAL LOG

| JUDGE: Beth Labson Freeman | REPORTER(S): Summer Fisher | CLERK: Esmeralda Mejia |
|---|---|---|

**TRIAL DATE: 7/1/2026 Day 3**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| X | | 4:33 | X | PREV ADMIT | Plaintiff Exhibit 2634 | PLTF |
| X | | 4:38 | | | Plaintiff Deposition Scott Warman | PLTF |
| X | | 4:45 | | | Concluded Cross Examination of Scott Warman | PLTF |
| | X | 4:45 – 4:51 | | | Continued Re-direct Examination of Scott Warman | DEFT |
| | | 4:51 | | | Scott Warman Examination Completed | |
| | | 4:51 – 4:55 | | | Court Addresses scheduled for 7/2/2026 | |
| | | 4:55 | | | Court Recces for Evening | |
| | | | | | Further Bench Trial is set for July 2, 2026, at 9:30 am. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |