**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**\*E-FILED\***</u>
<u>**TIME TOTAL:**</u>    **5 Hours  55 Minutes**

<u>**CIVIL MINUTES - JURY TRIAL**</u>

**Judge: Beth Labson Freeman**                                    **Courtroom Deputy: Esmeralda Mejia**
**Date: 7/2/2026**                                                        **Court Reporter: Summer Fisher**
**Case No: 5:24-cv-01321-BLF**

<u>**SVB Financial Trust v. Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.**</u>

Attorney(s) for Plaintiff(s): Robert Van Nest, Ellen Watlington, Julia Allen, Niharika Sachdeva, Kelly Kaufman, Jason George, Maya James, Ryan Hayward, Leah Plachinski, Jonathan Chang.
Attorney(s) for Defendant(s): David Giles, Lawrence Heftman, Kaitlin Klamann, Stephen Sorensen, Michael Molzberger.
Trial Technicians: Chris Broyles, Brooklyn Botello

<u>**PROCEEDINGS**</u>

**Please See Trial Log Attached proceedings.**

<u>**ORDER AFTER HEARING**</u>

**Further Bench Trial set for 7/6/2026, at 9:00 a.m.**

<u>**Exhibits Identified:**</u>
<u>**Plaintiff:**</u> 1424, 1447, 1433, 1435, 1440, 1049, 950, 1067, 891,
<u>**Defendant:**</u> 475, 584, 624, 2659, 1221, 1269, 891, 584, 710, 1110, 721, 1431, 1434, 1431, 1212, 1438, 1442, 1445, 1064, 1077, 1082, 1091, 1448

<u>**Exhibits Admitted into Evidence:**</u>
<u>**Plaintiff:**</u> 1424, 1447, 1433, 1435, 1440, 1049,950,1067,
<u>**Defendant:**</u> 624, 2659, 891, 1126, 597, 710, 1110, 721, 1431, 1434, 1212, 1438, 1445, 1064, 1077, 1082, 1091, 1448,

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Case No:** 5:24-cv-01321-BLF          **Case Name:**  SVB Financial Trust v. Federal Deposit Insurance Corporation.

### TRIAL LOG

| JUDGE: Beth Labson Freeman | REPORTER(S): Summer Fisher | CLERK: Esmeralda Mejia |
|---|---|---|

**TRIAL DATE: 7/2/2026 Day 4**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:30 | | | Call to Order | |
| | | 9:36 | | | Defendant Calls Greg Becker | DEFT |
| | | 9:36 | | | Direct Examination Greg Becker | DEFT |
| | X | 9:55 | X | PREV ADMIT | Defendant Exhibit 475 | DEFT |
| | X | 10:08 | X | PREV ADMIT | Defendant Exhibit 584 | DEFT |
| | X | 10:34 | X | X | Defendant Exhibit 624 | DEFT |
| | X | 10:39 | X | X | Defendant Exhibit 2659 | DEFT |
| | X | 10:47 | X | PREV ADMIT | Defendant Exhibit 1221 | DEFT |
| | X | 10:50 | X | PREV ADMIT | Defendant Exhibit 1269 | DEFT |
| | X | 10:53 | X | X | Defendant Exhibit 891 | DEFT |
| | X | 10:57 | X | X | Defendant Exhibit 1126 | DEFT |
| | | 11:00 – 11:10 | | | Recess | DEFT |
| | | 11:10 | | | Call to Order | DEFT |
| | | 11:11 | | | Continued Direct Examination Greg Becker | DEFT |
| | X | 11:11 | X | X | Defendant Exhibit 597 | DEFT |
| | X | 11:25 | X | PREV ADMIT | Defendant Exhibit 584 | DEFT |
| | X | 11:33 | X | X | Defendant Exhibit 710 | DEFT |
| | X | 11:40 | X | X | Defendant Exhibit 1110 | DEFT |
| | X | 11:43 | X | X | Defendant Exhibit 721 | DEFT |
| | X | 11:50 | X | X | Defendant Exhibit 1431 | DEFT |
| | X | 11:58 | X | X | Defendant Exhibit 1434 | DEFT |
| | | 12:01 – 1:03 | | | Recess | |
| | | 1:03 | | | Call to Order | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 5:24-cv-01321-BLF          Case Name:   SVB Financial Trust v. Federal Deposit Insurance Corporation

**TRIAL LOG**

| JUDGE: Beth Labson Freeman | REPORTER(S): Summer Fisher | CLERK: Esmeralda Mejia |
|---|---|---|

**TRIAL DATE: 7/2/2026 Day 4**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:04 | | | Continued Direct Examination Greg Becker | DEFT |
| | X | 1:09 | X | PREV ADMIT | Defendant Exhibit 1431 | DEFT |
| | X | 1:13 | X | X | Defendant Exhibit 1212 | DEFT |
| | X | 1:17 | X | X | Defendant Exhibit 1438 | DEFT |
| | X | 1:21 | X | PREV ADMIT | Defendant Exhibit 1442 | DEFT |
| | X | 1:30 | X | X | Defendant Exhibit 1445 | DEFT |
| | X | 1:33 | X | PREV ADMIT | Defendant Exhibit 1442 | DEFT |
| | X | 1:39 | X | X | Defendant Exhibit 1064 | DEFT |
| | X | 1:42 | X | X | Defendant Exhibit 1077 | DEFT |
| | X | 1:44 | X | X | Defendant Exhibit 1082 | DEFT |
| | X | 1:54 | | | Direct Examination reg Becker Concluded | |
| | | 1:54 – 2:04 | | | Recess | DEFT |
| | X | 2:04 | | | Call to Order | DEFT |
| | | 2:05 | | | Cross Examination Greg Becker | PLTF |
| X | | 2:42 | X | X | Plaintiff Exhibit 1424 | PLTF |
| X | | 2:54 | X | X | Plaintiff Exhibit 1447 | PLTF |
| X | | 3:03 | X | X | Plaintiff Exhibit 1433 | PLTF |
| X | | 3:08 | X | X | Plaintiff Exhibit 1435 | PLTF |
| X | | 3:10 | X | X | Plaintiff Exhibit 1440 | PLTF |
| X | | 3:12 | X | X | Plaintiff Exhibit 1049 | PLTF |
| X | | 3:17 | X | X | Plaintiff Exhibit 950 | PLTF |
| X | | 3:19 | X | X | Plaintiff Exhibit 1067 | PLTF |
| X | | 3:32 | X | PREV ADMIT | Plaintiff Exhibit 891 | PLTF |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Case No: 5:24-cv-01321-BLF**          **Case Name:**   **SVB Financial Trust v. Federal Deposit Insurance Corporation**

### TRIAL LOG

| **JUDGE:** Beth Labson Freeman | **REPORTER(S):** Summer Fisher | **CLERK**: Esmeralda Mejia |
|---|---|---|

**TRIAL DATE: 7/2/2026 Day 4**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| X | | | X | | Plaintiff Exhibit | PLTF |
| X | | 3:54 | | | Cross Examination Greg Becker Completed | PLTF |
| X | | 3:54 – 4:04 | | | Recess | |
| | | 4:06 | | | Re-direct examination Greg Becker | DEFT |
| | X | 4:06 | X | X | Defendant Exhibit 1091 | DEFT |
| | X | 4:14 | X | X | Defendant Exhibit 1448 | DEFT |
| | | | | | Re-direct Examination Greg Becker Completed | DEFT |
| X | | 4:26 | | | Re-cross examination Greg Becker Continued | PLTF |
| X | | 4:26 | X | X | Plaintiff Exhibit 1451 | PLTF |
| | | 4:29 | | | Re-cross examination Greg Becker concluded | PLTF |
| | | 4:29 | | | Re-direct cross examination Greg Becker | DEFT |
| | X | 4:29 | X | PREV ADMIT | Defendant Exhibit 1451 | PLTF |
| | | 4:30 | | | Re-direct cross examination Greg Becker concluded | DEFT |
| | | 4:30 | | | Greg Becker concluded and not subject to re-call | |
| | | 4:30 – 4:38 | | | Court discusses deposition timing | |
| | | 4:38 – 5:01 | | | David Busch by deposition | DEFT |
| | | 5:01 | | | Court in Recess for Evening | |
| | | | | | Further Bench Trial set for July 6, 2026, at 9:00 am. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |