**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***
<u>**TIME TOTAL**</u>: **6 Hours  40 Minutes**

<u>**CIVIL MINUTES - JURY TRIAL**</u>

**Judge: Beth Labson Freeman**          **Courtroom Deputy: Esmeralda Mejia**
**Date: 7/6/2026**                          **Court Reporter: Summer Fisher**
**Case No: 5:24-cv-01321-BLF**

<u>**SVB Financial Trust v. Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.**</u>

Attorney(s) for Plaintiff(s): Robert Van Nest, Ellen Watlington, Julia Allen, Niharika Sachdeva, Kelly Kaufman, Jason George, Maya James, Ryan Hayward, Leah Plachinski, Jonathan Chang.
Attorney(s) for Defendant(s): David Giles, Lawrence Heftman, Kaitlin Klamann, Stephen Sorensen, Michael Molzberger.
Trial Technicians: Chris Broyles, Brooklyn Botello

<u>**PROCEEDINGS**</u>

**Please See Trial Log Attached proceedings.**

<u>**ORDER AFTER HEARING**</u>

**Further Bench Trial set for 7/7/2026, at 10:00 a.m.**

<u>**Exhibits Identified:**</u>
**Plaintiff:** 683, 475, 465, 117, 116, 123, 122, 125, 124, 131, 135, 139, 138.
**Defendant:** 3001, 689 (Depo.116), 354 (Depo.117), 694 (Depo.118), 1564 (Depo.120), 1131 (Depo.124), 1132 (Depo.125), 750 (Depo.126), 1143 (Depo.128), 366 (Depo.129), 1150 (Depo.130),  1377 (Depo.132), 649 (Depo.133), 1360 (Depo.136), 441, 461, 124, 138, 130, 134, 142, 322, 325, 149, 150, 465, 1681, 545, 586, 927, 182, 1438, 1442.

<u>**Exhibits Admitted into Evidence:**</u>
**Plaintiff:** 683, 117, 116, 123, 122, 125, 131, 135, 139.
**Defendant**: 3001, 689 (Depo.116), 354 (Depo.117), 694 (Depo.118), 1564 (Depo.120), 1131 (Depo.124), 1132 (Depo.125), 750 (Depo.126), 1143 (Depo.128), 366 (Depo.129), 1150 (Depo.130), 1377 (Depo.132), 649 (Depo.133), 1360 (Depo.136), 441, 461, 130, 134, 138, 142, 322, 325, 149, 150, 545, 927, 182.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 5:24-cv-01321-BLF          Case Name:  SVB Financial Trust v. Federal Deposit Insurance Corporation.

## TRIAL LOG

| JUDGE: Beth Labson Freeman | REPORTER(S): Summer Fisher | CLERK: Esmeralda Mejia |
|---|---|---|

**TRIAL DATE: 7/6/2026 Day 5**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:00 | | | Call to Order | |
| | | 9:00 – 9:02 | | | Court Addresses Deposition | BOTH |
| | | 9:03 – 9:07 | | | Defendant advice the court re Deposition seen 7/3/26 | DEFT |
| | | 9:08 – 9:09 | | | Plaintiff advice the court re Deposition seen 7/3/26 | PLTF |
| | | 9:10 – 10:23 | | | Continued David Busch by deposition | DEFT |
| | | 10:24 – 10:39 | | | Plaintiff objects to Exhibit 1377 (132) by deposition of David Busch: Messages between Busch and Lacey 3/9/23 | PLTF |
| | X | 10:40 | X | X | Defendant Exhibit 3001 (136) | DEFT |
| | | 10:40 | | | The Court advises that the objection is overruled | DEFT |
| | | 10:41 | | | The Court admitted into evidence Exhibit 3001 (136) | |
| | | 10:41 | | | Continued David Busch by deposition | DEFT |
| | X | 11:01 | X | X | Defendant Exhibits 689 (Depo.116), 354 (Depo.117), 694 (Depo.118), 1564 (Depo.120), 1131 (Depo.124), 1132 (Depo.125), 750 (Depo.126), 1143 (Depo.128), 366 (Depo.129), 1150 (Depo.130), 1377 (Depo.132), 649 (Depo.133), 1360 (Depo.136) | DEFT |
| | | 11:04 – 11:15 | | | Recess | |
| | | 11:15 | | | Defendant Calls Joel Friedman | DEFT |
| | | 11:15 | | | Direct Examination Joel Friedman | DEFT |
| | X | 11:24 | | | Defendant Page 26 (line 25) Deposition of Joel Friedman | DEFT |
| | X | 11:27 | X | X | Defendant Exhibit 441 | DEFT |
| | X | 11:29 | X | X | Defendant Exhibit 461 | DEFT |
| | X | 11:40 | X | PREV. ADMIT | Defendant Exhibit 124 | DEFT |
| | X | 11:52 | X | X | Defendant Exhibit 130 | DEFT |
| | X | 11:58 | X | X | Defendant Exhibit 134 | DEFT |
| | | 11:59 – 1:00 | | | Recess | |

Page __1 of 3___

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Case No:** 5:24-cv-01321-BLF          **Case Name:**   SVB Financial Trust v. Federal Deposit Insurance Corporation

## TRIAL LOG

| **JUDGE:** Beth Labson Freeman | **REPORTER(S):** Summer Fisher | **CLERK**: Esmeralda Mejia |
|---|---|---|

**TRIAL DATE: 7/6/2026 Day 5**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:00 | | | Call to Order | |
| | | 1:01 | | | Continued Direct Examination Joel Friedman | DEFT |
| | X | 1:01 | X | X | Defendant Exhibit 138 | DEFT |
| | X | 1:02 | X | X | Defendant Exhibit 142 | DEFT |
| | X | 1:04 | X | X | Defendant Exhibit 322 | DEFT |
| | X | 1:12 | X | X | Defendant Exhibit 325 | DEFT |
| | X | 1:17 | X | X | Defendant Exhibit 149 | DEFT |
| | X | 1:25 | X | X | Defendant Exhibit 150 | DEFT |
| | X | 1:31 | | | Concluded Continued Direct Examination Joel Friedman | DEFT |
| X | | 1:32 | | | Cross Examination Joel Friedman | PLTF |
| X | | 1:53 | X | X | Plaintiff Exhibit 683 | PLTF |
| X | | 2:02 | X | PREV. ADMIT | Plaintiff Exhibit 475 | PLTF |
| X | | 2:16 | X | PREV. ADMIT | Plaintiff Exhibit 465 | PLTF |
| X | | 2:36 | X | X | Plaintiff Exhibit 117 | PLTF |
| X | | 2:38 | X | X | Plaintiff Exhibit 116 | PLTF |
| X | | 2:40 | X | X | Plaintiff Exhibit 123 | PLTF |
| X | | 2:42 | X | X | Plaintiff Exhibit 122 | PLTF |
| X | | 2:45 | X | X | Plaintiff Exhibit 125 | PLTF |
| X | | 2:49 | X | PREV. ADMIT | Plaintiff Exhibit 124 | PLTF |
| X | | 3:08 – 3:23 | | | Recess | PLTF |
| X | | 3:23 | | | Call to Order | PLTF |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 5:24-cv-01321-BLF          Case Name:   SVB Financial Trust v. Federal Deposit Insurance Corporation

**TRIAL LOG**

| JUDGE: Beth Labson Freeman | REPORTER(S): Summer Fisher | CLERK: Esmeralda Mejia |
|---|---|---|

**TRIAL DATE: 7/6/2026 Day 5**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| X | | 3:23 | | | Continued Cross Examination Joel Friedman | PLTF |
| X | | 3:24 | X | X | Plaintiff Exhibit 131 | PLTF |
| X | | 3:25 | X | PREV. ADMIT | Plaintiff Exhibit 130 | PLTF |
| X | | 3:35 | X | X | Plaintiff Exhibit 135 | PLTF |
| X | | 3:36 | X | PREV. ADMIT | Plaintiff Exhibit 134 | PLTF |
| X | | 3:39 | X | X | Plaintiff Exhibit 139 | PLTF |
| X | | 3:42 | X | PREV. ADMIT | Plaintiff Exhibit 138 | PLTF |
| X | | 3:52 | X | PREV. ADMIT | Plaintiff Exhibit 142 | PLTF |
| | | 4:06 | | | Concluded Cross Examination Joel Friedman | PLTF |
| | | 4:06 – 4:11 | | | Court Examination Joel Friedman | |
| | X | 4:11 | | | Re-direct Examination Joel Friedman | DEFT |
| | X | 4:23 | X | PREV. ADMIT | Defendant Exhibit 465 | DEFT |
| | X | 4:26 | X | PREV. ADMIT | Defendant Exhibit 1681 | DEFT |
| | | 4:30 | | | Concluded Re-direct Examination Joel Friedman | DEFT |
| | | 4:30 | | | Examination of Joel Friedman Concluded not subject to recall | DEFT |
| | | 4:32 | | | Defendant Calls Garen Staglin | DEFT |
| | | | | | Defendant Direct Examination of Garen Staglin | DEFT |
| | X | 4:37 | X | X | Defendant Exhibit 545 | DEFT |
| | X | 4:44 | X | PREV. ADMIT | Defendant Exhibit 586 | DEFT |
| | X | 4:48 | X | X | Defendant Exhibit 927 | DEFT |
| | X | 4:53 | X | X | Defendant Exhibit 182 | DEFT |
| | X | 4:55 | X | PREV. ADMIT | Defendant Exhibit 1438 | DEFT |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Case No: 5:24-cv-01321-BLF**          **Case Name:**   **SVB Financial Trust v. Federal Deposit Insurance Corporation**

**TRIAL LOG**

| JUDGE: Beth Labson Freeman | REPORTER(S): Summer Fisher | CLERK: Esmeralda Mejia |
|---|---|---|

**TRIAL DATE: 7/6/2026 Day 5**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | X | 5:00 | X | PREV. ADMIT | Defendant Exhibit 1442 | DEFT |
| | | 5:03 – 5:07 | | | The Court grants SVB Financial Trust's Motion to Exclude the Barr Report (TX 1456). | |
| | | 5:07 | | | Court in Recess for the evening | |
| | | | | | Further Bench Trial is set for July 7, 2026, at 10:00 am. | |