**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***
<u>**TIME TOTAL**</u>: 5 Hours  37 Minutes

<u>**CIVIL MINUTES - JURY TRIAL**</u>

**Judge: Beth Labson Freeman**
**Date: 7/7/2026**
**Case No: 5:24-cv-01321-BLF**

**Courtroom Deputy: Esmeralda Mejia**
**Court Reporter: Summer Fisher**

<u>**SVB Financial Trust v. Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.**</u>

Attorney(s) for Plaintiff(s): Robert Van Nest, Ellen Watlington, Julia Allen, Niharika Sachdeva, Kelly Kaufman, Jason George, Maya James, Ryan Hayward, Leah Plachinski, Jonathan Chang.
Attorney(s) for Defendant(s): David Giles, Lawrence Heftman, Kaitlin Klamann, Stephen Sorensen, Michael Molzberger.
Trial Technicians: Chris Broyles, Brooklyn Botello

<u>**PROCEEDINGS**</u>

**Please See Trial Log Attached proceedings.**

<u>**ORDER AFTER HEARING**</u>

**Further Bench Trial set for 7/8/2026, at 9:00 a.m.**

<u>**Exhibits Identified:**</u>
**Plaintiff:** 438, 298, 264, 167 (Depo. 89); 465, 125, 124, 130, 134, 138, 142, 322, 324, 322, 145, 470, 80, 149, 1446, 1029.

**Defendant:** 1342, 80, 1076, 624, 1619, 298, 1148 (Depo. 249); 1171 (Depo. 250); 1186 (Depo. 256); 1188 (Depo. 257); 1199 (Depo. 258); 1190 (Depo. 260); 1197 (Depo. 261); 1219 (Depo. 270); 1548 (Depo. 275); 1549 (Depo. 279), 461, 124, 2284, 1431, 322, 196, 155, 461, 124.

<u>**Exhibits Admitted into Evidence:**</u>
**Plaintiff:** 438, 298, 264, 167 (Depo. 89), 324, 145, 470, 1446, 1029.
**Defendant:** 80, 1076, 1619, 1148 (*Depo. 249*); 1171 (*Depo. 250*); 1186 (*Depo. 256*); 1188 (*Depo. 257*); 1199 (*Depo. 258*); 1190 (*Depo. 260*); 1197 (*Depo. 261*); 1219 (*Depo. 270*); 1548 (*Depo. 275*); 1549 (*Depo. 279*), 196, 155.

Esmeralda Mejia
Courtroom Deputy
Original: **E-Filed**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Case No: 5:24-cv-01321-BLF**          **Case Name:  SVB Financial Trust v. Federal Deposit Insurance Corporation.**

**TRIAL LOG**

| JUDGE: Beth Labson Freeman | REPORTER(S): Summer Fisher | CLERK: Esmeralda Mejia |
|---|---|---|

**TRIAL DATE: 7/7/2026 Day 6**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10:00 | | | Call to Order | |
| | X | 10:02 | | | Defendants re-call Garen Staglin for Continued Direct Examination | DEFT |
| | X | 10:03 | | | Defendants Continued Direct Examination Garen Staglin | DEFT |
| | X | 10:04 | | | Re-sworn of Garen Staglin | DEFT |
| | X | 10:05 | X | PREV. ADMIT | Defendant Exhibit No. 1342 | DEFT |
| | X | 10:09 | X | X | Defendant Exhibit No. 80 | DEFT |
| | X | 10:12 | X | X | Defendant Exhibit No. 1076 | DEFT |
| | X | 10:14 | X | PREV. ADMIT | Defendant Exhibit No. 624 | DEFT |
| | X | 10:21 | X | X | Defendant Exhibit No. 1619 | DEFT |
| | X | 10:25 | | | Direct Examination of Garen Staglin Concluded | DEFT |
| X | | 10:26 | | | Cross Examination of Garen Staglin | PLTF |
| X | | 10:39 | X | X | Plaintiff Exhibit No. 438 | PLTF |
| X | | 11:02 | X | X | Plaintiff Exhibit No. 298 | PLTF |
| X | | 11:12 | X | X | Plaintiff Exhibit No. 264 | PLTF |
| X | | 11:17 | | | Cross Examination of Garen Staglin Concluded | PLTF |
| | X | 11:18 | X | PREV. ADMIT | Re-Direct Examination of Garen Staglin | DEFT |
| | X | 11:25 | | | Re-Direct Examination of Garen Staglin Conluded | DEFT |
| | | 11:26 | | |  Examination of Garen Staglin is concluded, and not subject to recall. | |
| | X | 11:27 | | | Defendant Calls Laura Izurieta by Deposition | DEFT |
| | | 11:27 | | | Deposition Exhibits: 167 (Depo. 89); 1148 (Depo. 249); 1171 (Depo. 250); 1186 (Depo. 256); 1188 (Depo. 257); 1199 (Depo. 258); 1190 (Depo. 260); 1197 (Depo. 261); 1219 (Depo. 270); 1548 (Depo. 275); 1549 (Depo. 279). | DEFT/ PLTF |
| | | 12:00 – 1:00 | | | Recess | |
| | | 1:00 | | | Call to Order | |

Page __1 of 4__

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 5:24-cv-01321-BLF          Case Name:   SVB Financial Trust v. Federal Deposit Insurance Corporation

**TRIAL LOG**

| JUDGE: Beth Labson Freeman | REPORTER(S): Summer Fisher | CLERK: Esmeralda Mejia |
|---|---|---|

**TRIAL DATE: 7/7/2026 Day 6**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | X | 1:01 – 1:28 | | | Defendant recalls Laura Izurieta by deposition. | DEFT |
| | | 1:28 | | | Defendant Concludes Laura Izurieta by deposition | DEFT |
| | | 1:29 | | | Defendant Calls Eric Benhamou | |
| | X | 1:29 | | | Defendant Direct Examination of Eric Benhamou | |
| | X | 1:36 | X | PREV. ADMIT | Defendant Exhibit No. 461 | DEFT |
| | X | | X | X | Defendant Deposition of Eric Benhamou pg. 139 (7-19) | DEFT |
| | X | 1:47 | X | X | Defendant Deposition of Eric Benhamou pg. 239 (14-20) | DEFT |
| | X | 1:49 | X | PREV. ADMIT | Defendant Exhibit No. 124 | DEFT |
| | X | 1:53 | X | NOT ADMIT | Defendant Exhibit No. 2284 | DEFT |
| | X | 1:54 | X | PREV. ADMIT | Defendant Exhibit No. 1431 | DEFT |
| | X | 1:58 | X | PREV. ADMIT | Defendant Exhibit No. 322 | DEFT |
| | X | 2:02 | X | X | Defendant Exhibit No. 196 | DEFT |
| | X | 2:11 | X | X | Defendant Exhibit No. 155 | DEFT |
| | X | 2:17 | | | Defendant Deposition of Eric Benhamou pg. 344 (20-25) / 345 (01-06) | DEFT |
| X | | 2:17 | | | Defendant Concludes Direct Examination Eric Benhamou | DEFT |
| X | | 2:17 | | | Plaintiff Cross Examination of Eric Benhamou | PLTF |
| X | | 2:36 | X | PREV. ADMIT | Plaintiff Exhibit No. 465 | PLTF |
| X | | 2:49 | X | PREV. ADMIT | Plaintiff Exhibit No. 125 | PLTF |
| X | | 2:54 | X | PREV. ADMIT | Plaintiff Exhibit No. 124 | PLTF |
| X | | 3:05 – 3:20 | | | Recess | PLTF |
| X | | 3:21 | | | Call to Order | PLTF |
| X | | 3:21 | | | Continued Plaintiff Cross Examination of Eric Benhamou | PLFT |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Case No:** 5:24-cv-01321-BLF        **Case Name:**   SVB Financial Trust v. Federal Deposit Insurance Corporation

**TRIAL LOG**

| | | | | | | |
|---|---|---|---|---|---|---|
| **JUDGE:** Beth Labson Freeman | | **REPORTER(S):** Summer Fisher | | **CLERK**: Esmeralda Mejia | | |

**TRIAL DATE: 7/7/2026 Day 6**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| X | | 3:21 | X | PREV. ADMIT | Plaintiff Exhibit No. 124 | PLFT |
| X | | 3:30 | X | PREV. ADMIT | Plaintiff Exhibit No. 130 | PLFT |
| X | | 3:33 | X | PREV. ADMIT | Plaintiff Exhibit No. 134 | PLFT |
| X | | 3:41 | X | PREV. ADMIT | Plaintiff Exhibit No. 138 | PLFT |
| X | | 3:43 | X | PREV. ADMIT | Plaintiff Exhibit No. 142 | PLFT |
| X | | 3:48 | X | PREV. ADMIT | Plaintiff Exhibit No. 322 | PLFT |
| X | | 3:50 | X | X | Plaintiff Exhibit No. 324 | PLFT |
| X | | 3:52 | X | PREV. ADMIT | Plaintiff Exhibit No. 322 | PLFT |
| X | | 3:56 | X | X | Plaintiff Exhibit No. 145 | PLFT |
| X | | 3:59 | X | X | Plaintiff Exhibit No. 470 | PLFT |
| X | | 4:02 | X | PREV. ADMIT | Plaintiff Exhibit No. 80 | PLFT |
| X | | 4:04 | X | PREV. ADMIT | Plaintiff Exhibit No. 149 | PLFT |
| X | | 4:09 | X | X | Plaintiff Exhibit No. 1446 | PLFT |
| X | | 4:13 | X | X | Plaintiff Exhibit No. 1029 | PLFT |
| X | | 4:17 | | | Plaintiff Concludes Cross Examination of Eric Benhamou | PLFT |
| | X | 4:17 | | | Defendant Re-direct Examination of Eric Benhamou | DEFT |
| | X | 4:22 | X | PREV. ADMIT | Defendant Exhibit No. 461 | DEFT |
| | X | 4:24 | X | PREV. ADMIT | Defendant Exhibit No. 124 | DEFT |
| | X | 4:41 | X | PREV. ADMIT | Defendant Exhibit No. 138 | DEFT |
| | X | 4:48 | | | Defendant deposition of Eric Benhamou 239 (14-20) | DEFT |
| | X | 4:49 | | | Defendant Re-direct Examination of Eric Benhamou Concluded | DEFT |
| X | | 4:49 | | | Plaintiff Re-cross Cross Examination of Eric Benhamou | PLTF |

Page __3 of 4___

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Case No: 5:24-cv-01321-BLF**        **Case Name:** **SVB Financial Trust v. Federal Deposit Insurance Corporation**

**TRIAL LOG**

| **JUDGE:** Beth Labson Freeman | **REPORTER(S):** Summer Fisher | **CLERK**: Esmeralda Mejia |
|---|---|---|

**TRIAL DATE: 7/7/2026 Day 6**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 4:50 | | | Plaintiff Concludes Re-cross Examination of Eric Benhamou | PLTF |
| | | 4:51 | | | Examination of Eric Benhamou is concluded, and not subject to recall. | |
| | | 4:52 | | | Court is in Recess for evening | |
| | | | | | Further Bench Trial set for July 8, 2026, at 9:00 am. | |