**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***
**TIME TOTAL**: 6 Hours  30 Minutes

**CIVIL MINUTES - JURY TRIAL**

| | |
|---|---|
| **Judge: Beth Labson Freeman** | **Courtroom Deputy: Esmeralda Mejia** |
| **Date: 7/8/2026** | **Court Reporter: Summer Fisher** |
| **Case No: 5:24-cv-01321-BLF** | |

## SVB Financial Trust v. Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.

Attorney(s) for Plaintiff(s): Robert Van Nest, Ellen Watlington, Julia Allen, Niharika Sachdeva, Kelly Kaufman, Jason George, Maya James, Ryan Hayward, Leah Plachinski, Jonathan Chang.
Attorney(s) for Defendant(s): David Giles, Lawrence Heftman, Kaitlin Klamann, Stephen Sorensen, Michael Molzberger.
Trial Technicians: Chris Broyles, Brooklyn Botello

**PROCEEDINGS**

**Please See Trial Log Attached proceedings.**

**ORDER AFTER HEARING**

**Further Bench Trial set for 7/10/2026, at 9:00 a.m.**

**Exhibits Identified:**
**Plaintiff:** 2463, 2174, 1454, 1543, 1539, 1536, 1537, 840 (*Depo. 239*);
**Defendant:** 2650, 2664, 2174, 1540, 584 (*Depo. 115*); 1244 (*Depo. 219*); 844 (*Depo. 220*); 1546 (*Depo. 221*); 1204 (*Depo. 222*); 1361 (*Depo. 223*); 1545 (*Depo. 224*); 1343 (*Depo. 226*); 1313 (*Depo. 228*); 1327 (*Depo. 229*); 1330 (*Depo. 230*); 1362 (*Depo. 232*); 1336 (*Depo. 233*); 383 (*Depo. 236*); 845 (*Depo. 241*),

**Exhibits Admitted into Evidence:**
**Plaintiff:** 1454, 2463 (*1 page only / place a cover page for the court*), 2174, 1539, 1536, 1537, 840 (*Depo. 239*).

**Defendant**: 2650, 2664, 1540, 1244 (*Depo. 219*); 844 (*Depo. 220*);
1204 (*Depo. 222*); 1361 (*Depo. 223*);
1313 (*Depo. 228*); 1327 (*Depo. 229*); 1330 (*Depo. 230*);
1362 (*Depo. 232*); 1336 (*Depo. 233*);
845 (*Depo. 241*); 3003 (*VIDEO*); 3002 (*Deposition Transcript of David Busch*)

Esmeralda Mejia
Courtroom Deputy
Original: **E-Filed**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Case No: 5:24-cv-01321-BLF**          **Case Name:  SVB Financial Trust v. Federal Deposit Insurance Corporation.**

### TRIAL LOG

| **JUDGE:** Beth Labson Freeman | **REPORTER(S):** Summer Fisher | **CLERK**: Esmeralda Mejia |
|---|---|---|

**TRIAL DATE: 7/8/26 Day 7**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:00 | | | Call to Order | |
| | X | 9:01 | | | Defendant Calls Kenneth Malek | DEFT |
| | X | 9:02 | | | Kenneth Malek is sworn | DEFT |
| | X | 9:03 | | | Defendant Direct Examination Kenneth Malek | DEFT |
| | X | 9:23 | X | X | Defendant Exhibit No. 2650 | DEFT |
| | X | 10:30 – 10:45 | | | Recess | |
| | X | 10:45 | | | Call to Order | DEFT |
| | X | 10:45 | | | Continued Defendant Direct Examination Kenneth Malek | DEFT |
| | X | 11:09 | X | X | Defendant Exhibit No. 2664 | DEFT |
| | | 11:30 | | | Defendant Concluded direct Examination of Kenneth Malek | DEFT |
| X | | 11:30 | | | Plaintiff Cross Examination of Kenneth Malek | PLTF |
| | | 12:00 – 1:00 | | | Recess | |
| | | 1:00 | | | Call to Order | |
| X | | 1:01 | | | Plaintiff Continues Cross Examination of Kenneth Malek | PLTF |
| X | | 1:12 | X | X | Plaintiff Exhibit No. 2463 (1 page only / place a cover page) | PLTF |
| X | | 1:18 | X | X | Plaintiff Exhibit No. 2174 | PLTF |
| X | | 1:23 | X | X | Plaintiff Exhibit No. 1454 | PLTF |
| X | | 1:32 | X | NOT ADMIT | Plaintiff Exhibit No. 1543 | PLTF |
| X | | 1:37 | | | Plaintiff Concluded Cross Examination of Kenneth Malek | |
| | | 1:38 | | | Defendant Re-direct Examination Kenneth Malek | DEFT |
| | X | 1:44 | X | PREV. ADMIT | Defendant Exhibit No. 2174 | DEFT |
| | X | 1:50 | X | Demon. | Defendant Demonstrative No. Q.2.1 – Supplemental Disclosure | DEFT |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Case No:** 5:24-cv-01321-BLF          **Case Name:**   SVB Financial Trust v. Federal Deposit Insurance Corporation

### TRIAL LOG

| JUDGE: Beth Labson Freeman | REPORTER(S): Summer Fisher | CLERK: Esmeralda Mejia |
| --- | --- | --- |

**TRIAL DATE: 7/8/26 Day 7**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
| --- | --- | --- | --- | --- | --- | --- |
|  |  | 1:58 |  |  | Defendant Demonstrative No. Q.8.3 – Supplemental Disclosure | DEFT |
|  |  | 2:00 |  |  | Plaintiff objections to Defendant Demonstrative No. Q.8.3 – Supplemental Disclosure | PLTF |
|  |  | 2:01 |  |  | Court overrules objection by Plaintiff |  |
|  |  | 2:11 |  |  | Defendant Concluded Re-direct Examination Kenneth Malek | DEFT |
|  |  | 2:11 |  |  | Plaintiff Re-cross Examination Kenneth Malek | PLTF |
|  |  | 2:13 |  |  | Plaintiff Concluded Re-cross Examination Kenneth Malek | PLTF |
|  |  |  |  |  | Examination of Kenneth Malek Concluded not subject to recall |  |
|  |  | 2:14 |  |  | Defendant Calls Zain Haider by Deposition | DEFT |
|  | X | 2:32 |  |  | Plaintiff objects to Deposition Transcript | PLTF |
|  |  |  |  |  | Court grants objection by Plaintiff |  |
|  |  | 2:47 |  |  | Defendant Continues Zain Haider by Deposition | DEFT |
|  |  | 3:00 – 3:15 |  |  | Recess |  |
|  |  | 3:15 |  |  | Call to Order |  |
|  | X | 3:15 |  |  | Defendant Passes Zain Haider by Deposition at a later time | DEFT |
|  | X | 3:15 |  |  | Defendant Calls Brock Walker | DEFT |
|  |  | 3:16 |  |  | Defendant Direct Examination of Brock Walker | DEFT |
|  | X | 3:27 | X | X | Defendant Exhibit No. 1540 | DEFT |
|  |  | 3:35 |  |  | Defendant Concluded Direct Examination Brock Walker | DEFT |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Case No:** 5:24-cv-01321-BLF          **Case Name:** SVB Financial Trust v. Federal Deposit Insurance Corporation

### TRIAL LOG

| JUDGE: Beth Labson Freeman | REPORTER(S): Summer Fisher | CLERK: Esmeralda Mejia |
|---|---|---|

**TRIAL DATE: 7/8/26 Day 7**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| X | | 3:36 | | | Plaintiff Direct Examination Brock Walker | PLTF |
| X | | 3:41 | X | X | Plaintiff Exhibit No. 1539 | PLTF |
| X | | 3:45 | X | X | Plaintiff Exhibit No. 1536 | PLTF |
| X | | 3:46 | X | X | Plaintiff Exhibit No. 1537 | PLTF |
| X | | 3:57 | | | Plaintiff Concluded Cross Examination Brock Walker | PLTF |
| | X | 3:58 | | | Defendant Re-direct Examination Brock Walker | DEFT |
| | X | 4:00 | | | Defendant Concluded Re-direct Examination Brock Walker | DEFT |
| | | 4:00 | | | Examination of Brock Walker Concluded not subject to recall | |
| | | 4:00 | | | Defendant Continued Zain Haider by Deposition | DEFT |
| | | 4:48 | | | Plaintiff objects to Deposition transcript | PLTF |
| | | 4:48 | | | Court grants objection by Plaintiff (strike text transcript 219:16-295:04) | |
| X | X | 4:54 | X | | Defendant Exhibits by Deposition No. 584 (Depo. 115); 1244 (Depo. 219); 844 (Depo. 220); 1204 (Depo. 222); 1361 (Depo. 223); 1343 (Depo. 226); 1313 (Depo. 228); 1327 (Depo. 229); 1330 (Depo. 230); 1362 (Depo. 232); 1336 (Depo. 233); 383 (Depo. 236); 840 (Depo. 239); 845 (Depo. 241). <br><br> Plaintiff Exhibits by Deposition No. 840 (*Depo. 239*) <br><br> **NOT ADMIT:** 1546 (Depo. 221); 1545 (Depo. 224). | DEFT/PLTF |
| | | 4:55 | | | Defendant moves to admit into evidence Exhibit 3003 (video) and Exhibit 3002 (deposition transcript of witness David Busch). | |
| | | 4:59 | | | Court grants admission of the video and transcript of David Busch. | |
| | | 5:00 | | | Court in Recess for Evening | |
| | | | | | Further Bench Trial Set for July 10, 2026, at 9:00 am. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |