**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***
<u>**TIME TOTAL**</u>: 6 Hours  49 Minutes

<u>**CIVIL MINUTES - JURY TRIAL**</u>

**Judge: Beth Labson Freeman**          **Courtroom Deputy: Esmeralda Mejia**
**Date: 7/10/2026**                          **Court Reporter: Summer Fisher**
**Case No: 5:24-cv-01321-BLF**

<u>**SVB Financial Trust v. Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.**</u>

Attorney(s) for Plaintiff(s): Robert Van Nest, Ellen Watlington, Julia Allen, Niharika Sachdeva, Kelly Kaufman, Jason George, Maya James, Ryan Hayward, Leah Plachinski, Jonathan Chang.
Attorney(s) for Defendant(s): David Giles, Lawrence Heftman, Kaitlin Klamann, Stephen Sorensen, Michael Molzberger.
Trial Technicians: Chris Broyles, Brooklyn Botello

<u>**PROCEEDINGS**</u>

**Please See Trial Log Attached proceedings.**

<u>**ORDER AFTER HEARING**</u>

**Further Bench Trial set for 7/13/2026, at 9:00 a.m.**

<u>**Exhibits Identified:**</u>
<u>**Plaintiff:**</u> 561, 568, 602, 607, 602, 143, 2038, 972, 324, 149, 150, 331, 1652, 2681, 1424, 1431, 1433, 1440, 1438, 1446, 3004.

<u>**Defendant:**</u> 465, 1681, 584, 1413, 1652, 1458, 2282, 1457, 1456.

<u>**Exhibits Admitted into Evidence:**</u>
<u>**Plaintiff:**</u> 561, 568, 602, 607, 143, 972, 331, 1652, 2038, 2681.
<u>**Defendant:**</u> 1413, 1457, 1456, 1458

Esmeralda Mejia
Courtroom Deputy
Original: **E-Filed**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Case No: 5:24-cv-01321-BLF**          **Case Name: SVB Financial Trust v. Federal Deposit Insurance Corporation.**

### TRIAL LOG

| JUDGE: Beth Labson Freeman | REPORTER(S): Summer Fisher | CLERK: Esmeralda Mejia |
|---|---|---|

**TRIAL DATE: 7/10/26 Day 8**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:30 | | | Call to Order | |
| X | | 8:31 – 8:41 (FDIC) 8:41 – 8:50 (TRUST) 8:51 – 9:08 (FDIC) | | | Plaintiff Motion to Exclude the OIG Report (TX 1458) and the DFPI Report (TX 1457) / Motion to Exclude the Barr Report (TX 1456) | PLTF |
| | X | 8:31 – 8:41 (FDIC) 8:41 – 8:50 (TRUST) 8:51 – 9:08 (FDIC) | | | Defendant Motion to Admit Government Reports (ECF 385) | DEFT |
| | | 9:09 | | | The Court heard and ruled on the parties' oral motions from the bench prior to commencement of trial. | |
| | X | 9:10 | | | Defendant requested additional time to present rebuttal testimony | |
| | | 9:20 | | | The Court granted an additional five hours to each party | |
| X | | 9:21 | | | Plaintiff calls Mary Miller | |
| | | 9:22 | | | Mary Miller Sworn | PLTF |
| X | | 9:22 | | | Plaintiff Direct Examination Mary Miller | |
| | | 9:36 – 9:41 | | | Recess | |
| X | | 9:41 | | | Plaintiff Continues Direct Examination Mary Miller | PLTF |
| X | | 9:52 | X | X | Plaintiff Exhibit No. 561 | PLTF |
| X | | 10:00 | X | X | Plaintiff Exhibit No. 568 | PLTF |
| X | | 10:02 | X | X | Plaintiff Exhibit No. 602 | PLTF |
| X | | 10:05 | X | X | Plaintiff Exhibit No. 607 | PLTF |
| X | | 10:13 | X | PREV. ADMIT | Plaintiff Exhibit No. 602 | PLTF |
| X | | 10:18 | X | X | Plaintiff Exhibit No. 143 | PLTF |
| X | | 10:25 | X | X | Plaintiff Exhibit No. 2038 | PLTF |
| X | | 10:29 | X | X | Plaintiff Exhibit No. 972 | PLTF |
| X | | 10:36 | X | PREV. ADMIT | Plaintiff Exhibit No. 324 | PLTF |
| X | | 10:46 – 11:01 | | | Recess | PLTF |

Page __1 of 3__

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Case No:** 5:24-cv-01321-BLF          **Case Name:**   SVB Financial Trust v. Federal Deposit Insurance Corporation

**TRIAL LOG**

| | | | | | | |
|---|---|---|---|---|---|---|
| **JUDGE:** Beth Labson Freeman | | | **REPORTER(S):** Summer Fisher | | **CLERK**: Esmeralda Mejia | |

**TRIAL DATE: 7/10/26 Day 8**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:01 | | | Call to Order | PLTF |
| X | | 11:01 | | | Plaintiff Continues Direct Examination Mary Miller | PLTF |
| X | | 11:02 | X | PREV. ADMIT | Plaintiff Exhibit No. 149 | PLTF |
| X | | 11:03 | X | PREV. ADMIT | Plaintiff Exhibit No. 150 | PLTF |
| X | | 11:07 | X | X | Plaintiff Exhibit No. 331 | PLTF |
| X | | 11:16 | X | X | Plaintiff Exhibit No. 1652 | PLTF |
| | X | 11:23 | | | Plaintiff Concluded Direct Examination Mary Miller | PLTF |
| | X | 11:24 | | | Defendant Cross Examination of Mary Miller | DEFT |
| | X | 11:27 | X | PREV. ADMIT | Defendant Exhibit No. 465 | DEFT |
| | X | 11:40 | X | PREV. ADMIT | Defendant Exhibit No. 1681 | DEFT |
| | X | 11:54 | X | | Defendant Exhibit No. E.V.E. Risk - page 8 | DEFT |
| | | 11:59 – 1:00 | | | Recess | |
| | | 1:02 | | | Call to Order | |
| | X | 1:02 | | | Defendant Continues Cross Examination of Mary Miller | DEFT |
| | X | 1:02 | X | PREV. ADMIT | Defendant Exhibit No. 584 | DEFT |
| | X | 1:07 | X | X | Defendant Exhibit No. 1413 | DEFT |
| | X | 1:09 | X | PREV. ADMIT | Defendant Exhibit No. 1652 | DEFT |
| | X | 1:12 | | | Defendant Demonstrative No. 621 | DEFT |
| | X | 1:14 | | | Defendant Concluded Cross Examination Mary Miller | DEFT |
| X | | 1:15 | | | Plaintiff Re-direct Examination Mary Miller | PLTF |
| X | | 1:16 | | | Plaintiff Concluded Re-direct Examination Mary Miller | PLTF |
| | X | 1:16 | | | Defendant Re-cross Examination Mary Miller | DEFT |
| | | 1:17 | | | Defendant Concluded Re-cross Examination Mary Miller | DEFT |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 5:24-cv-01321-BLF          Case Name:   SVB Financial Trust v. Federal Deposit Insurance Corporation

**TRIAL LOG**

| JUDGE: Beth Labson Freeman | REPORTER(S): Summer Fisher | CLERK: Esmeralda Mejia |
|---|---|---|

**TRIAL DATE: 7/10/26 Day 8**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:17 | | | Examination of Mary Miller Concluded not subject to recall | |
| | | 1:17 | | | Plaintiff Calls James Watkins | |
| | | 1:18 | | | James Watkins is sworn | PLFT |
| | | 1:18 | | | Plaintiff Direct Examination James Watkins | PLFT |
| X | | 1:46 | X | X | Plaintiff Exhibit No. 2681 | PLFT |
| X | | 1:58 | X | PREV. ADMIT | Plaintiff Exhibit No. 1424 | PLFT |
| X | | 2:01 | X | PREV. ADMIT | Plaintiff Exhibit No. 1442 | PLFT |
| X | | 2:17 | X | PREV. ADMIT | Plaintiff Exhibit No. 1431 | PLFT |
| X | | 2:23 | X | PREV. ADMIT | Plaintiff Exhibit No. 1433 | PLFT |
| X | | 2:27 | X | PREV. ADMIT | Plaintiff Exhibit No. 1440 | PLFT |
| X | | 2:29 | X | PREV. ADMIT | Plaintiff Exhibit No. 1438 | PLFT |
| X | | 2:32 | X | PREV. ADMIT | Plaintiff Exhibit No. 1446 | PLFT |
| X | | 2:45 – 3:00 | | | Recess | |
| X | | 3:01 | | | Call to Order | PLFT |
| X | | 3:02 | | | Plaintiff Continues Direct Examination James Watkins | PLFT |
| | X | 3:03 | | | Plaintiff Concludes Direct Examination James Watkins | PLFT |
| | X | 3:03 | | | Defendant Cross Examination of James Watkins | DEFT |
| | X | 3:10 | | | Defendant Deposition of James Watkins 124 (line 21) | DEFT |
| | X | 3:22 | X | LIMIT TO ADMIT | Defendant Exhibit No. 1458 | DEFT |
| | X | 3:34 | | | Defendant Deposition of James Watkins 117 (line 18) | DEFT |
| | X | 3:37 | | | Defendant Exhibit No. 1458_21 | DEFT |
| X | | 3:37 | | | Objection by Plaintiff re Exhibit No. 1458_21 | PLTF |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Case No:** 5:24-cv-01321-BLF          **Case Name:**   SVB Financial Trust v. Federal Deposit Insurance Corporation

**TRIAL LOG**

| JUDGE: Beth Labson Freeman | REPORTER(S): Summer Fisher | CLERK: Esmeralda Mejia |
|---|---|---|

**TRIAL DATE: 7/10/26 Day 8**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 3:38 | | | Court overruled Objection by Plaintiff re Exhibit No. 1458_21 | |
| | X | 3:39 | X | NOT ADMIT | Defendant Exhibit No. 2282 | DEFT |
| | X | 3:41 | X | X | Defendant Exhibit No. 1457 | DEFT |
| | X | 3:44 | X | X | Defendant Exhibit No. 1456 | DEFT |
| | | 4:02 | | | Defendant Concluded Cross Examination James Watkins | DEFT |
| | | 4:03 | | | Plaintiff Re-direct Examination James Watkins | PLTF |
| X | | 4:18 | X | NOT ADMIT | Plaintiff Exhibit No. 3004 | PLTF |
| X | | 4:19 | | | Plaintiff Concluded Re-direct Examination James Watkins | PLTF |
| X | | 4:20 – 4:24 | | | Court questions James Watkins | |
| X | | 4:24 | | | Defendant Re-cross Examination James Watkins | DEFT |
| X | | 4:25 | | | Defendant Concluded Re-cross Examination James Watkins | DEFT |
| X | | 4:25 | | | Examination of James Watkins Concluded not subject to recall | |
| X | | 4:26 – 4:55 | | | Plaintiff calls Gregory Muenzen by Deposition | PLTF |
| | | | | | Court Recces for Evening | PLTF/ DEFT |
| | | | | | Further Bench Trial is set for 7/13/2026, at 9:00 am. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |