**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***
**TIME TOTAL**: 5 Hours  32 Minutes

### CIVIL MINUTES - JURY TRIAL

**Judge: Beth Labson Freeman**                   **Courtroom Deputy: Esmeralda Mejia**
**Date: 7/15/2026**                              **Court Reporter: Summer Fisher**
**Case No: 5:24-cv-01321-BLF**

### SVB Financial Trust v. Federal Deposit Insurance Corporation, as Receiver for Silicon Valley Bank and Silicon Valley Bridge Bank, N.A.

Attorney(s) for Plaintiff(s): Robert Van Nest, Ellen Watlington, Julia Allen, Niharika Sachdeva, Kelly Kaufman, Jason George, Maya James, Ryan Hayward, Leah Plachinski, Jonathan Chang.
Attorney(s) for Defendant(s): David Giles, Lawrence Heftman, Kaitlin Klamann, Stephen Sorensen, Michael Molzberger.
Trial Technicians: Chris Broyles, Brooklyn Botello

### PROCEEDINGS

**Please See Trial Log Attached proceedings.**

### ORDER AFTER HEARING

**Further Bench Trial set for 7/17/2026, at 9:00 a.m.**

**Exhibits Identified:**
**Plaintiff:** 1614, 627, 331, 1442, 1448, 1451, 1446, 1067, 1681, 597, 602, 607, 465, 361, 369, 138, 744, 3002, 1681, 2650, 847, 393, 397, 401, 403, 196
**Defendant:** 443, 466, 1222, 1614, 627, 3004, 3005, 3006, 3007, 2372, 440, 397, 399, 401,403, 405, 407, 409, 411, 424, 1438,1442, 1448, 365.

**Exhibits Admitted into Evidence:**
**Plaintiff:** 627.
**Defendant:** 443, 466, 3004, 3005, 3006, 3007.

Esmeralda Mejia
Courtroom Deputy
Original: **E-Filed**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Case No: 5:24-cv-01321-BLF**         **Case Name:  SVB Financial Trust v. Federal Deposit Insurance Corporation.**

## TRIAL LOG

| **JUDGE:** Beth Labson Freeman | **REPORTER(S):** Summer Fisher | **CLERK**: Esmeralda Mejia |
| --- | --- | --- |

**TRIAL DATE: 7/15/26 Day 11**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
| --- | --- | --- | --- | --- | --- | --- |
| | | 9:00 | | | Call to Order | |
| | X | 9:01 | | | Defendant Re-calls Beverly Kay Matthews | DEFT |
| | | 9:01 | | | Beverly Kay Matthews re-sworn | |
| | X | 9:01 | | | Defendant Continued Cross Examination of Beverly Kay Matthews | DEFT |
| | X | 9:02 | X | X | Defendant Exhibit No. 443 | DEFT |
| | X | 9:02 | X | X | Defendant Exhibit No. 466 | DEFT |
| | X | 9:06 | X | X | Defendant Exhibit No. 1222 | DEFT |
| | X | 9:10 | | | Defendant Deposition No. 219 (Line 19) | DEFT |
| | X | 9:13 | X | PREV. ADMIT | Defendant Exhibit No. 1614 | DEFT |
| | X | 9:18 | | | Defendant Concluded Cross Examination Beverly Kay Matthews | |
| X | | 9:18 | | | Plaintiff Re-direct Examination Beverly Kay Matthews | PLTF |
| X | | 9:19 | X | PREV. ADMIT | Plaintiff Exhibit No. 1614 | PLTF |
| X | | 9:21 | X | X | Plaintiff Exhibit No. 627 | PLTF |
| X | | 9:32 | | | Plaintiff Concluded Re-direct Examination Beverly Kay Matthews | PLTF |
| | X | 9:32 | | | Defendant Continued Re-cross Examination Beverly Kay Matthews | DEFT |
| | X | 9:33 | X | PREV. ADMIT | Defendant Exhibit No. 627 | DEFT |
| | X | 9:35 | | | Defendant Concluded Re-Cross Examination Beverly Kay Matthews | DEFT |
| | | 9:35 – 9:41 | | | Court Examination of Beverly Kay Matthews | |
| X | | 9:41 | | | Plaintiff Continues Re-direct Examination Beverly Kay Matthews | PLTF |
| | | 9:42 | | | Plaintiff Concluded Re-direct Examination Beverly Kay Matthews | |
| | | 9:42 | | | Examination of Beverly Kay Matthews Concluded not subject to recall | |
| | | 9:43 | | | SVB Trust has rested its case | PLTF |
| | | 9:44 | | | Defendant to offer exhibits into evidence on the record | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Case No: 5:24-cv-01321-BLF**          **Case Name:   SVB Financial Trust v. Federal Deposit Insurance Corporation**

### TRIAL LOG

| JUDGE: Beth Labson Freeman | REPORTER(S): Summer Fisher | CLERK: Esmeralda Mejia |
|---|---|---|

**TRIAL DATE: 7/15/26 Day 11**

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  | X | 9:45 – 9:46 | X | X | Defendant Exhibit No. 3004, 3005, 3006, 3007 | DEFT |
|  |  | 9:46 – 9:56 |  |  | Recess |  |
|  |  | 9:56 |  |  | Call to Order |  |
|  | X | 9:56 |  |  | Defendant calls Scott Warman – Rebuttal | DEFT |
|  |  | 9:57 |  |  | Scott Warman sworn |  |
|  | X | 9:57 | X | PREV. ADMIT | Defendant Direct Examination of Scott Warman – Rebuttal, including reference to previously admitted exhibits (Exhibit No. 2372, 440, 397, 399, 401, 403, 405, 407, 409, 411) | DEFT |
|  |  | 10:57 – 11:12 |  |  | Recess | DEFT |
|  |  | 11:12 |  |  | Call to Order | DEFT |
|  | X | 11:12 |  |  | Defendant Continues Direct Examination of Scott Warman – Rebuttal | DEFT |
|  | X | 11:59 |  |  | Defendant Concluded Direct Examination Scott Warman – Rebuttal | DEFT |
|  |  | 11:59 – 1:00 |  |  | Recess |  |
|  |  | 1:00 |  |  | Call to Order |  |
| X |  | 1:00 |  |  | Plaintiff Cross Examination of Scott Warman – Rebuttal | PLTF |
| X |  | 2:45 | X | PREV. ADMIT | Plaintiff cross-examination of Scott Warman – Rebuttal, including reference to previously admitted exhibits (Exhibit No. 1681, 597, 602, 607, 465, 361, 369, 138, 744, 3002, 1681, 2650, 847, 393, 397, 401, 403, 196) | PLTF |
|  |  | 2:45 – 3:00 |  |  | Recess |  |
|  |  | 3:01 |  |  | Call to Order |  |
| X |  | 3:02 |  |  | Plaintiff Continues Cross Examination of Scott Warman – Rebuttal | PLTF |
| X |  | 3:02 | X | PREV. ADMIT | Plaintiff's cross-examination of Scott Warman – Rebuttal, including reference to previously admitted exhibits (Exhibit No. 331) | PLTF |
| X |  | 3:20 |  |  | Plaintiff Concluded Cross Examination Scott Warman | PLTF |
|  | X | 3:21 | X | PREV. ADMIT | Defendant Re-direct examination of Scott Warman – Rebuttal, including reference to previously admitted exhibits (Exhibit No. 1424, 1438, 1442, 1448, 365) | DEFT |
|  | X | 3:47 |  |  | Defendant Concluded Re-direct Examination Scott Warman | DEFT |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Case No:** 5:24-cv-01321-BLF          **Case Name:**   SVB Financial Trust v. Federal Deposit Insurance Corporation

## TRIAL LOG

| **JUDGE:** Beth Labson Freeman | **REPORTER(S):** Summer Fisher | **CLERK**: Esmeralda Mejia |
|---|---|---|

### TRIAL DATE: 7/15/26 Day 11

| PLF NO. | DEF NO | TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 3:47 – 3:53 | | | Court Examination of Scott Warman | |
| X | | 3:53 | | | Plaintiff Re-cross Examination Scott Warman | PLTF |
| X | | 3:54 | X | PREV. ADMIT | Plaintiff Re-cross-examination of Scott Warman – Rebuttal, including reference to previously admitted exhibits (Exhibit No. 1442, 1448, 1451, 1446, 1067, | PLTF |
| X | | 4:05 | | | Plaintiff Concluded Re-cross Examination Scott Warman | PLTF |
| | | 4:06 | | | Court Examination of Scott Warman | |
| X | | 4:07 | | | Plaintiff Re-cross Examination Scott Warman | PLTF |
| X | | 4:08 | | | Plaintiff Concluded Re-cross Examination Scott Warman | |
| | X | 4:08 | X | PREV. ADMIT | Defendant Re-direct examination of Scott Warman – Rebuttal, including reference to previously admitted exhibits (Exhibit No. 1451) | DEFT |
| | X | 4:09 | | | Defendant Concluded Re- direct Examination Scott Warman | DEFT |
| | | 4:09 | | | Examination of Scott Warman Concluded not subject to recall | |
| | | 4:09 | | | FDIC has rested its case | DEFT |
| | | 4:10 | | | Court holds discussions regarding closing process | |
| | | 4:14 | | | Court Recess for Evening | |
| | | | | | Further Bench Trial set for July 17, 2026, at 9:00 am. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |