**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

SVB FINANCIAL TRUST,

Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SILICON VALLEY BANK, et al.,

Defendants.

Case No. 5:24-cv-01321-BLF

**JUDGMENT**

In accordance with the Court's findings of fact and conclusions of law, *see* ECF No. 417,

It is hereby ordered and adjudged that Judgment is entered FOR the Federal Deposit Insurance Corporation as Receiver for Silicon Valley Bank ("FDIC-R") and AGAINST SVB Financial Trust ("Trust") as to Count I of the complaint in this action and as to the FDIC-R's First Affirmative Defense (Setoff for Aiding and Abetting Breaches of Fiduciary Duty), its Second Affirmative Defense (Setoff for Liability for Acts of Agents), and its Sixth Affirmative Defense (Voidable Transfer).

It is hereby ordered and adjudged that Judgment is entered FOR the Trust and AGAINST FDIC-R as to FDIC-R's Fourth Defense (Unclean Hands).

**IT IS SO ORDERED.**

Dated: August 28, 2026

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California